**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Arroyo v. City of Chicago Police Dept.  Case Number: 21-CV-01148

An appearance is hereby filed by the undersigned as attorney for:

Reyna Arroyo

Attorney name (type or print): Janaan Hashim

Firm: Amal Law Group, LLC

Street address: 161 N. Clark St., Ste. 1600

City/State/Zip: Chicago, IL 60602

Bar ID Number: 6288221
(See item 3 in instructions)

Telephone Number: 312-882-4122

Email Address: jhashim@amallaw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you acting as local counsel in this case? | ✔ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✔ |

If this is a criminal case, check your status.   ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 21, 2021

Attorney signature:   S/ _____
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015