**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Reyna Arroyo

                                  Plaintiff,

v.                                                         Case No.: 1:21−cv−01148
                                                             Honorable Gary Feinerman

City of Chicago Police Dept.

                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, May 17, 2021:

      MINUTE entry before the Honorable Gary Feinerman:The Clerk is directed to send the Marshals Service the summons issued on 5/14/2021 and the USM−285 forms [9].Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.