**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Reyna Arroyo

                    Plaintiff,

v.                                                    Case No.: 1:21–cv–01148
                                                    Honorable Gary Feinerman

City of Chicago Police Dept.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 18, 2021:

    MINUTE entry before the Honorable Jeffrey Cummings: The Court previously ordered the parties to hold a Rule 26(f) conference by 4/30/21, however, plaintiff filed an amended complaint on 5/11/21 and issued a new summons on 5/14/21. Accordingly, the parties are ordered to hold a Rule 26(f) conference on or before 6/21/21 and shall submit a proposed scheduling order to this Court's proposed orders mailbox (Proposed_Order_Cummings@ilnd.uscourts.gov) on or before 6/28/21. The proposed scheduling order shall provide a date for the parties' Rule 26(a)(1) initial disclosures, the completion of fact discovery, and the completion of expert discovery (if any). The parties shall also state whether any discovery–related motions are anticipated. If the parties are mutually interested in a settlement conference, they shall also address the issues set forth in the first paragraph of the second page of the Court's Standing Order For Settlement Conferences and provide the dates that the parties are mutually available in August and September 2021 for a remote video settlement conference. The deadlines for the submission of settlement letters described in the Standing Order and the date for the settlement conference will be promptly set after the joint status report is received. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.