UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

Reyna Arroyo

                              Plaintiff,

v.                                                       Case No.: 1:21−cv−01148
                                                         Honorable Gary Feinerman

City of Chicago Police Dept.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 25, 2021:

      MINUTE entry before the Honorable Gary Feinerman:Given the Magistrate Judge's 5/18/2021 order [18], the status hearing set for 6/29/2021 [16] is stricken and re−set for 1/19/2022 at 9:00 a.m. By 1/12/2022, the parties shall file a joint status report: (1) confirming that fact discovery has been completed; (2) stating whether either side intends to move for summary judgment; and (3) stating whether there is a need for the 1/19/2022 status hearing. Attorneys/Parties should appear for the hearing by calling the Toll−Free Number: (877) 336−1828, Access Code: 4082461. Members of the public and media will be able to call in to listen to this hearing (use toll free number). Please, please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.