# IN THE FEDERAL DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| REYNA ARROYO, | |
| Plaintiff, | Case No.: 21-cv-01148 |
| v. | |
| CITY OF CHICAGO POLICE DEPARTMENT, | Hon. Judge Gary Feinerman |
| Defendant. | Hon. Magistrate Judge Jeffrey Cummings |

## JOINT INITIAL STATUS REPORT

Plaintiff Reyna Arroyo, by her attorneys, Christina Abraham and Janaan Hashim, and Defendant City of Chicago, by its attorney Celia Meza, Corporation Counsel of the City of Chicago, state as follows for their Joint Status Report pursuant to this Court's October 20, 2021 order (Dkt. 35):

**1.    Status of Plaintiff's Grievance Arbitration.**

Following the last Joint Status Report of the parties, both parties reached out to their respective counterparts involved in Plaintiff's grievance arbitration. Those counterparts sent an inquiry to the arbitrator for the status of her decision. Neither side received a response from the arbitrator. The parties are considering whether there are any other steps they can take to address this. The arbitrator's decision could be dispositive of a large majority of Plaintiff's requested relief, making incurring much of the costs of the remaining discovery unnecessary. The parties would like guidance from the Court as to whether there is anything else that can be done to require the arbitrator's response.

**2.    What discovery has been completed.**

Both parties have exchanged their written responses to the propounded interrogatories and requests for production. Following entry of the Protective Order, the City is conducting a search for production of ESI as well.

**3. What fact discovery (including proposed depositions) that remains to be conducted.**

The City will produce responsive documents after a search of its ESI. Depositions also remain to be conducted. The City plans on deposing Plaintiff and her treating physician. Plaintiff plans on deposing at least the individuals identified in her and the City's Initial Disclosures. Plaintiff would like to review all the City's productions before determining whether she will require additional depositions.

**4. Whether there are any discovery disputes that may require the Court's attention.**

None at this time.

**5. Whether the parties intend to rely on testimony from expert witnesses.**

Not at this time.

Dated: November 23, 2021

Respectfully submitted,

| | |
|---|---|
| REYNA ARROYO<br>Plaintiff | CELIA MEZA<br>Corporation Counsel of the City of Chicago |
| /s/ *Janaan Hashim*<br>Janaan Hashim | /s/ *Kristen Woytowicz*<br>Kristen Woytowicz<br>Assistant Corporation Counsel |
| Janaan Hashim, Esq.<br>Amal Law Group, LLC<br>161 N. Clark Street, Suite 1600<br>Chicago, IL 60601<br>312-882-4122<br>jhashim@amallaw.com | City of Chicago<br>Department of Law<br>Employment Litigation Division<br>2 N. LaSalle St., Suite 640<br>Chicago, Illinois 60602<br>(312) 744-0428<br>Kristen.woytowicz3@cityofchicago.org |
| Christina Abraham, Esq. | |

Abraham Law and Consulting, LLC  
161 N. Clark Street, Suite 1600   *Counsel for defendant*  
Chicago, IL 60601  
(312) 588-7150  
Christina.w.abraham@gmail.com  

*Counsel for plaintiff*