**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Reyna Arroyo, | ) | |
| | ) | |
| Plaintiff, | ) | 21 cv 1148 |
| | ) | Honorable Judge Feinerman |
| v. | ) | Honorable Magistrate Judge Cummings |
| | ) | |
| City of Chicago, a municipal corp., | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT INITIAL STATUS REPORT

Plaintiff Reyna Arroyo, by her attorneys, Christina Abraham and Janaan Hashim, and Defendant City of Chicago, by its attorney Celia Meza, Corporation Counsel of the City of Chicago, state as follows for their Joint Status Report pursuant to this Court's November 24, 2021 order (Dkt. 38):

   **1.   The status of the arbitration grievance.**

On December 17, 2021, Plaintiff mailed a certified letter to the arbitrator regarding the current situation and asking for a date by which she would provide a determination. All parties' counsel and representatives were copied on the letter and the letter was also sent via email. Upon further inquiry, on January 9, 2022, the arbitrator indicated she could provide a decision in 60 days.

   **2.   What discovery has been completed.**

Both parties have exchanged their written responses to the propounded interrogatories and requests for production, including the production of responsive, non-privileged documents. Following entry of the Protective Order, on January 11, 2022, the City produced the responsive,

non-privileged documents resulting from the ESI search based on the terms agreed by the parties, as well as its privilege log.

**3. What fact discovery (including proposed depositions) remains to be conducted.**

Depositions also remain to be conducted. The City plans on deposing Plaintiff and her treating physician. Plaintiff plans on deposing at least the individuals identified in the parties' Initial Disclosures. Plaintiff would like to review all the City's productions before determining whether she will require additional depositions.

**4. Whether there are any discovery disputes that may require the Court's attention.**

Not at this time.

Dated: January 12, 2022

Respectfully submitted,

| | |
|---|---|
| REYNA ARROYO | CELIA MEZA |
| Plaintiff | Corporation Counsel of the City of Chicago |
| | |
| /s/ *Janaan Hashim* | /s/ *Kristen Woytowicz* |
| Janaan Hashim | Kristen Woytowicz |
| | Assistant Corporation Counsel |
| Janaan Hashim, Esq. | |
| Amal Law Group, LLC | City of Chicago |
| 161 N. Clark Street, Suite 1600 | Department of Law |
| Chicago, IL 60601 | Employment Litigation Division |
| 312-882-4122 | 2 N. LaSalle St., Suite 640 |
| jhashim@amallaw.com | Chicago, Illinois 60602 |
| | (312) 744-0428 |
| Christina Abraham, Esq. | Kristen.woytowicz3@cityofchicago.org |
| Abraham Law and Consulting, LLC | |
| 161 N. Clark Street, Suite 1600 | *Counsel for Defendant* |
| Chicago, IL 60601 | |
| (312) 588-7150 | |
| Christina.w.abraham@gmail.com | |

*Counsel for Plaintiff*