**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Reyna Arroyo, | ) | |
| | ) | |
| Plaintiff, | ) | 21 cv 1148 |
| | ) | Honorable Judge Feinerman |
| v. | ) | Honorable Magistrate Judge Cummings |
| | ) | |
| City of Chicago, a municipal corp., | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Plaintiff Reyna Arroyo, by her attorneys, Christina Abraham and Janaan Hashim, and Defendant City of Chicago, by its attorney Celia Meza, Corporation Counsel of the City of Chicago, state as follows for their Joint Status Report pursuant to this Court's January 13, 2022 order (Dkt. 40):

**1.     The status of the arbitration grievance.**

On January 9, 2022, the arbitrator indicated she could provide a decision in 60 days, which is on or by March 10, 2022. The decision will determine whether many of the issues and claimed damages in this matter have been mooted.

**2.     What discovery has been completed.**

Both parties have exchanged their written responses to the propounded interrogatories and requests for production, including the production of responsive, non-privileged documents. Following entry of the Protective Order, on January 11, 2012, the City produced the responsive, non-privileged documents resulting from the ESI search based on the terms agreed by the parties, as well as its privilege log.

**3.     What fact discovery (including proposed depositions) remains to be conducted.**

Depositions remain to be conducted. The City plans on deposing: 1) Plaintiff; and 2) Dr. Diamond D. Dettore. Plaintiff plans on deposing at least the individuals identified in the parties' Initial Disclosures, including: 1) Jay Ryan, Fraternal Order of Police; 2) Jermeka Jackson, HR/Manager of Employment and Records; 3) Michelle James, Finance Section Supervisor; 4) Sheree Jones, Chicago Police Department ("CPD") Medical Section Supervisor; and 5) LaTonya Smith, Medical Section case worker.

The parties anticipate beginning oral discovery after the arbitrator issues a decision on the grievance (assuming the decision does not moot the issues or damages sought in this matter), which is expected on or by March 10, 2022. Accordingly, the parties request fact discovery be extended by 90 days thereafter, until June 8, 2022.

**4.     Whether there are any discovery disputes that may require the Court's attention.**

None at this time.

Dated: January 24, 2022

Respectfully submitted,

| | |
|---|---|
| REYNA ARROYO<br>Plaintiff | CELIA MEZA<br>Corporation Counsel of the City of Chicago |
| /s/  *Janaan Hashim*<br>Janaan Hashim | /s/ *Kristen Woytowicz*<br>Kristen Woytowicz<br>Assistant Corporation Counsel |
| Janaan Hashim, Esq.<br>Amal Law Group, LLC<br>161 N. Clark Street, Suite 1600<br>Chicago, IL 60601<br>312-882-4122<br>jhashim@amallaw.com | City of Chicago<br>Department of Law<br>Employment Litigation Division<br>2 N. LaSalle St., Suite 640<br>Chicago, Illinois 60602<br>(312) 744-0428<br>Kristen.woytowicz3@cityofchicago.org |
| Christina Abraham, Esq.<br>Abraham Law and Consulting, LLC<br>161 N. Clark Street, Suite 1600<br>Chicago, IL 60601 | *Counsel for Defendant* |

2

(312) 588-7150
Christina.w.abraham@gmail.com

*Counsel for Plaintiff*