# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Reyna Arroyo

                      Plaintiff,

v.                                                    Case No.: 1:21−cv−01148

                                                                Honorable Gary Feinerman

City of Chicago Police Dept.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 22, 2022:

      MINUTE entry before the Honorable Gary Feinerman:The 8/11/2022 order [58] is amended to state that the dispositive motion deadline is extended to 4/2/2023 (not 4/2/2022). Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.