## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Reyna Arroyo

                Plaintiff,

v.                                                                 Case No.: 1:21−cv−01148
                                                               Honorable Gary Feinerman

City of Chicago Police Dept.

                Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, September 22, 2022:

      MINUTE entry before the Honorable Jeffrey Cummings: The Court has reviewed the parties' joint status report [60]. The parties anticipate taking approximately eight depositions. The parties shall work diligently and cooperatively to schedule those depositions on mutually agreeable dates in advance of the 2/26/23 fact discovery deadline. By 11/9/22, the parties shall file a joint status report setting forth what additional discovery has been completed, what discovery remains, (including the schedule for any remaining depositions), and whether any discovery disputes require the Court's attention. The parties are reminded that they may contact this Court's courtroom deputy if at anytime the become mutually interested in scheduling a settlement conference with the Court. Mailed notice (cc, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.