**IN THE UNITED STATES DISTRICT COURT**
**OF THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Reyna Arroyo, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 21-cv-01148 |
| | ) | Judge Steven C. Seeger |
| v. | ) | Magistrate Judge Jeffrey Cummings |
| | ) | |
| City of Chicago, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO WITHDRAW THE**
**APPEARANCE OF KRISTEN WOYTOWICZ**

Defendant, City of Chicago ("City"), by and through its attorneys, Office of the Corporation Counsel for the City, does hereby request leave to withdraw the appearance of Kristen Woytowicz as counsel of record in this matter. In support of this motion, the City states as follows:

1. Currently, the City is represented by Matthew Suhl in this matter.

2. Undersigned counsel Kristen Woytowicz also has an appearance on file for this matter but has resigned her position as Assistant Corporation Counsel Supervisor for the City of Chicago effective May 5, 2022. Therefore, the City requests that her appearance be withdrawn.

3. The City will continue to be represented by Matthew Suhl. Therefore, granting this motion will not delay the litigation of this matter.

WHEREFORE, Defendant City of Chicago respectfully requests that the Court grant its motion to withdraw the appearance of Kristen Woytowicz.

DATED: May 5, 2023                                        Respectfully submitted,

City of Chicago Law Department
Employment Litigation Division           BY:    */s/Kristen Woytowicz*
2 North LaSalle Street, Suite 640               KRISTEN WOYTOWICZ
Chicago, Illinois 60602                         Assistant Corporation Counsel Supervisor
(312) 744-0428