# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Reyna Arroyo

                        Plaintiff,

v.                                                          Case No.: 1:21−cv−01148
                                                                     Honorable Steven C. Seeger

City of Chicago Police Dept.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 5, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: The joint motion for an extension of time (Dckt. No. [93]) is hereby granted. The Court extends discovery until September 29, 2023 given that a deponent is on medical leave. Discovery is extended for that limited purpose. The City's summary judgment letter is due by October 11, 2023, and the response is due by October 25, 2023. The parties must file an update by November 6, 2023, including whether they seek a settlement conference, and must attach the summary judgment letters. Summary judgment motions are due by November 13 2023. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.