## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Reyna Arroyo

                                Plaintiff,

v.                                                             Case No.: 1:21−cv−01148
                                                                       Honorable Steven C. Seeger

City of Chicago Police Dept.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 11, 2023:

       MINUTE entry before the Honorable Jeffrey Cummings: The District Court Judge has extended the discovery deadline to 9/29/23. By 10/10/23, the parties shall file a joint status report confirming that fact discovery is complete and indicating whether the parties are mutually interested in scheduling a settlement conference with the Court. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.