IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| REYNA ARROYO, | ) | |
| | ) | |
| Plaintiff, | ) | No.: 21 cv 1148 |
| | ) | |
| v. | ) | Hon. Steven Seeger |
| | ) | |
| CITY OF CHICAGO, | ) | Magistrate Judge Jeffrey Cummings |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION TO EXTEND DISCOVERY TO DEPOSE
JONATHON JOHNSON AND TO EXTEND DISPOSITIVE MOTION SCHEDULE**

Defendant, City of Chicago ("City"), by its attorney, Corporation Counsel for the City of Chicago, and Plaintiff, Reyna Arroyo, by her attorneys, Janaan Hashim and Christina Abraham, submit the following Joint Motion to Extend Discovery to Depose Jonathan Johnson and to Extend Dispositive Motion Schedule.

1. On July 25, 2023, this Court ordered fact discovery to close on August 31, 2023 so as to complete two outstanding depositions. CM/ECF # 91. Other than these two depositions, discovery has otherwise closed on May 26, 2023, pursuant to this Court's order. CM/ECF # 72.

2. Despite the diligence of the parties, the deposition Jonathan Johnson remains outstanding.

3. Jonathon Johnson is Director of Finance Section at CPD where Ofcr. Arroyo was assigned pursuant to her limited duty status. It is believed Mr. Johnson will be able to provide relevant information as to Ofcr. Arroyo's assignment at the Finance Section, her efforts to remain working at CPD, and information related to limited duty status role. Mr. Johnson has been on medical leave since January 2023 and has extended his leave to December 22, 2023.

4. Because of the uncertainties relating to Mr. Johnson's return date, Plaintiff intends on subpoenaing Mr. Johnson. The parties have scheduled his deposition for November 6, 2023, and will serve Mr. Johnson promptly after receiving his address from the City.

5. On April 5, 2023, Plaintiff issued a Second Set of Requests for Production to the City, to which the City responded on May 5, 2023. CM/ECF # 85, at ¶ 1.j. On May 26, 2023, the parties held a Rule 37 meet and confer relating to the City's production. *Id.* On September 19, 2023, the City served upon Plaintiff a declaration as to its response to numbers 15-17 of Plaintiff's Second Request for Production of Documents. Plaintiff is waiting for the City's follow-up on responses 3-6 and 8-12 with the possibility of providing a declaration relating to those responses. *Id.*

6. Pursuant to this Court's September 5, 2023 order, the City must send a letter to Ofcr. Arroyo regarding its intention to move for summary judgment by October 11, 2023. CM/ECF # 94. Ofcr. Arroyo is to respond to this letter by October 25, 2023. *Id.* The City's dispositive motion is due November 6, 2023. *Id.*

7. The parties request an extension of discovery until November 15, for the limited purpose of obtaining the Jonathon Johnson's deposition and to allow the City to produce a declaration in response to No. 3-6 and 8-12.

8. The parties further request an extension of the date for City's Summary Judgment Position Letter to Arroyo until November 15, 2023; an extension of Arroyo's Response to City's Letter until November 30, 2023; and an extension of the deadline for dispositive motions until December 15, 2023.

9. This is the fourth extension of the discovery deadline for the limited purpose of taking outstanding depositions. No party will be prejudiced by the granting of this agreed

motion. This motion is not offered for an improper purpose or to delay the progress of this case.

WHEREFORE, for the foregoing reasons, the parties respectfully request this Court grant an extension of discovery until September 29, 2023 for the limited purpose of obtaining the two outstanding depositions; an extension of the date for City's Summary Judgment Position Letter to Arroyo until November 15, 2023; an extension of Arroyo's Response to City's Letter until November 30, 2023; and an extension of the deadline for dispositive motions until December 15, 2023; and for whatever other relief this Court deems necessary.

Dated: September 29, 2023

Respectfully submitted,

| | |
|---|---|
| CORPORATION COUNSEL FOR THE CITY OF CHICAGO | REYNA ARROYO |
| By: */s/ Matthew E. Suhl* <br> Matthew E. Suhl <br> Assistant Corporation Counsel <br> Philip Santell <br> Assistant Corporation Counsel for the City of Chicago | */s/Janaan Hashim* <br> Janaan Hashim <br><br> Janaan Hashim, Esq. <br> Amal Law Group, LLC <br> 161 North Clark Street, Suite 1600 <br> Chicago, Illinois 60601 <br> 312.882.4122 <br> jhashim@amallaw.com <br> 312.742.1935 / 744.9188 |
| City of Chicago, Law Department <br> Employment Litigation Division <br> 2 North La Salle Street, Suite 640 <br> Chicago, Illinois 60602 <br> Matthew.suhl@cityofchicago.org <br> Christina Abraham, Esq. <br> Phillip.santell@cityofchicago.org <br><br> *Counsel for Defendant* | Abraham Law and Consulting, LLC <br> 161 North Clark Street, Suite 1600 <br> Chicago, Illinois 60601 <br> 312.588.7150 <br> Christina.w.abraham@gmail.com <br><br> *Counsels for Plaintiff* |