## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Reyna Arroyo

                       Plaintiff,

v.                                                          Case No.: 1:21−cv−01148
                                                              Honorable Steven C. Seeger

City of Chicago Police Dept.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 2, 2023:

     MINUTE entry before the Honorable Steven C. Seeger: The joint motion for an extension of time (Dckt. No. [96]) is granted given that a deponent remains on medical leave. The Court extend discovery until November 15 for the limited purpose of completing that deposition. The City's summary judgment position letter is due by November 15, 2023. Arroyo's response is due by November 30, 2023. The parties must file a status report and attach those letters by December 8, 2023. The status report must provide an update on settlement discussions. Dispositive motions are due by December 15, 2023. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.