IN THE FEDERAL DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| REYNA ARROYO, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF CHICAGO POLICE DEPARTMENT, <br><br> Defendant. | Case No.: 21-cv-01148 <br><br> Hon. Judge Steven C. Seeger <br> Hon. Magistrate Judge Jeannice Appenteng |

## JOINT STATUS REPORT

Plaintiff Reyna Arroyo, by her attorneys, Christina Abraham and Janaan Hashim, and Defendant City of Chicago, by its attorney, Corporation Counsel for the City of Chicago, submit the following Joint Status Report pursuant to the Magistrate Judge's Order dated November 22, 2023 (Dkt. 104), directing the parties to submit a joint status report confirming the completion of discovery:

Defendant's Report:

1. The deposition of Jonathan Johnson was completed on November 30, 2023.

2. Plaintiff's Motion (Dkt. 101) is pending before the District Judge.

3. Fact discovery is complete.

Plaintiff's Report:

1. The deposition of Jonathan Johnson was completed on November 30, 2023.

2. Plaintiff' Opposed Motion to Extend Discovery to Depose Jonathon Johnson and To Extend Dispositive Motion Schedule (Dkt. 101) remains pending before the District Judge.

3. Fact discovery is complete as to obtaining outstanding depositions. Discovery ended on May 26, 2023, and while this Court allowed for discovery of outstanding depositions to be taken after this date, the parties kept the Court informed about two outstanding declarations that related to Defendant's responses to Plaintiff's Second Set of Requests for Production, which were discussed prior to the close of discovery. Defendant produced one of the declarations on October 23. The other declaration is in dispute as to its production. Plaintiff intends on filing her Motion To Compel regarding this remaining declaration pending the Court's ruling on her current motion.

Dated: December 19, 2023

Respectfully submitted,

| REYNA ARROYO<br>Plaintiff | OFFICE OF THE CORPORATION COUNSEL |
|---|---|
| /s/   *Christina Abraham* | /s/ *Matthew E. Suhl*<br>Matthew E. Suhl<br>Assistant Corporation Counsel |
| Christina Abraham, Esq.<br>Abraham Law and Consulting, LLC<br>161 N. Clark Street, Suite 1600<br>Chicago, IL 60601<br>(312) 588-7150<br>Christina.w.abraham@gmail.com | Phillip Santell<br>Assistant Corporation Counsel<br><br>City of Chicago<br>Department of Law<br>Employment Litigation Division<br>2 N. LaSalle St., Suite 640<br>Chicago, Illinois 60602 |
| Janaan Hashim<br>Janaan Hashim, Esq.<br>Amal Law Group, LLC<br>161 N. Clark Street, Suite 1600<br>Chicago, IL 60601<br>312-882-4122<br>jhashim@amallaw.com | 312.742.1935 / 312.744.9188<br>Matthew.suhl@cityofchicago.org<br>phillip.santell@cityofchicago.org<br><br>*Counsel for Defendant* |
| *Counsel for Plaintiff* | |