# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Reyna Arroyo

                          Plaintiff,

v.                                              Case No.: 1:21−cv−01148
                                                            Honorable Steven C. Seeger

City of Chicago Police Dept.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 22, 2023:

      MINUTE entry before the Honorable Jeannice W. Appenteng: The Court has reviewed the parties' joint status report [105], which indicates that fact discovery is complete. Plaintiff's motion to extend discovery to complete an outstanding deposition (which has since been completed) and to file a motion to compel, and to extend the dispositive motion schedule [100] remains pending before the District Judge. Within seven days of the District Judge ruling on plaintiff's motion, the parties shall file a joint status report setting forth what discovery remains and whether there are any discovery disputes that require the Court's attention. Tracking status hearing set for 2/5/2024 at 9:00 AM, for tracking purposes only (no appearance is required; the case will not be called). Mailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.