**Certificate of Service**

The undersigned attorney hereby certifies that she caused a copy of **Declaration of Reyna Arroyo Dated June 11, 2024** to be served upon the parties assigned for service via electronic mail to the below email addresses on June 12, 2024

Philip Santell
Derek Kuhn
John Catalano
Assistant Corporation Counsels
City of Chicago, Dept. of Law
Employment Litigation Division
2 North LaSalle Street, Suite 640
Chicago, IL 60602
Phillip.Santell@cityofchicago.org
Derek.Kuhn@cityofchicago.org
John.Catalano2@cityofchicago.org

/s/ Janaan Hashim
Janaan Hashim
One of Plaintiff's Attorneys

Janaan Hashim
Amal Law Group, LLC
161 N. Clark Street, Suite 1600
Chicago, IL 60601
312-882-4122

Ex. 2



**Chicago Police Department
Medical Services Section - Unit 231
3510 S. Michigan Ave
Chicago, Illinois 60653**

Date: 24 MAY 2023

I, Reyna Arroyo Emp # 45919, release all medical records and privileged information including alcohol, substance abuse and psychiatric information included in my Chicago Police medical records to the Policemen's Annuity and Benefit Fund.

_____
Signature

Ex. 1

Arroyo_669



# PERSONNEL ACTION REQUEST (PAR FORM)

HUMAN RESOURCES DIVISION
CHICAGO POLICE DEPARTMENT

TODAY'S DATE

## MEMBER'S INFORMATION

MEMBER TO BE AFFECTED (LAST NAME - FIRST - M.I.)
ARROYo, Reyna

| STAR NO. | EMPLOYEE NO. | UNIT ASSIGNED |
|---|---|---|
| 18014 | 45919 | 070 / 122 |

EFFECTIVE DATE | JOB TITLE
Police Officer

## TYPE OF ACTION REQUESTED (Check only one box.)

☒ LEAVE, DISABILITY PENSION - SWORN ONLY
☐ LEAVE, OTHER (30 DAYS AND OVER)
☐ RETIREMENT
☐ TRANSFER REQUEST
☐ RECOGNIZED OPENING BID (FOP)
☐ RECOGNIZED VACANCY BID (FOP)

☐ UNPAID ABSENCE (29 DAYS AND UNDER) NO INSURANCE BENEFITS
☐ LEAVE, EXTENSION OF
☐ RESIGNATION
☐ SEPARATION TO ACCEPT OTHER CITY POSITION/TITLE
☐ FAMILY MEDICAL LEAVE ACT (FMLA)
☐ FAMILY MEDICAL LEAVE ACT (FMLA) INTERMITTENT

## PERSONNEL TRANSFER & ASSIGNMENT SECTION

UNIT OF ASSIGNMENT REQUESTED | HOME ADDRESS

| | TELEPHONE NO. | SENIORITY DATE | TITLE CODE | GRADE |
|---|---|---|---|---|

DATE ASSIGNED TO PRESENT UNIT | DATE OF BIRTH
☐ UNIT NOTICE OF RECOGNIZED OPENING NO.:
☐ RECOGNIZED VACANCY LISTING AMC NO:

POSITION REQUESTED

DATE SUBMITTED | TIME SUBMITTED | COMMANDING OFFICER'S SIGNATURE

STAR NO.

## LEAVE OF ABSENCE AGREEMENT (Member must complete this agreement when requesting any leave of absence.)

TO SUPERINTENDENT OF POLICE:

I HEREBY TENDER MY RESIGNATION AS  Chicago Police officer  FROM THE DEPARTMENT OF POLICE,
(POSITION OR RANK)

TO TAKE EFFECT IF I FAIL TO REPORT FOR DUTY IMMEDIATELY AT THE EXPIRATION OF MY LEAVE,

(EXPIRATION DATE OF LEAVE)

(SIGNATURE OF MEMBER)

I HEREBY ACCEPT THE RESIGNATION OF _____ BECAUSE OF FAILURE TO COMPLY WITH ABOVE

AGREEMENT, THIS _____ DAY OF _____, 20 ____.

(SUPERINTENDENT OF POLICE)

## REMARKS SECTION

ARRoyo, Reyna exhausted all available medical days on 17 Nov 2019.
A leave of absence to Apply for disability benefits
efective.                    Officer Arroyo already surrendered
her CPD equipment on May, 2020. A Copy of this PAR will
be directed to the Unit, Finance and medical section.

## SIGNATURES

SIGNATURE OF MEMBER (IF REQUIRED)

| RECOMMEND | SIGNATURE & TITLE |
|---|---|
| ☐ APPROVAL ☐ DISAPPROVAL | |

RECOMMEND | SIGNATURE & TITLE (UNIT C.O.)
☐ APPROVAL
☐ DISAPPROVAL

| RECOMMEND | SIGNATURE & TITLE |
|---|---|
| ☐ APPROVAL ☐ DISAPPROVAL | |

## HUMAN RESOURCES DIVISION SECTION ONLY

RECOMMEND | SIGNATURE
☐ APPROVAL
☐ DISAPPROVAL

| RECOMMEND | SIGNATURE |
|---|---|
| ☐ APPROVAL ☐ DISAPPROVED | |

COMMENTS

BIA CLEARANCE AS OF:

CPD-11.612 (REV. 9/20)    DISTRIBUTION: WHITE - HUMAN RESOURCES DIVISION, YELLOW - FINANCE , PINK - MEMBER, GOLD - UNIT.

CITY 000670

# SECTION A

## CITY OF CHICAGO
## DEPARTMENT OF HUMAN RESOURCES

### REQUEST FOR LEAVE OF ABSENCE
(See below for instructions)



xxx _____ CAREER SERVICE

_____ NON-CAREER SERVICE

xx _____ Original Request

_____ Extension Request

DATE 24 MAY 2023 _____ EMPLOYEE NUMBER 46919 _____ EMPLOYEE NAME ARROYO, REYNA

DEPARTMENT ___ POLICE _____ BUREAU / PATROL _____ TITLE _ POLICE OFFICER

TYPE OF LEAVE: ___ xxx ___ Duty Disability ___ FMLA ___ xxxx ___ Medical Leave (Attach Medical Certificate) ___ Personal Business

_____ Paid Parental _____ Military _____ Non-Career Service Appointment _____ Other_____

PAID - LENGTH OF LEAVE REQUESTED _____ Months ___ NOT PAID - LENGTH OF LEAVE REQUESTED _____ Months

Effected Date: OCTOBER 12 2016

Mo. ___ Day ___ Year

Effected Date: NOVEMBER 18 2019

Mo. ___ Day ___ Year

Expiration Date: _____

Mo. ___ Day ___ Year

Expiration Date: _____

Mo. ___ Day ___ Year

REASON FOR REQUEST: ___ R/OFFICER WAS FORCED ON A NON-PAID LEAVE OF ABSENCE AFTER HER LIMITED DUTY AND MEDICAL DAYS EXPIRED. R/OFFICER'S DISABILITY

REQUEST IS DUE TO AN INJURY DURING THE PERFORMANCE OF WORK DUTIES (12OCT2016). MEDICAL SECTION DENIED IOD, R/OFFICER AGGRIEVED IT, RESULTING TO

ARBITRATION HEARING HELD, ONLY TO GET A NEGATIVE VERDICT ALMOST THREE YEARS LATER (JUNE 2022).

I hereby resign from my Career Service/Non-Career Service position of ___ CHICAGO POLICE OFFICER _____ if I fail to report for duty within five days of the expiration
of this leave of absence/extension of this leave of absence. My resignation shall be effective unless there are extenuating circumstances which prohibit me from returning to work on the expiration of my leave. It
shall be my responsibility to notify the Employer of such circumstances no later than the 5th day following the expiration of the leave. The Employer shall have the sole right to determine what circumstances
shall justify an employee not returning from leave promptly. I understand that I must provide satisfactory documentation for my failure to return from my leave. The effective date of the resignation shall be the
5th day after the expiration of my leave of absence/extension of leave of absence. However, this resignation will not be affected if through my action my name has been restored to a reinstatement list or an
extension of the leave of absence has been requested and approved.

DEPARTMENT HEAD APPROVAL: ___ Yes ___ No _____ Employee Signature

Signature _____

Title _____

EFFECTIVE DATE: NOVEMBER 18 2019

Mo. ___ Day ___ Year

COMMENTS: _____

EXPIRATION DATE: _____

Mo. ___ Day ___ Year

Copy - To Employee
Copy - To Department Head
Copy - To Immediate Supervisor
Copy - To Department of Human Resources

Rev. 11/17/11
PER-73-A
177116 form 21-6

Arroyo_671

Print Form

25 May 2023

To:      Dr. Nicole Patino
         Director of Medical Section Services

         Robert Landowski
         Deputy Director of Human Resources

                  Cc: Jermeka Jackson
                      Human Resources Supervisor

         Bob Crawford
         Policemen's Annuity and Benefit Fund of Chicago
         Disability Manager

         Wayne Metcalfe
         Policemen's Annuity and Benefit Fund of Chicago
         Trustee

FROM:    Reyna Arroyo - Employee #45919                    ✗ Revised

                                                    RECEIVED MAY 2 6 2023
SUBJECT:   Application for Duty Disability Benefits

         R/Officer is hereby requesting an application for Duty Disability Benefits.

         R/Officer has been a Chicago Police Officer since March 16, 1998. R/Officer is a single

mother to a fourteen year old son. During her employment with CPD, she had endured 28

injuries. All injuries except for the most recent have been designated by CPD as an Injury on

Duty. The most recent injury occurred on October 12, 2016, which was an injury to her left

shoulder. Because of previous certified work related shoulder injuries, R/Officers injury was

treated as a recurrence and treated by City Doctors. On or around December 22, 2019, R/Officer

was informed verbally that the 2016 shoulder injury was determined to be non-IOD, and on or

around January 4, 2017, R/Officer received a letter confirming the denial. R/Officer exercised

Ex. 2

Arroyo_699

her right under the Collective Bargaining Agreement between the Fraternal Order of Police and the City of Chicago to grieve this decision. Arbitration was held on January 16, 2020. Two and one-half years later on June 20, 2022, the arbitrator issued the award. The award was not in R/Officer's favor.

While R/Officer was on Limited Duty status because of this injury, she was undergoing physical therapy treatment for her left shoulder injury. R/Officer's shoulder did not improve and she finally received clearance from her physician to have surgery in the summer of 2019. During this time R/Officer was on Medical Roll. After surgery, she continued with physical therapy, but her shoulder did not improve. R/Officer's Orthopedic - Dr. Ho opined that a second surgery was needed and this was scheduled for sometime in November 2019. The second surgery did not occur because at the time, R/Officer's primary care physician did not clear her for surgery due to health reasons. At this time, R/O was placed on involuntary Leave of Absence with no pay.

From two months after R/Officer's arbitration to present, she had taken steps to receive RECEIVED MAY 26 2023 income through the PABF. R/Officer completed the necessary paperwork and release of records on March 20, 2020 (per attachment). R/Officer understood that the outcome of my grievance would determine which kind of pension I qualified for: duty disability pension or regular disability pension.

At all times, it was R/Officer's understanding that an arbitrator's award was typically given within a few months of the arbitration. She never expected it to take 2.5 years and with the need of outside counsel intervention and no one informed her that arbitrator's awards could take such a long time to be decided.

Arroyo_700

In April 2020 R/Officer emailed Bob Crawford, the Disability Manager of PABF who stated that CPD's Medical Services Section would deliver her medical to PABF after she completed the necessary paperwork.

Finally, through these means of communications, R/Officer is requesting to re-started the process of applying for Duty disability. Being that she has previous medical certified shoulder work injuries, R/Officer should qualify for Duty disability.

Your consideration of this request is greatly appreciated.

Reyna Arroyo
2630 N 74th Ct.
Elmwood Park, IL 60707
reynaarroyod@gmail.com

Respectfully,

Reyna Arroyo - Emp #45919

APPROVED: _____

_____

_____

RECEIVED MAY 2 6 2023

Arroyo_701

**PERSONNEL ACTION REQUEST**
**CHICAGO POLICE DEPARTMENT**

TODAY'S DATE
16 FEB 2020

| MEMBER TO BE AFFECTED (LAST NAME - FIRST - M.I.) | | STAR / BADGE NO. | EMPLOYEE NO. | | UNIT ASSIGNED |
|---|---|---|---|---|---|
| ARROYO, REYNA | | 18014 | 45919 | 010 | /122 |

| EFFECTIVE DATE | JOB TITLE | | SOCIAL SECURITY NO. |
|---|---|---|---|
| 18 NOV 2019 | | POLICE OFFICER | ON FILE |

**TYPE OF ACTION**

| CHECK TYPE OF ACTION HERE (DO NOT CHECK MORE THAN ONE) | INFORMATION REQUIRED (ENTER INFORMATION IN "REMARKS SECTION" BELOW) | SIGNATURES REQUIRED |
|---|---|---|
| EXCUSED WITHOUT PAY - DISCIPLINARY | GIVE EFFECTIVE DATE , CIRCUMSTANCES & C.R. NO. | UNIT C.O. |
| EXCUSED WITHOUT PAY - NON-DISCIPLINARY | GIVE EFFECTIVE DATE & CIRCUMSTANCES | UNIT C.O. |
| ABSENCE WITHOUT PAY - AWOP | GIVE EFFECTIVE DATE & CIRCUMSTANCES. STATE WHETHER OR NOT MEMBER NOTIFIED SUPERVISOR. | UNIT C.O. |
| TERMINATION - JOB ABANDONMENT | GIVE EFFECTIVE DATE: F.O.P. - ACTION TAKEN AFTER 4 CONSECUTIVE WORKDAYS AWOP AFSCME & UNIT II - ACTION TAKEN AFTER 5 CONSECUTIVE WORKDAYS AWOP | UNIT C.O. , AREA CHIEF OR DIVISION C.O |
| LEAVE, DISABILITY PENSION - SWORN ONLY | X ATTACH MEDICAL REPORTS ,COMPLETE REVERSE SIDE | MEMBER, MEDICAL DIRECTOR |
| LEAVE, MILITARY (PAID ENCAMPMT.-14 DAYS MAX.) | GIVE DATES, ATTACH COPY OF OFFICIAL ORDER , COMPLETE REVERSE SIDE | MEMBER, UNIT C.O.,AREA CHIEF OR DIVISION C.O. |
| LEAVE, MILITARY - WITHOUT PAY | GIVE DATES, ATTACH COPY OF OFFICIAL ORDERS, COMPLETE REVERSE SIDE. IF OVER 29 DAYS, ALSO ATTACH PER-73 ( CITY REQUEST FOR LEAVE) AND PER-78 ( EXIT INTERVIEW REPORT) | MEMBER, UNIT C.O.,AREA CHIEF OR DIVISION C.O. |
| UNPAID ABSENCE (29 DAYS AND UNDER) - NO INSURANCE BENEFITS | GIVE REASON & RETURN DATE ,COMPLETE AND SIGN REVERSE SIDE. | MEMBER, UNIT C.O.,AREA CHIEF OR DIVISION C.O. |
| LEAVE, OTHER (30 DAYS AND OVER) | GIVE REASON & LENGTH OF LEAVE REQUESTED, COMPLETE REVERSE SIDE  ATTACH PER-73, (CITY REQUEST FOR LEAVE) AND PER-78 ( EXIT INTERVIEW REPORT). | MEMBER, UNIT C.O.,AREA CHIEF OR DIVISION C.O., DEP. SUPT.,B.A.S |
| LEAVE, EXTENSION OF | GIVE DATES & REASON, COMPLETE REVERSE SIDE. ATTACH PER-73 / CITY REQUEST FOR LEAVE). | MEMBER |
| MARRIAGE LEAVE | GIVE DATES REQUESTED FOR LEAVE, DATE OF CEREMONY & SPOUSE'S NAME | MEMBER, UNIT C.O. |
| NAME CHANGE | GIVE NEW NAME. IF OTHER THAN BY MARRIAGE, ATTACH VERIFICATION / EXPLANATION | MEMBER, UNIT C O. |
| RETIREMENT | GIVE EFFECTIVE DATE — ATTACH PER-78 (EXIT INTERVIEW REPORT). AS SOON AS RESIGNATION IS ACTED ON BY THE COMMANDING OFFICER, | MEMBER, UNIT C.O.,AREA CHIEF OR DIVISION C.O. |
| RESIGNATION | GIVE EFFECTIVE DATE & REASON — THE COMMANDING OFFICER WILL NOTIFY THE INTERNAL AFFAIRS DIVISION AND THE PAYROLL / FINANCE DIVISION BY PAX TELEPHONE | MEMBER, UNIT C.O.,AREA CHIEF OR DIVISION C.O. |
| SEPARATION TO ACCEPT OTHER CITY POSITION / TITLE | GIVE EFFECTIVE DATE, NEW JOB TITLE & NAME OF NEW CITY DEPARTMENT | MEMBER, UNIT C.O.,AREA CHIEF OR DIVISION C.O. |
| DEATH IN FAMILY | GIVE DATES & RELATIONSHIP TO DECEASED | UNIT C.O. |
| TRANSFER REQUEST | COMPLETE PERSONNEL TRANSFER & ASSIGNMENT SECTION BELOW | MEMBER, UNIT C.O.,AREA CHIEF OR DIVISION C.O., DEP. SUPT. |
| RECOGNIZED OPENING BID (FOP) | COMPLETE PERSONNEL TRANSFER & ASSIGNMENT SECTION BELOW | MEMBER |
| RECOGNIZED VACANCY BID (FOP) | COMPLETE PERSONNEL TRANSFER & ASSIGNMENT SECTION BELOW | MEMBER |

**PERSONNEL TRANSFER & ASSIGNMENT SECTION**

| UNIT OF ASSIGNMENT REQUESTED | HOME ADDRESS | | HOME TELEPHONE NO. | SENIORITY DATE | TITLE CODE | GRADE |
|---|---|---|---|---|---|---|
| DATE ASSIGNED TO PRESENT UNIT | DATE OF BIRTH | ☐ UNIT NOTICE OF RECOGNIZED OPENING NO.: ☐ RECOGNIZED VACANCY LISTING ADMINISTRATIVE MESSAGE FACSIMILE NETWORK NO.: | | POSITION REQUESTED | | |
| DATE SUBMITTED | TIME SUBMITTED | COMMANDING OFFICER / WATCH COMMANDER'S SIGNATURE | | STAR NO. | | |

**REMARKS SECTION**

ARROYO, REYNA WILL EXHAUST AVAILABLE MEDICAL DAYS ON  17 NOV 2019. A LEAVE OF ABSENCE

TO APPLY FOR DISABILITY BENEFITS EFFECTIVE 18 NOV 2019. THE OFFICER HAS BEEN DIRECTED TO

SUBMIT CPD EQUIPMENT. A COPY OF THIS PAR HAS BEEN DIRECTED TO THE UNIT, FINANCE AND ,MEDICAL

SECTION,

**SIGNATURES**

SIGNATURE OF MEMBER (IF REQUIRED)
*Not available for signature*

| ☐ RECOMMEND APPROVAL ☐ DISAPPROVAL | SIGNATURE & TITLE (UNIT C.O.) | ☐ RECOMMEND APPROVAL ☐ DISAPPROVAL | SIGNATURE & TITLE |
|---|---|---|---|
| | | ☐ RECOMMEND APPROVAL ☐ DISAPPROVAL | SIGNATURE & TITLE |

| ☐ RECOMMEND APPROVAL ☐ DISAPPROVAL | SIGNATURE |
|---|---|

**FOR PERSONNEL DIVISION / BUREAU OF ADMINISTRATIVE SERVICES USE ONLY**

| ☐ APPROVED ☐ DISAPPROVED | SIGNATURE |
|---|---|

COMMENTS

I.A.D. CLEARANCE AS OF:
Arroyo_702

CPD-11.612 (REV. 10/95)

**SECTION A**

**CITY OF CHICAGO**
**DEPARTMENT OF HUMAN RESOURCES**



**REQUEST FOR LEAVE OF ABSENCE**
(See below for instructions)

____ **CAREER SERVICE**

____ **NON-CAREER SERVICE**

____ Original Request
__X__ Extension Request

DATE __18 FEB 2020__ EMPLOYEE NUMBER __45919__ EMPLOYEE NAME __ARROYO, REYNA__

DEPARTMENT __POLICE__ BUREAU __PATROL__ TITLE __POLICE OFFICER__

TYPE OF LEAVE: ____ Duty Disability ____ FMLA __XXX__ Medical Leave (Attach Medical Certificate) ____ Personal Business

____ Paid Parental ____ Military ____ Non-Career Service Appointment

____ Other_____

PAID - LENGTH OF LEAVE REQUESTED _____ Months
Effected Date:_____
Mo.     Day     Year

NOT PAID - LENGTH OF LEAVE REQUESTED ____ Months
Effected Date: __1__ / __10__ / __2019__
Mo.     Day     Year

Expiration Date:_____
Mo.     Day     Year

Expiration Date: __02__ / __17__ / __2020__
Mo.     Day     Year

REASON FOR REQUEST:_____

I hereby resign from my Career Service/Non-Career Service position of_____ if I fail to report for duty within five days of the expiration of this leave of absence/extension of leave of absence. My resignation shall be effective unless there are extenuating circumstances which prohibit me from returning to work on the expiration of my leave. It shall be my responsibility to notify the Employer of such circumstances no later than the 5th day following the expiration of the leave. The Employer shall have the sole right to determine what circumstances shall justify an employee not returning from leave promptly. I understand that I must provide satisfactory documentation for my failure to return from my leave. The effective date of the resignation shall be the 5th day after the expiration of my leave of absence/extension of leave of absence. However, this resignation will not be affected if through my action my name has been restored to a reinstatement list or an extension of the leave of absence has been requested and approved.

Employee Signature

DEPARTMENT HEAD APPROVAL     Yes __✓__ No ____

Signature _____

Title __Director__

EFFECTIVE DATE: __11__ - __18__ __2019__
Mo.     Day     Year

EXPIRATION DATE: __02__ / __17__ / __2020__
Mo.     Day     Year

COMMENTS:

Copy - To Employee
Copy - To Department Head
Copy - To Immediate Supervisor
Copy - To Department of Human Resources

Rev. 11/17/11
PER-73-A
177116 form 21-6

Arroyo in 703

3. **CPD Equipment-Star, ID Badge, Shield, Helmet**
   CPD Headquarters,
   3510 S Michigan Ave. 60653
   312 745 -5300                           Contact:        Susan

4. **The FOP Lodge**
   1412 West Washington
   312 733-7776                            Contact:        Kevin Graham

5. **Final Pay Check**
   Finance/Payroll Division. 3th Floor
   CPD Headquarters,
   3510 S Michigan Ave. 60653
   312 745 -5650                           Contact:        Chief Timekeeper

6. **Ongoing Medial Care Related to an IOD**
   Medical Services Section
   CPD Headquarters,
   3510 S Michigan Ave. 60653
   312 745 5000                            Contact:        Assigned Nurse

7. **Future Reinstatement to the Police Department's Active Roll**
   Human Resource
   CPD Headquarters,
   3510 S Michigan Ave. 60653
   312 745 -5300                           Contact:        Staff

   Received by: _____ 20 MAR 20     Verified by: _____
                Member Signature                   MS staff Signature
   Date: _____                      Date: _____
                Copy to Member                     Original to the Medial File

Update 8/17-sj



**Chicago Police Department**
**Medical Services Section-Unit 231**
**3510 S. Michigan**
**Chicago, Illinois 60653**

Date  20 MAR 2000

I. _Reyna  Arroyo_ release all medical records and privileged
(Print your name)
information including alcohol, substance abuse and psychiatric information included in my

Chicago Police Department medical records to the Policemen's Annuity and Benefit Fund.

_____
Signature

**ARROYO.DEF.003285** Arroyo_705



**Chicago Police Department**
**Medical Services Section - Unit 231**
**3510 S. Michigan Ave**
**Chicago, Illinois 60653**

Date: 24 MAY 2023

I, Reyna Arroyo Emp # 45919, release all medical records and privileged information including

alcohol, substance abuse and psychiatric information included in my Chicago Police medical

records to the Policemen's Annuity and Benefit Fund.

Signature

RECEIVED MAY 2 5 2023

Arroyo_706

# PERSONNEL ACTION REQUEST (PAR FORM)

HUMAN RESOURCES DIVISION
CHICAGO POLICE DEPARTMENT

TODAY'S DATE

24 MAY 2023

## MEMBER'S INFORMATION

| MEMBER TO BE AFFECTED (LAST NAME - FIRST - M.I.) | STAR NO. | EMPLOYEE NO. | UNIT ASSIGNED |
|---|---|---|---|
| ARROYO, Reyna | 16014 | 45919 | 070/122 |

| EFFECTIVE DATE | JOB TITLE |
|---|---|
| 18 NOV 2019 | Police Officer |

## TYPE OF ACTION REQUESTED (Check only one box.)

- [x] LEAVE, DISABILITY PENSION - SWORN ONLY
- [ ] LEAVE, OTHER (30 DAYS AND OVER)
- [ ] RETIREMENT
- [ ] TRANSFER REQUEST
- [ ] RECOGNIZED OPENING BID (FOP)
- [ ] RECOGNIZED VACANCY BID (FOP)

- [ ] UNPAID ABSENCE (29 DAYS AND UNDER) NO INSURANCE BENEFITS
- [ ] LEAVE, EXTENSION OF
- [ ] RESIGNATION
- [ ] SEPARATION TO ACCEPT OTHER CITY POSITION ~~RECEIVED MAY 25 2023~~
- [ ] FAMILY MEDICAL LEAVE ACT (FMLA)
- [ ] FAMILY MEDICAL LEAVE ACT (FMLA) INTERMITTENT

## PERSONNEL TRANSFER & ASSIGNMENT SECTION

| UNIT OF ASSIGNMENT REQUESTED | HOME ADDRESS | | TELEPHONE NO. | SENIORITY DATE | TITLE CODE | GRADE |
|---|---|---|---|---|---|---|
| DATE ASSIGNED TO PRESENT UNIT | DATE OF BIRTH | [ ] UNIT NOTICE OF RECOGNIZED OPENING NO.: [ ] RECOGNIZED VACANCY LISTING AMC NO: | | | POSITION REQUESTED | |
| DATE SUBMITTED | TIME SUBMITTED | COMMANDING OFFICER'S SIGNATURE | | | STAR NO. | |

## LEAVE OF ABSENCE AGREEMENT (Member must complete this agreement when requesting any leave of absence.)

TO SUPERINTENDENT OF POLICE:

I HEREBY TENDER MY RESIGNATION AS _Chicago Police Officer_ FROM THE DEPARTMENT OF POLICE, RECEIVED MAY 25 2023
(POSITION OR RANK)

TO TAKE EFFECT IF I FAIL TO REPORT FOR DUTY IMMEDIATELY AT THE EXPIRATION OF MY LEAVE, _____

_____ (EXPIRATION DATE OF LEAVE)

_____ (SIGNATURE OF MEMBER)

I HEREBY ACCEPT THE RESIGNATION OF _____ BECAUSE OF FAILURE TO COMPLY WITH ABOVE

AGREEMENT, THIS _____ DAY OF _____, 20 ___.

_____ (SUPERINTENDENT OF POLICE)

## REMARKS SECTION

ARRoyo, Reyna, Exhausted all available medical days on 17 NOV 2019. A leave of absence to apply for Duty/medical Leave di Sability benefits effective 18 NOV 2019. R/officer already Surrender her CPD equipment in May 2020. A copy of this PAR will be directed to the Unit, Finance and Medical Section. Disability resulted to work injury on 12 OCT 2016.

## SIGNATURES

| SIGNATURE OF MEMBER (IF REQUIRED) | RECOMMEND [ ] APPROVAL [ ] DISAPPROVAL | SIGNATURE & TITLE |
|---|---|---|
| X | | |
| RECOMMEND [x] APPROVAL [ ] DISAPPROVAL SIGNATURE & TITLE (UNIT C.O.) _Unit 231_ 1347 | RECOMMEND [ ] APPROVAL [ ] DISAPPROVAL | SIGNATURE & TITLE |

## HUMAN RESOURCES DIVISION SECTION ONLY

| RECOMMEND [ ] APPROVAL [ ] DISAPPROVAL | SIGNATURE | RECOMMEND [ ] APPROVAL [ ] DISAPPROVED | SIGNATURE |
|---|---|---|---|
| COMMENTS | | | BIA CLEARANCE AS OF: Arroyo_707 |

CPD-11.612 (REV. 9/20)     DISTRIBUTION: WHITE - HUMAN RESOURCES DIVISION, YELLOW - FINANCE , PINK - MEMBER, GOLD - UNIT.

# PERSONNEL ACTION REQUEST (PAR FORM)
HUMAN RESOURCES DIVISION
CHICAGO POLICE DEPARTMENT

**TODAY'S DATE** 2'5 MAY 2022

## MEMBER'S INFORMATION

MEMBER TO BE AFFECTED (LAST NAME - FIRST, M.I.) ARRoyo, Reyna.
STAR NO. 18014
EMPLOYEE NO. 45919
UNIT ASSIGNED 0/0/22

EFFECTIVE DATE 18 NOV 2020
JOB TITLE Police Officer

## TYPE OF ACTION REQUESTED (Check only one box.)

[X] LEAVE, DISABILITY PENSION - SWORN ONLY
[ ] LEAVE, OTHER (30 DAYS AND OVER)
[ ] RETIREMENT
[ ] TRANSFER REQUEST
[ ] RECOGNIZED OPENING BID (FOP)
[ ] RECOGNIZED VACANCY BID (FOP)

[ ] UNPAID ABSENCE (29 DAYS AND UNDER) NO INSURANCE BENEFITS
[ ] LEAVE, EXTENSION OF
[ ] RESIGNATION
[ ] SEPARATION TO ACCEPT OTHER CITY POSITION/TITLE
[ ] FAMILY MEDICAL LEAVE ACT (FMLA)
[ ] FAMILY MEDICAL LEAVE ACT (FMLA) INTERMITTENT

## PERSONNEL TRANSFER & ASSIGNMENT SECTION

| UNIT OF ASSIGNMENT REQUESTED | HOME ADDRESS 2630 N. 73rd Ct. Elmwood Park, IL 60707 | TELEPHONE NO. (773) 817-6263 | SENIORITY DATE | TITLE CODE | GRADE |
|---|---|---|---|---|---|

DATE ASSIGNED TO PRESENT UNIT | DATE OF BIRTH
[ ] UNIT NOTICE OF RECOGNIZED OPENING NO.:
[ ] RECOGNIZED VACANCY LISTING AMC NO:
POSITION REQUESTED

DATE SUBMITTED | TIME SUBMITTED | COMMANDING OFFICER'S SIGNATURE ☞ PATL reynaarrayod@gmail.com
STAR NO.

## LEAVE OF ABSENCE AGREEMENT (Member must complete this agreement when requesting any leave of absence.)

TO SUPERINTENDENT OF POLICE:

I HEREBY TENDER MY RESIGNATION AS_____ (POSITION OR RANK) _____FROM THE DEPARTMENT OF POLICE,

TO TAKE EFFECT IF I FAIL TO REPORT FOR DUTY IMMEDIATELY AT THE EXPIRATION OF MY LEAVE,_____

(EXPIRATION DATE OF LEAVE)

(SIGNATURE OF MEMBER)

I HEREBY ACCEPT THE RESIGNATION OF _____ BECAUSE OF FAILURE TO COMPLY WITH ABOVE

AGREEMENT, THIS_____ DAY OF _____, 20____.

(SUPERINTENDENT OF POLICE)

## REMARKS SECTION

Arroyo, Reyna _____ HAS EXHAUSTED ALL AVAILABLE MEDICAL DAYS AS OF 17 NOV 2020

A LEAVE OF ABSENCE TO APPLY FOR DISABILITY WILL BE EFFECTIVE AS OF 18 NOV 2020.

THE OFFICER HAS BEEN DIRECTED TO SUBMIT ALL CPD EQUIPMENT TO HUMAN RESOURCES.

A COPY OF THIS PAR FORM HAS BEEN FORWARDED TO THE UNIT, FINANCE DEPARTMENT & MEDICAL SECTION.

RECEIVED MAY 2 6 2023

## SIGNATURES

SIGNATURE OF MEMBER (IF REQUIRED)

RECOMMEND
[ ] APPROVAL
[ ] DISAPPROVAL
SIGNATURE & TITLE

RECOMMEND | SIGNATURE & TITLE (UNIT C.O.)
[ ] APPROVAL
[ ] DISAPPROVAL

RECOMMEND
[ ] APPROVAL
[ ] DISAPPROVAL
SIGNATURE & TITLE

## HUMAN RESOURCES DIVISION SECTION ONLY

RECOMMEND | SIGNATURE
[ ] APPROVAL
[ ] DISAPPROVAL

RECOMMEND | SIGNATURE
[ ] APPROVAL
[ ] DISAPPROVED

COMMENTS

BIA CLEARANCE AS OF:

# PERSONNEL ACTION REQUEST (PAR FORM)

HUMAN RESOURCES DIVISION
CHICAGO POLICE DEPARTMENT

TODAY'S DATE: 2 5 MAY 2023

## MEMBER'S INFORMATION

**MEMBER TO BE AFFECTED (LAST NAME - FIRST, M.I.)**
ARROYO, Reyna.

| STAR NO. | EMPLOYEE NO. | UNIT ASSIGNED |
|---|---|---|
| 18014 | 45919 | 0/0 / 22 |

**EFFECTIVE DATE** 18 NOV 2020

**JOB TITLE** Police Officer

## TYPE OF ACTION REQUESTED (Check only one box.)

- [X] LEAVE, DISABILITY PENSION - SWORN ONLY
- [ ] LEAVE, OTHER (30 DAYS AND OVER)
- [ ] RETIREMENT
- [ ] TRANSFER REQUEST
- [ ] RECOGNIZED OPENING BID (FOP)
- [ ] RECOGNIZED VACANCY BID (FOP)

- [ ] UNPAID ABSENCE (29 DAYS AND UNDER) NO INSURANCE BENEFITS
- [ ] LEAVE, EXTENSION OF
- [ ] RESIGNATION
- [ ] SEPARATION TO ACCEPT OTHER CITY POSITION/TITLE
- [ ] FAMILY MEDICAL LEAVE ACT (FMLA)
- [ ] FAMILY MEDICAL LEAVE ACT (FMLA) INTERMITTENT

## PERSONNEL TRANSFER & ASSIGNMENT SECTION

| UNIT OF ASSIGNMENT REQUESTED | HOME ADDRESS 2630 N. 73rd Ct Elmwood Park, IL 60707 | TELEPHONE NO. (773) 817-6263 | SENIORITY DATE | TITLE CODE | GRADE |
|---|---|---|---|---|---|

| DATE ASSIGNED TO PRESENT UNIT | DATE OF BIRTH | [ ] UNIT NOTICE OF RECOGNIZED OPENING NO.: | POSITION REQUESTED |
|---|---|---|---|
| | | [ ] RECOGNIZED VACANCY LISTING AMC NO: | |

| DATE SUBMITTED | TIME SUBMITTED | COMMANDING OFFICER'S SIGNATURE E-MAIL reynaarroyo@gmail.com | STAR NO. |
|---|---|---|---|

## LEAVE OF ABSENCE AGREEMENT (Member must complete this agreement when requesting any leave of absence.)

TO SUPERINTENDENT OF POLICE:

I HEREBY TENDER MY RESIGNATION AS_____ FROM THE DEPARTMENT OF POLICE.
(POSITION OR RANK)

TO TAKE EFFECT IF I FAIL TO REPORT FOR DUTY IMMEDIATELY AT THE EXPIRATION OF MY LEAVE,_____

(EXPIRATION DATE OF LEAVE)

_____
(SIGNATURE OF MEMBER)

I HEREBY ACCEPT THE RESIGNATION OF _____ BECAUSE OF FAILURE TO COMPLY WITH ABOVE

AGREEMENT, THIS_____ DAY OF _____, 20____.

_____
(SUPERINTENDENT OF POLICE)

## REMARKS SECTION

Arroyo, Reyna _____ HAS EXHAUSTED ALL AVAILABLE MEDICAL DAYS AS OF 17 NOV 2020

A LEAVE OF ABSENCE TO APPLY FOR DISABILITY WILL BE EFFECTIVE AS OF 18 NOV 2020.

THE OFFICER HAS BEEN DIRECTED TO SUBMIT ALL CPD EQUIPMENT TO HUMAN RESOURCES.

A COPY OF THIS PAR FORM HAS BEEN FORWARDED TO THE UNIT, FINANCE DEPARTMENT & MEDICAL SECTION.

RECEIVED MAY 2 6 2023

## SIGNATURES

| SIGNATURE OF MEMBER (IF REQUIRED) | RECOMMEND [ ] APPROVAL [ ] DISAPPROVAL | SIGNATURE & TITLE |
|---|---|---|
| RECOMMEND [ ] APPROVAL [ ] DISAPPROVAL    SIGNATURE & TITLE (UNIT C.O.) | RECOMMEND [ ] APPROVAL [ ] DISAPPROVAL | SIGNATURE & TITLE |

## HUMAN RESOURCES DIVISION SECTION ONLY

| RECOMMEND SIGNATURE [ ] APPROVAL [ ] DISAPPROVAL | RECOMMEND SIGNATURE [ ] APPROVAL [ ] DISAPPROVED |
|---|---|

COMMENTS

BIA CLEARANCE AS OF:

CPD-11.612 (REV. 9/20)   DISTRIBUTION: WHITE - HUMAN RESOURCES DIVISION, YELLOW - FINANCE , PINK - MEMBER, GOLD - UNIT.   Arroyo 709

# SECTION A

## CITY OF CHICAGO
## DEPARTMENT OF HUMAN RESOURCES



### REQUEST FOR LEAVE OF ABSENCE
### (See below for instructions)

__xxx__ CAREER SERVICE

_____ NON-CAREER SERVICE

_____ Original Request

_____ Extension Request

DATE_____ EMPLOYEE NUMBER _45919_____ EMPLOYEE NAME___ARROYO, REYNA_____

DEPARTMENT___POLICE_____ BUREAU_PATROL_____ TITLE_POLICE OFFICER_____

TYPE OF LEAVE: __xxx_ Duty Disability _____ FMLA    _XXXX_ Medical Leave (Attach Medical Certificate) _____ Personal Business

_____ Paid Parental _____ Military _____ Non-Career Service Appointment _____ Other_____

**PAID** - LENGTH OF LEAVE REQUESTED _____ Months    **NOT PAID** - LENGTH OF LEAVE REQUESTED _____ Months
Effected Date:_OCTOBER____ 12____ 2016____    Effected Date:___NOVEMBER_ 18____ 2019____
       Mo.       Day      Year                       Mo.       Day      Year

Expiration Date:_____    Expiration Date:_____
      Mo.       Day      Year                       Mo.       Day      Year

REASON FOR REQUEST:  R/O WAS FORCED ON A NON-PAID LEAVE OF ABSENCE AFTER HER IOD,LIMITED & MEDICAL DUTY EXPIRED. SAID 12OCT16 SHOULDER INJURY

OCCURED DURING THE PERFORMANCE OF HER DUTIES. AT FIRST, INJURY WAS PROCESSED AS RE-OCCURRENCE (R/O HAD CERTFIED PREVIOUS SHOLDER INJURIES), LATER

TREATED AS NON IOD, R/O AGGRIEVED IT, RESULTING TO AN ARBRITATION HEARING JAN 2020, ALMOST 3 YEARS LATER, A FINAL  NEGATIE AWARD GRANTED, R/O WILL APPEAL

I hereby resign from my Career Service/Non-Career Service position of____CHICAGO POLICE OFFICER_____ if I fail to report for duty within five days of the expiration of this leave of absence/extension of leave of absence. My resignation shall be effective unless there are extenuating circumstances which prohibit me from returning to work on the expiration of my leave. It shall be my responsibility to notify the Employer of such circumstances no later than the 5th day following the expiration of the leave. The Employer shall have the sole right to determine what circumstances shall justify an employee not returning from leave promptly. I understand that I must provide satisfactory documentation for my failure to return from my leave. The effective date of the resignation shall be the 5th day after the expiration of my leave of absence/extension of leave of absence. However, this resignation will not be affected if through my action my name has been restored to a reinstatement list or an extension of the leave of absence has been requested and approved. _____

                                                   Employee Signature

DEPARTMENT HEAD APPROVAL: ____Yes_____ No_____

Signature_____

Title_____

EFFECTIVE DATE: ____NOVEMBER____ 18____ 2019____
            Mo.      Day      Year

EXPIRATION DATE: _____
         Mo.      Day      Year

COMMENTS:

RECEIVED MAY 2 6 2023

Copy - To Employee
Copy - To Department Head
Copy - To Immediate Supervisor
Copy - To Department of Human Resources

Rev. 11/17/11
**PER-73-A**
177116 form 21-6

Arroyo 710
Print Form

# CITY OF CHICAGO
## DEPARTMENT OF HUMAN RESOURCES

**REQUEST FOR LEAVE OF ABSENCE**
(See below for instructions)

____ CAREER SERVICE

____ NON-CAREER SERVICE

_X_ Original Request

____ Extension Request

DATE _25 MAY 2023_ EMPLOYEE NUMBER _45919_     EMPLOYEE NAME _Arroyo, Reyna_

DEPARTMENT _____     BUREAU _____ TITLE _Chicago Police Officer_

TYPE OF LEAVE: _X_ Duty Disability   ____ FMLA   _X_ Medical Leave (Attach Medical Certificate)   ____ Personal Business

____ Paid Parental   ____ Military   ____ Non-Career Service Appointment   ____ Other _____

**PAID** - LENGTH OF LEAVE REQUESTED _____ Months
Effected Date: ____ / ____ / ____
                Mo.    Day    Year

Expiration Date: ____ / ____ / ____
                 Mo.    Day    Year

REASON FOR REQUEST: _____

**NOT PAID** - LENGTH OF LEAVE REQUESTED _____ Months
Effected Date: _11_ / _18_ / _2019_
                Mo.    Day    Year

Expiration Date: _2_ / _17_ / _2020_
                 Mo.    Day    Year

I hereby resign from my Career Service/Non-Career Service position of _Police Officer_ . If I fail to report for duty within five days of the expiration of this leave of absence/extension of leave of absence. My resignation shall be effective unless there are extenuating circumstances which prohibit me from returning to work on the expiration of my leave. It shall be my responsibility to notify the Employer of such circumstances no later than the 5th day following the expiration of the leave. The Employer shall have the sole right to determine what circumstances shall justify an employee not returning from leave promptly. I understand that I must provide satisfactory documentation for my failure to return from my leave. The effective date of the resignation shall be the 5th day after the expiration of my leave of absence/extension of leave of absence. However, this resignation will not be affected if through my action my name has been restored to a reinstatement list or an extension of the leave of absence has been requested and approved.

Employee Signature

DEPARTMENT HEAD APPROVAL:   Yes ____   No ____

Signature _____

Title _____

EFFECTIVE DATE: _11_ / _18_ / _2019_
                Mo.    Day    Year

EXPIRATION DATE: _2_ / _17_ / _2020_
                 Mo.    Day    Year

COMMENTS:

RECEIVED MAY 26 2023

Copy –To Employee
Copy —To Department Head
Copy —To Immediate Supervisor
Copy –To Department of Human Resources

Rev. 11/17/11
PER-73-A
177116 form 21-6

ArroyPrint Form

## INSTRUCTION FOR REQUESTING LEAVES OF ABSENCE

1. Complete the REQUEST FOR LEAVE OF ABSENCE FORM (on the reverse side), Please note that the EFFECTIVE DATE indicates the first day on leave and the EXPIRATION DATE indicates the last day on leave.

2. Provide your immediate supervisor with a copy of the REQUEST FORM.

3. Submit the completed form to your department's Personnel section at least 30 calendar days prior to the date you would like the leave of absence to begin, Attach any necessary documentation. In an emergency, and/or to the extent 30 day notice is not possible, you should complete and submit the REQUEST FORM and statement to your department's Personnel section as soon as possible. Your department's Personnel section will return to you a copy of the REQUEST FORM indicating approval or denial. If denied or if the length of the leave is different from that requested by you, contact your department's Personnel section immediately for an explanation and/or further instructions.

4. For Medical Leaves of Absence: Provide a statement from your physician detailing the nature of your illness, the need for a leave of absence, and the projected length of the leave. Submit the completed form and physician's statement to your department's Personnel section at least 30 calendar days prior to the date you would like the leave of absence to begin. Medical Leaves of Absence are granted for up to three months, if you require a medical leave for a period longer than three months, you must request an extension of your leave prior to the expiration of your original three-month period and every three months thereafter until you have been on leave for a total of one year. Thereafter, you may request leaves of up to one year in duration. To request an extension, see INSTRUCTIONS FOR RETURNING FROM LEAVES OF ABSENCE OR REQUESTING AN EXTENSION #4.

## INSTRUCTIONS FOR RETURNING FROM LEAVES OF ABSENCE OR REQUESTING AN EXTENSION

1. Please note: Your first regularly scheduled workday after the EXPIRATION DATE is your scheduled return date. You must report to work on said date, unless you have requested and have been granted an extension of your leave. Failure to report to work on said date will cause your resignation to be effectuated.

2. If you need to request an extension of your leave of absence, you must complete another REQUEST FOR LEAVE OF ABSENCE FORM at least 21 calendar days prior to the expiration of your leave. If and to the extent 21 calendar days notice is not possible, you should submit the form and statement as soon as possible. Prior to the expiration of your original leave, your department's Personnel section will notify you of your extension's approval or denial. Please note: Personal Leaves cannot be longer than 12 months.

3. Should you wish to return to work prior to the expiration of your leave you should notify your department's Personnel section in writing, Your department's Personnel section shall notify you of your return date. Said return date shall be no later than 21 calendar days after the date your department's Personnel section receives your letter. In any case the return date will be no later than the original expiration date of the leave of absence.

4. For Medical Leaves of Absence: You must submit to your Personnel section a complete release form from your physician prior to the expiration of your leave. You should submit your physician's statement of release at least ten (I0) calendar days prior to the expiration of your leave. If you need to request an extension of your medical leave of absence you must complete another **REQUEST FOR LEAVE OF ABSENCE FORM** and attach to the form a statement from your physician stating the reason for and the projected length of the extension. Your department's Personnel section must receive said form and physician's statement at least 21 calendar days prior to the expiration of your leave.

If 21 calendar days notice is not possible, you should submit the form and statement as soon as possible. Prior to the expiration of your original leave, your department's Personnel section will notify you of your extension's approval or denial. Should you wish to return to work prior to the expiration of your leave you should notify your department's Personnel section in writing. You should submit along with your letter a complete release from your physician. Your department's Personnel section shall notify you of your return date. Said return date shall be no later than 21 calendar days after the date your department's Personnel section receives your letter and physician's statement.

RECEIVED MAY 2 5 2023

# PERSONNEL ACTION REQUEST (PAR FORM)

HUMAN RESOURCES DIVISION
CHICAGO POLICE DEPARTMENT

TODAY'S DATE

25 MAY 2023

## MEMBER'S INFORMATION

MEMBER TO BE AFFECTED (LAST NAME - FIRST - M.I.)
ARRoyo, Reyna

STAR NO.
18014

EMPLOYEE NO.
45919

UNIT ASSIGNED
010 / 22

EFFECTIVE DATE
18 FEB 2020

JOB TITLE
Police Officer

## TYPE OF ACTION REQUESTED (Check only one box.)

☒ LEAVE, DISABILITY PENSION - SWORN ONLY
☐ LEAVE, OTHER (30 DAYS AND OVER)
☐ RETIREMENT
☐ TRANSFER REQUEST
☐ RECOGNIZED OPENING BID (FOP)
☐ RECOGNIZED VACANCY BID (FOP)

☐ UNPAID ABSENCE (29 DAYS AND UNDER) NO INSURANCE BENEFITS
☒ LEAVE, EXTENSION OF
☐ RESIGNATION
☐ SEPARATION TO ACCEPT OTHER CITY POSITION/TITLE
☐ FAMILY MEDICAL LEAVE ACT (FMLA)
☐ FAMILY MEDICAL LEAVE ACT (FMLA) INTERMITTENT

## PERSONNEL TRANSFER & ASSIGNMENT SECTION

| UNIT OF ASSIGNMENT REQUESTED | HOME ADDRESS | | TELEPHONE NO. | SENIORITY DATE | TITLE CODE | GRADE |
|---|---|---|---|---|---|---|
| DATE ASSIGNED TO PRESENT UNIT | DATE OF BIRTH | ☐ UNIT NOTICE OF RECOGNIZED OPENING NO.: ☐ RECOGNIZED VACANCY LISTING AMC NO: | | | POSITION REQUESTED | |
| DATE SUBMITTED | TIME SUBMITTED | COMMANDING OFFICER'S SIGNATURE | | | STAR NO. | |

## LEAVE OF ABSENCE AGREEMENT (Member must complete this agreement when requesting any leave of absence.)

TO SUPERINTENDENT OF POLICE:

I HEREBY TENDER MY RESIGNATION AS ___Police Officer___ FROM THE DEPARTMENT OF POLICE.
(POSITION OR RANK)

TO TAKE EFFECT IF I FAIL TO REPORT FOR DUTY IMMEDIATELY AT THE EXPIRATION OF MY LEAVE, _____

(EXPIRATION DATE OF LEAVE)

(SIGNATURE OF MEMBER)

I HEREBY ACCEPT THE RESIGNATION OF _____ BECAUSE OF FAILURE TO COMPLY WITH ABOVE

AGREEMENT, THIS _____ DAY OF _____ 20_____.

(SUPERINTENDENT OF POLICE)

## REMARKS SECTION

P/O was forced on a Non-paid leave of absence after her medical time exhausted due to a work shoulder injury during her performance of her duties (20CT16) Originally, MSS processed Injury as re-occurrence IoD, then as NoN-IoD, P/o aggrieved It resulting to arbitration, hearing JAN 2020, Arbitration award - August 2022. P/o allegedy surrendered her CPD equipment M MAY - JUN 2020.

## SIGNATURES

SIGNATURE OF MEMBER (IF REQUIRED)

RECOMMEND
☐ APPROVAL
☐ DISAPPROVAL

SIGNATURE & TITLE
RECEIVED MAY 2 6 2023

RECOMMEND
☐ APPROVAL
☐ DISAPPROVAL

SIGNATURE & TITLE (UNIT C.O.)

RECOMMEND
☐ APPROVAL
☐ DISAPPROVAL

SIGNATURE & TITLE

## HUMAN RESOURCES DIVISION SECTION ONLY

RECOMMEND
☐ APPROVAL
☐ DISAPPROVAL

SIGNATURE

RECOMMEND
☐ APPROVAL
☐ DISAPPROVED

SIGNATURE

COMMENTS
Medical LOA / Applying for Disability eff 2/18/20 to 5/17/20

BIA CLEARANCE AS OF:
Arroyo_713

CPD-11.612 (REV. 9/20)   DISTRIBUTION: WHITE - HUMAN RESOURCES DIVISION, YELLOW - FINANCE, PINK - MEMBER, GOLD - UNIT.

**SECTION A**

**CITY OF CHICAGO**
**DEPARTMENT OF HUMAN RESOURCES**



**REQUEST FOR LEAVE OF ABSENCE**
(See below for instructions)

_xxx_ **CAREER SERVICE**

_____ **NON-CAREER SERVICE**

_____ Original Request

_X_ Extension Request

DATE 25 MAY 2023      EMPLOYEE NUMBER 45919      EMPLOYEE NAME ARROYO, REYNA

DEPARTMENT POLICE      BUREAU PATROL      TITLE POLICE OFFICER

TYPE OF LEAVE: _xxx_ Duty Disability     _____ FMLA     XXXX Medical Leave (Attach Medical Certificate)     _____ Personal Business
_____ Paid Parental     _____ Military     _____ Non-Career Service Appointment     _____ Other_____

**PAID** - LENGTH OF LEAVE REQUESTED _____ Months
Effected Date:_____
Mo.     Day     Year

Expiration Date:_____
Mo.     Day     Year

**NOT PAID** - LENGTH OF LEAVE REQUESTED _____ Months
Effected Date: 2 / 8 / 2020
Mo.     Day     Year

Expiration Date: 5 / 17 / 2020
Mo.     Day     Year

REASON FOR REQUEST: R/O WAS FORCED ON A NON-PAID LEAVE OF ABSENCE AFTER HER IOD /LIMITED & MEDICAL DUTY EXPIRED. SAID 12OCT16 SHOULDER INJURY OCCURED DURING THE PERFORMANCE OF HER DUTIES. AT FIRST MSS PROCESSED AS RE-OCCURRENCE IOD ( CERTFIED PREVIOUS SHOLDER INJURIES), LATER MSS TREATED AS NON-IOD, R/O AGGRIEVED IT, RESULTING TO- ARBRITATION HEARING JAN 2020, ALMOST 3 YRS LATER, NEGATIVE ARBRITATION RESULTS ISSUED-AUG2022, R/O WILL APPEAL.

I hereby resign from my Career Service/Non-Career Service position of_ CHICAGO POLICE OFFICER _ if I fail to report for duty within five days of the expiration of this leave of absence/extension of leave of absence. My resignation shall be effective unless there are extenuating circumstances which prohibit me from returning to work on the expiration of my leave. It shall be my responsibility to notify the Employer of such circumstances no later than the 5th day following the expiration of the leave. The Employer shall have the sole right to determine what circumstances shall justify an employee not returning from leave promptly. I understand that I must provide satisfactory documentation for my failure to return from my leave. The effective date of the resignation shall be the 5th day after the expiration of my leave of absence/extension of leave of absence. However, this resignation will not be affected if through my action my name has been restored to a reinstatement list or an extension of the leave of absence has been requested and approved.

Employee Signature

DEPARTMENT HEAD APPROVAL:     Yes_____     No_____

Signature

Title

EFFECTIVE DATE:_____
Mo.     Day     Year

EXPIRATION DATE:_____
Mo.     Day     Year

COMMENTS:

RECEIVED ___ 2 6 2023

Copy - To Employee
Copy - To Department Head
Copy - To Immediate Supervisor
Copy - To Department of Human Resources

Rev. 11/17/11
**PER-73-A**
177116 form 21-8

Arroyo 764

# PERSONNEL ACTION REQUEST (PAR FORM)

HUMAN RESOURCES DIVISION
CHICAGO POLICE DEPARTMENT

TODAY'S DATE

25 MAY 2023

## MEMBER'S INFORMATION

MEMBER TO BE AFFECTED (LAST NAME - FIRST - M.I.) ARRoYo, Reyna

STAR NO. 18014

EMPLOYEE NO. 45919

UNIT ASSIGNED 010/22

EFFECTIVE DATE 18 MAY 2020

JOB TITLE Police Officer

## TYPE OF ACTION REQUESTED (Check only one box.)

- [X] LEAVE, DISABILITY PENSION - SWORN ONLY
- [ ] LEAVE, OTHER (30 DAYS AND OVER)
- [ ] RETIREMENT
- [ ] TRANSFER REQUEST
- [ ] RECOGNIZED OPENING BID (FOP)
- [ ] RECOGNIZED VACANCY BID (FOP)

- [ ] UNPAID ABSENCE (29 DAYS AND UNDER) NO INSURANCE BENEFITS
- [X] LEAVE, EXTENSION OF
- [ ] RESIGNATION
- [ ] SEPARATION TO ACCEPT OTHER CITY POSITION/TITLE
- [ ] FAMILY MEDICAL LEAVE ACT (FMLA)
- [ ] FAMILY MEDICAL LEAVE ACT (FMLA) INTERMITTENT

## PERSONNEL TRANSFER & ASSIGNMENT SECTION

| UNIT OF ASSIGNMENT REQUESTED | HOME ADDRESS | | TELEPHONE NO. | SENIORITY DATE | TITLE CODE | GRADE |
|---|---|---|---|---|---|---|
| DATE ASSIGNED TO PRESENT UNIT | DATE OF BIRTH | [ ] UNIT NOTICE OF RECOGNIZED OPENING NO.: [ ] RECOGNIZED VACANCY LISTING AMC NO: | | | POSITION REQUESTED | |
| DATE SUBMITTED | TIME SUBMITTED | COMMANDING OFFICER'S SIGNATURE | | | STAR NO. | |

## LEAVE OF ABSENCE AGREEMENT (Member must complete this agreement when requesting any leave of absence.)

TO SUPERINTENDENT OF POLICE:

I HEREBY TENDER MY RESIGNATION AS____Police Officer____ FROM THE DEPARTMENT OF POLICE,
(POSITION OR RANK)

TO TAKE EFFECT IF I FAIL TO REPORT FOR DUTY IMMEDIATELY AT THE EXPIRATION OF MY LEAVE,____

(EXPIRATION DATE OF LEAVE)

(SIGNATURE OF MEMBER)

I HEREBY ACCEPT THE RESIGNATION OF _____ BECAUSE OF FAILURE TO COMPLY WITH ABOVE

AGREEMENT, THIS_____ DAY OF _____, 20___.

(SUPERINTENDENT OF POLICE)

## REMARKS SECTION

P/o was forced on a non-paid leave of absence after her medical time exhausted due to a work shoulder injury during her performance of her duties (12 OCT 16). Originally, MSS processed injury as re-occurrence IOD), then as NON-IOD, P/o aggrieved it, resulting to arbitration leaving Jan 2020, arbitration award -August 2020 P/o already Surrendered CPD equipment in MAY-JUN 2020.

## SIGNATURES

SIGNATURE OF MEMBER (IF REQUIRED)

RECOMMEND
- [ ] APPROVAL
- [ ] DISAPPROVAL

SIGNATURE & TITLE RECEIVED MAY 2 6 2023

RECOMMEND SIGNATURE & TITLE (UNIT C.O.)
- [ ] APPROVAL
- [ ] DISAPPROVAL

RECOMMEND
- [ ] APPROVAL
- [ ] DISAPPROVAL

SIGNATURE & TITLE

## HUMAN RESOURCES DIVISION SECTION ONLY

RECOMMEND SIGNATURE
- [ ] APPROVAL
- [ ] DISAPPROVAL

RECOMMEND SIGNATURE
- [ ] APPROVAL
- [ ] DISAPPROVED

COMMENTS
Medical LOA Applying for DAs off 5/8/20 to 8/17/2020

BIA CLEARANCE AS OF:
Arroyo_715

CPD-11.612 (REV. 9/20)   DISTRIBUTION: WHITE - HUMAN RESOURCES DIVISION, YELLOW - FINANCE, PINK - MEMBER, GOLD - UNIT.

**SECTION A**

## CITY OF CHICAGO
## DEPARTMENT OF HUMAN RESOURCES



### REQUEST FOR LEAVE OF ABSENCE
(See below for instructions)

___xxx___ CAREER SERVICE

_____ NON-CAREER SERVICE

_____ Original Request

✓ Extension Request

DATE _25 MAY 2023_____ EMPLOYEE NUMBER_45919_____ EMPLOYEE NAME___ARROYO, REYNA_____

DEPARTMENT___POLICE_____ BUREAU__PATROL_____ TITLE_POLICE OFFICER_____

TYPE OF LEAVE: ___xxx___ Duty Disability _____ FMLA ___XXXX___ Medical Leave (Attach Medical Certificate) _____ Personal Business

_____ Paid Parental _____ Military _____ Non-Career Service Appointment _____ Other_____

PAID - LENGTH OF LEAVE REQUESTED _____ Months

Effected Date:_____

Mo.      Day      Year

NOT PAID - LENGTH OF LEAVE REQUESTED _____ Months

Effected Date:___5__ /_8_ /_2020___

Mo.      Day      Year

Expiration Date:_____

Mo.      Day      Year

Expiration Date:___6__ /_7_ /_2020___

Mo.      Day      Year

REASON FOR REQUEST: _R/O WAS FORCED ON A NON-PAID LEAVE OF ABSENCE AFTER HER IOD /LIMITED & MEDICAL DUTY EXPIRED. SAID 12OCT16 SHOULDER INJURY

OCCURED DURING THE PERFORMANCE OF HER DUTIES. AT FIRST MSS PROCESSED AS RE-OCCURRENCE IOD ( CERTFIED PREVIOUS SHOLDER INJURIES), LATER MSS TREATED

AS NON-IOD, R/O AGGRIEVED IT, RESULTING TO- ARBRITATION HEARING JAN 2020, ALMOST 3 YRS LATER, NEGATIVE ARBRITATION RESULTS ISSUED-AUG2022. R/O WILL APPEAL.

I hereby resign from my Career Service/Non-Career Service position of____CHICAGO POLICE OFFICER_____ if I fail to report for duty within five days of the expiration of this leave of absence/extension of leave of absence. My resignation shall be effective unless there are extenuating circumstances which prohibit me from returning to work on the expiration of my leave. It shall be my responsibility to notify the Employer of such circumstances no later than the 5th day following the expiration of the leave. The Employer shall have the sole right to determine what circumstances shall justify an employee not returning from leave promptly. I understand that I must provide satisfactory documentation for my failure to return from my leave. The effective date of the resignation shall be the 5th day after the expiration of my leave of absence/extension of leave of absence. However, this resignation will not be affected if through my action my name has been restored to a reinstatement list or an extension of the leave of absence has been requested and approved.

_____
Employee Signature

DEPARTMENT HEAD APPROVAL: Yes_____ No_____

COMMENTS:

Signature

_____
Title

EFFECTIVE DATE: _____

Mo.      Day      Year

EXPIRATION DATE: _____

Mo.      Day      Year

Copy - To Employee
Copy - To Department Head
Copy - To Immediate Supervisor
Copy - To Department of Human Resources

Rev. 11/17/11
PER-73-A
177116 form 21-6

Arroyo 746

# PERSONNEL ACTION REQUEST (PAR FORM)

HUMAN RESOURCES DIVISION
CHICAGO POLICE DEPARTMENT

TODAY'S DATE

25 MAY 2023

## MEMBER'S INFORMATION

MEMBER TO BE AFFECTED (LAST NAME - FIRST - M.I.)

ARRoYo, Reyna

STAR NO. 18014

EMPLOYEE NO. 45919

UNIT ASSIGNED 010 / 122

EFFECTIVE DATE 18 NoV 2020

JOB TITLE Police Officer

## TYPE OF ACTION REQUESTED (Check only one box.)

- ☒ LEAVE, DISABILITY PENSION - SWORN ONLY
- ☐ LEAVE, OTHER (30 DAYS AND OVER)
- ☐ RETIREMENT
- ☐ TRANSFER REQUEST
- ☐ RECOGNIZED OPENING BID (FOP)
- ☐ RECOGNIZED VACANCY BID (FOP)

- ☐ UNPAID ABSENCE (29 DAYS AND UNDER) NO INSURANCE BENEFITS
- ☐ LEAVE, EXTENSION OF
- ☐ RESIGNATION
- ☐ SEPARATION TO ACCEPT OTHER CITY POSITION/TITLE
- ☐ FAMILY MEDICAL LEAVE ACT (FMLA)
- ☐ FAMILY MEDICAL LEAVE ACT (FMLA) INTERMITTENT

## PERSONNEL TRANSFER & ASSIGNMENT SECTION

| UNIT OF ASSIGNMENT REQUESTED | HOME ADDRESS | | TELEPHONE NO. | SENIORITY DATE | TITLE CODE | GRADE |
|---|---|---|---|---|---|---|
| DATE ASSIGNED TO PRESENT UNIT | DATE OF BIRTH | ☐ UNIT NOTICE OF RECOGNIZED OPENING NO.: ☐ RECOGNIZED VACANCY LISTING AMC NO: | | | POSITION REQUESTED | |
| DATE SUBMITTED | TIME SUBMITTED | COMMANDING OFFICER'S SIGNATURE | | | STAR NO. | |

## LEAVE OF ABSENCE AGREEMENT (Member must complete this agreement when requesting any leave of absence.)

TO SUPERINTENDENT OF POLICE:

I HEREBY TENDER MY RESIGNATION AS____Police Officer____ FROM THE DEPARTMENT OF POLICE.
(POSITION OR RANK)

TO TAKE EFFECT IF I FAIL TO REPORT FOR DUTY IMMEDIATELY AT THE EXPIRATION OF MY LEAVE.____

____(EXPIRATION DATE OF LEAVE)

____(SIGNATURE OF MEMBER)

I HEREBY ACCEPT THE RESIGNATION OF_____ BECAUSE OF FAILURE TO COMPLY WITH ABOVE

AGREEMENT, THIS_____ DAY OF _____, 20____.

____(SUPERINTENDENT OF POLICE)

## REMARKS SECTION

P/O was forced on a Non-Paid leave of absence after her medical time exhausted
due to a work shoulder injury during her performance of her duties (12oCT2016). Originally
MSS treated injury as re-occurrence IOD, then as NON-IoD, P/o aggrieved it, resulting
in arbitration hearing on JaN 2020; arbitration award - August 2022.
R/O already surrendered CPD equipment May-JuN 2020.

## SIGNATURES

SIGNATURE OF MEMBER (IF REQUIRED)

| RECOMMEND | SIGNATURE & TITLE |
|---|---|
| ☐ APPROVAL | RECEIVED MAY 2 6 2022 |
| ☐ DISAPPROVAL | |

RECOMMEND ☐ APPROVAL ☐ DISAPPROVAL

SIGNATURE & TITLE (UNIT C.O.)

| RECOMMEND | SIGNATURE & TITLE |
|---|---|
| ☐ APPROVAL | |
| ☐ DISAPPROVAL | |

## HUMAN RESOURCES DIVISION SECTION ONLY

RECOMMEND ☐ APPROVAL ☐ DISAPPROVAL

SIGNATURE

| RECOMMEND | SIGNATURE |
|---|---|
| ☐ APPROVAL | |
| ☐ DISAPPROVED | |

COMMENTS Medical Leave / Approving for DS  11/18/20  to  11/17/2021

BIA CLEARANCE AS OF:
Arroyo_717

CPD-11.612 (REV. 9/20)    DISTRIBUTION: WHITE - HUMAN RESOURCES DIVISION, YELLOW - FINANCE , PINK - MEMBER, GOLD - UNIT.

**SECTION A**

**CITY OF CHICAGO**
**DEPARTMENT OF HUMAN RESOURCES**



**REQUEST FOR LEAVE OF ABSENCE**
(See below for instructions)

_xxx_ CAREER SERVICE

_____ NON-CAREER SERVICE

_____ Original Request

_X_ Extension Request

DATE _25 MAY 2023_____ EMPLOYEE NUMBER _45919_____ EMPLOYEE NAME___ARROYO, REYNA

DEPARTMENT___POLICE_____ BUREAU__PATROL_____ TITLE__POLICE OFFICER

TYPE OF LEAVE: _xxx_ Duty Disability _____ FMLA _XXXX_ Medical Leave (Attach Medical Certificate) _____ Personal Business

_____ Paid Parental _____ Military _____ Non-Career Service Appointment _____ Other_____

PAID - LENGTH OF LEAVE REQUESTED _____ Months
Effected Date:_____
Mo.   Day   Year

NOT PAID - LENGTH OF LEAVE REQUESTED _____ Months
Effected Date:__/ 1_ / 1 8 / 20 20
Mo.   Day   Year

Expiration Date:_____
Mo.   Day   Year

Expiration Date:__/ /_ / 7 / 202 /
Mo.   Day   Year

REASON FOR REQUEST: _R/O WAS FORCED ON A NON-PAID LEAVE OF ABSENCE AFTER HER IOD /LIMITED & MEDICAL DUTY EXPIRED. SAID 12OCT16 SHOULDER INJURY

OCCURED DURING THE PERFORMANCE OF HER DUTIES. AT FIRST MSS PROCESSED AS RE-OCCURRENCE IOD ( CERTFIED PREVIOUS SHOLDER INJURIES), LATER MSS TREATED

AS NON-IOD, R/O AGGRIEVED IT, RESULTING TO- ARBRITATION HEARING JAN 2020, ALMOST 3 YRS LATER, NEGATIVE ARBRITATION RESULTS ISSUED-AUG2022. R/O WILL APPEAL._

I hereby resign from my Career Service/Non-Career Service position of ___CHICAGO POLICE OFFICER_____ if I fail to report for duty within five days of the expiration of this leave of absence/extension of leave of absence. My resignation shall be effective unless there are extenuating circumstances which prohibit me from returning to work on the expiration of my leave. It shall be my responsibility to notify the Employer of such circumstances no later than the 5th day following the expiration of the leave. The Employer shall have the sole right to determine what circumstances shall justify an employee not returning from leave promptly. I understand that I must provide satisfactory documentation for my failure to return from my leave. The effective date of the resignation shall be the 5th day after the expiration of my leave of absence/extension of leave of absence. However, this resignation will not be affected if through my action my name has been restored to a reinstatement list or an extension of the leave of absence has been requested and approved.

_____
Employee Signature

DEPARTMENT HEAD APPROVAL: Yes_____ No_____

Signature_____

Title_____

EFFECTIVE DATE:_____
Mo.   Day   Year

EXPIRATION DATE:_____
Mo.   Day   Year

COMMENTS:

RECEIVED MAY 2 6 2023
RECEI'  'Y 2 6 2023

Copy - To Employee
Copy - To Department Head
Copy - To Immediate Supervisor
Copy - To Department of Human Resources

Rev. 11/17/11
**PER-73-A**
177116 form 21-6

Arroyo 738

# PERSONNEL ACTION REQUEST (PAR FORM)

HUMAN RESOURCES DIVISION
CHICAGO POLICE DEPARTMENT

TODAY'S DATE
25 MAY 2023

## MEMBER'S INFORMATION

MEMBER TO BE AFFECTED (LAST NAME - FIRST - M.I.)
ARRoYu, Reyna

STAR NO.
18014

EMPLOYEE NO.
45919

UNIT ASSIGNED
010/12

EFFECTIVE DATE
18 AUG 2020

JOB TITLE
Police Officer

## TYPE OF ACTION REQUESTED (Check only one box.)

[X] LEAVE, DISABILITY PENSION - SWORN ONLY

[ ] LEAVE, OTHER (30 DAYS AND OVER)

[ ] RETIREMENT

[ ] TRANSFER REQUEST

[ ] RECOGNIZED OPENING BID (FOP)

[ ] RECOGNIZED VACANCY BID (FOP)

[ ] UNPAID ABSENCE (29 DAYS AND UNDER) NO INSURANCE BENEFITS

[ ] LEAVE, EXTENSION OF

[ ] RESIGNATION

[ ] SEPARATION TO ACCEPT OTHER CITY POSITION/TITLE

[ ] FAMILY MEDICAL LEAVE ACT (FMLA)

[ ] FAMILY MEDICAL LEAVE ACT (FMLA) INTERMITTENT

## PERSONNEL TRANSFER & ASSIGNMENT SECTION

| UNIT OF ASSIGNMENT REQUESTED | HOME ADDRESS | | TELEPHONE NO. | SENIORITY DATE | TITLE CODE | GRADE |
|---|---|---|---|---|---|---|
| DATE ASSIGNED TO PRESENT UNIT | DATE OF BIRTH | [ ] UNIT NOTICE OF RECOGNIZED OPENING NO.: [ ] RECOGNIZED VACANCY LISTING AMC NO: | | | POSITION REQUESTED | |
| DATE SUBMITTED | TIME SUBMITTED | COMMANDING OFFICER'S SIGNATURE | | | STAR NO. | |

## LEAVE OF ABSENCE AGREEMENT (Member must complete this agreement when requesting any leave of absence.)

TO SUPERINTENDENT OF POLICE:

I HEREBY TENDER MY RESIGNATION AS Police Officer FROM THE DEPARTMENT OF POLICE,
(POSITION OR RANK)

TO TAKE EFFECT IF I FAIL TO REPORT FOR DUTY IMMEDIATELY AT THE EXPIRATION OF MY LEAVE, _____
(EXPIRATION DATE OF LEAVE)

(SIGNATURE OF MEMBER)

I HEREBY ACCEPT THE RESIGNATION OF _____ BECAUSE OF FAILURE TO COMPLY WITH ABOVE

AGREEMENT, THIS _____ DAY OF _____, 20 ____.

(SUPERINTENDENT OF POLICE)

## REMARKS SECTION

P/O was forced on a non-paid leave of absence, after her medical time exhaust
due to a work injury (shoulder) during the performance of her duties (12OCT2vk).
Originally MSS processed injury as re-occurrence. IoD then as Non-IoD. R/O
disagreed. It, resulting to arbitration hearing JAN 2020, arbitration award -Aug 2022
P/O already surrendered her CPD equipment - May/June 2020

## SIGNATURES

SIGNATURE OF MEMBER (IF REQUIRED)

RECOMMEND
[ ] APPROVAL
[ ] DISAPPROVAL

SIGNATURE & TITLE
RECEIVED MAY 26 2021

RECOMMEND
[ ] APPROVAL
[ ] DISAPPROVAL

SIGNATURE & TITLE (UNIT C.O.)

RECOMMEND
[ ] APPROVAL
[ ] DISAPPROVAL

SIGNATURE & TITLE

## HUMAN RESOURCES DIVISION SECTION ONLY

RECOMMEND
[ ] APPROVAL
[ ] DISAPPROVAL

SIGNATURE

RECOMMEND
[ ] APPROVAL
[ ] DISAPPROVED

SIGNATURE

COMMENTS
Medical for Applying for DD 8/18/20 to 11/17/2020

BIA CLEARANCE AS OF:
Arroyo_719

CPD-11.612 (REV. 9/20)     DISTRIBUTION: WHITE - HUMAN RESOURCES DIVISION, YELLOW - FINANCE , PINK - MEMBER, GOLD - UNIT.

**SECTION A**

## CITY OF CHICAGO
## DEPARTMENT OF HUMAN RESOURCES



### REQUEST FOR LEAVE OF ABSENCE
(See below for instructions)

__xxx__ CAREER SERVICE

_____ NON-CAREER SERVICE

_____ Original Request

☒ Extension Request

DATE _25 MAY 2023_____ EMPLOYEE NUMBER _45919_____ EMPLOYEE NAME__ ARROYO, REYNA

DEPARTMENT__ POLICE_____ BUREAU _PATROL_____ TITLE _POLICE OFFICER_____

TYPE OF LEAVE: __xxx__ Duty Disability _____ FMLA __XXXX_ Medical Leave (Attach Medical Certificate) _____ Personal Business

_____ Paid Parental _____ Military _____ Non-Career Service Appointment _____ Other_____

**PAID** - LENGTH OF LEAVE REQUESTED _____ Months
Effected Date:_____
  Mo.        Day        Year

**NOT PAID** - LENGTH OF LEAVE REQUESTED _____ Months
Effected Date:__0__ /__8__ /_2020_
  Mo.        Day        Year

Expiration Date:_____
  Mo.        Day        Year

Expiration Date:_11_ /_17_ /_2020_
  Mo.        Day        Year

REASON FOR REQUEST: _R/O WAS FORCED ON A NON-PAID LEAVE OF ABSENCE AFTER HER IOD /LIMITED & MEDICAL DUTY EXPIRED. SAID 12OCT16 SHOULDER INJURY

OCCURED DURING THE PERFORMANCE OF HER DUTIES. AT FIRST MSS PROCESSED AS RE-OCCURRENCE IOD ( CERTFIED PREVIOUS SHOLDER INJURIES), LATER MSS TREATED

AS NON-IOD, R/O AGGRIEVED IT, RESULTING TO- ARBRITATION HEARING JAN 2020, ALMOST 3 YRS LATER, NEGATIVE ARBRITATION RESULTS ISSUED-AUG2022. R/O WILL APPEAL

I hereby resign from my Career Service/Non-Career Service position of___ CHICAGO POLICE OFFICER ___ if I fail to report for duty within five days of the expiration of this leave of absence/extension of leave of absence. My resignation shall be effective unless there are extenuating circumstances which prohibit me from returning to work on the expiration of my leave. It shall be my responsibility to notify the Employer of such circumstances no later than the 5th day following the expiration of the leave. The Employer shall have the sole right to determine what circumstances shall justify an employee not returning from leave promptly. I understand that I must provide satisfactory documentation for my failure to return from my leave. The effective date of the resignation shall be the 5th day after the expiration of my leave of absence/extension of leave of absence. However, this resignation will not be affected if through my action my name has been restored to a reinstatement list or an extension of the leave of absence has been requested and approved.

_____ Employee Signature

DEPARTMENT HEAD APPROVAL: Yes_____ No_____

Signature _____

Title _____

EFFECTIVE DATE: _____
  Mo.        Day        Year

EXPIRATION DATE: _____
  Mo.        Day        Year

COMMENTS:

RECEIVED MAY 2 6 2023

RECEIVED MAY 2 6 2023

Copy - To Employee
Copy - To Department Head
Copy - To Immediate Supervisor
Copy - To Department of Human Resources

Rev. 11/17/11
**PER-73-A**
177116 form 21-6

Arroyo 720

# PERSONNEL ACTION REQUEST (PAR FORM)

HUMAN RESOURCES DIVISION
CHICAGO POLICE DEPARTMENT

TODAY'S DATE
25 MAY 2023

## MEMBER'S INFORMATION

MEMBER TO BE AFFECTED (LAST NAME - FIRST - M.I.) *ARRoyo, Reyna*

STAR NO. *18014*

EMPLOYEE NO. *45919*

UNIT ASSIGNED *010 /122*

EFFECTIVE DATE *8 NOV 2021*

JOB TITLE *Police Officer*

## TYPE OF ACTION REQUESTED (Check only one box.)

☐ LEAVE, DISABILITY PENSION - SWORN ONLY
☐ LEAVE, OTHER (30 DAYS AND OVER)
☐ RETIREMENT
☐ TRANSFER REQUEST
☐ RECOGNIZED OPENING BID (FOP)
☐ RECOGNIZED VACANCY BID (FOP)

☐ UNPAID ABSENCE (29 DAYS AND UNDER) NO INSURANCE BENEFITS
☐ LEAVE, EXTENSION OF
☐ RESIGNATION
☐ SEPARATION TO ACCEPT OTHER CITY POSITION/TITLE
☐ FAMILY MEDICAL LEAVE ACT (FMLA)
☐ FAMILY MEDICAL LEAVE ACT (FMLA) INTERMITTENT

## PERSONNEL TRANSFER & ASSIGNMENT SECTION

| UNIT OF ASSIGNMENT REQUESTED | HOME ADDRESS | | TELEPHONE NO. | SENIORITY DATE | TITLE CODE | GRADE |
|---|---|---|---|---|---|---|

| DATE ASSIGNED TO PRESENT UNIT | DATE OF BIRTH | ☐ UNIT NOTICE OF RECOGNIZED OPENING NO.: ☐ RECOGNIZED VACANCY LISTING AMC NO: | | POSITION REQUESTED | |
|---|---|---|---|---|---|

| DATE SUBMITTED | TIME SUBMITTED | COMMANDING OFFICER'S SIGNATURE | STAR NO. |
|---|---|---|---|

## LEAVE OF ABSENCE AGREEMENT (Member must complete this agreement when requesting any leave of absence.)

TO SUPERINTENDENT OF POLICE:

I HEREBY TENDER MY RESIGNATION AS *Police Officer* FROM THE DEPARTMENT OF POLICE,
(POSITION OR RANK)

TO TAKE EFFECT IF I FAIL TO REPORT FOR DUTY IMMEDIATELY AT THE EXPIRATION OF MY LEAVE, _____
(EXPIRATION DATE OF LEAVE)

(SIGNATURE OF MEMBER)

I HEREBY ACCEPT THE RESIGNATION OF _____ BECAUSE OF FAILURE TO COMPLY WITH ABOVE

AGREEMENT, THIS _____ DAY OF _____, 20___.

(SUPERINTENDENT OF POLICE)

## REMARKS SECTION

*P/O was forced on a non-paid leave of absence after her medical time was exhausted due to a work shoulder injury during her performance of her duties (PO CT 2016). Originally, Mss treated injury as Re-occurrence, IOD, then as NON-IOD, P/o aggrieved it resulting to an arbitration hearing on JAN 2020, arbitration = negative award Aug 202 P/o already surrendered her CPD equipment late May - early JUNE 2020.*

## SIGNATURES

SIGNATURE OF MEMBER (IF REQUIRED)

| RECOMMEND | SIGNATURE & TITLE |
|---|---|
| ☐ APPROVAL ☐ DISAPPROVAL | RECEIVED MAY 2 6 2023 |

RECOMMEND — SIGNATURE & TITLE (UNIT C.O.)
☐ APPROVAL
☐ DISAPPROVAL

| RECOMMEND | SIGNATURE & TITLE |
|---|---|
| ☐ APPROVAL ☐ DISAPPROVAL | |

## HUMAN RESOURCES DIVISION SECTION ONLY

| RECOMMEND | SIGNATURE | RECOMMEND | SIGNATURE |
|---|---|---|---|
| ☐ APPROVAL ☐ DISAPPROVAL | | ☐ APPROVAL ☐ DISAPPROVED | |

COMMENTS *Medical LOA applying for DD* 11 18 21 to 11 17 22

BIA CLEARANCE AS OF:
Arroyo_721

CPD-11.612 (REV. 9/20)   DISTRIBUTION: WHITE - HUMAN RESOURCES DIVISION, YELLOW - FINANCE , PINK - MEMBER, GOLD - UNIT.

**SECTION A**



## CITY OF CHICAGO
## DEPARTMENT OF HUMAN RESOURCES

### REQUEST FOR LEAVE OF ABSENCE
(See below for instructions)

__xxx__ CAREER SERVICE

_____ NON-CAREER SERVICE

_____ Original Request

_____ Extension Request

DATE _25 MAY 2023_____ EMPLOYEE NUMBER _45919_____ EMPLOYEE NAME___ ARROYO, REYNA

DEPARTMENT___ POLICE _____ BUREAU __PATROL_____ TITLE __POLICE OFFICER_____

TYPE OF LEAVE: __xxx__ Duty Disability _____ FMLA _XXXX_ Medical Leave (Attach Medical Certificate) _____ Personal Business

_____ Paid Parental _____ Military _____ Non-Career Service Appointment _____ Other_____

**PAID** - LENGTH OF LEAVE REQUESTED _____ Months
Effected Date:_____
Mo.          Day          Year

**NOT PAID** - LENGTH OF LEAVE REQUESTED _____ Months
Effected Date:___ / / ___ / 8 ___ 2022 (2021) ₵ᵈ.
Mo.          Day          Year

Expiration Date:_____
Mo.          Day          Year

Expiration Date:___ / / ___ / 7 ___ 2022
Mo.          Day          Year

REASON FOR REQUEST: _R/O WAS FORCED ON A NON-PAID LEAVE OF ABSENCE AFTER HER IOD /LIMITED & MEDICAL DUTY EXPIRED. SAID 12OCT16 SHOULDER INJURY_

OCCURED DURING THE PERFORMANCE OF HER DUTIES. AT FIRST MSS PROCESSED AS RE-OCCURRENCE IOD ( CERTFIED PREVIOUS SHOLDER INJURIES), LATER MSS TREATED

AS NON-IOD, R/O AGGRIEVED IT, RESULTING TO- ARBRITATION HEARING JAN 2020, ALMOST 3 YRS LATER, NEGATIVE ARBRITATION RESULTS ISSUED-AUG2022. R/O WILL APPEAL.

I hereby resign from my Career Service/Non-Career Service position of___ CHICAGO POLICE OFFICER _____ if I fail to report for duty within five days of the expiration of this leave of absence/extension of leave of absence. My resignation shall be effective unless there are extenuating circumstances which prohibit me from returning to work on the expiration of my leave. It shall be my responsibility to notify the Employer of such circumstances no later than the 5th day following the expiration of the leave. The Employer shall have the sole right to determine what circumstances shall justify an employee not returning from leave promptly. I understand that I must provide satisfactory documentation for my failure to return from my leave. The effective date of the resignation shall be the 5th day after the expiration of my leave of absence/extension of leave of absence. However, his resignation will not be affected if through my action my name has been restored to a reinstatement list or an extension of the leave of absence has been requested and approved.

_____
Employee Signature

DEPARTMENT HEAD APPROVAL: Yes_____ No_____

_____
Signature

_____
Title

EFFECTIVE DATE: _____
Mo.          Day          Year

EXPIRATION DATE: _____
Mo.          Day          Year

COMMENTS:

**RECEIVED MAY 2 6 2023**

Copy - To Employee
Copy - To Department Head
Copy - To Immediate Supervisor
Copy - To Department of Human Resources

Rev. 11/17/11
**PER-73-A**
177116 form 21-6

Arroyo 723
Print Form

# PERSONNEL ACTION REQUEST (PAR FORM)
HUMAN RESOURCES DIVISION
CHICAGO POLICE DEPARTMENT

TODAY'S DATE

25 MAY 2023

## MEMBER'S INFORMATION

MEMBER TO BE AFFECTED (LAST NAME - FIRST - M.I.)
ARROYO, Reyna

STAR NO. 18014

EMPLOYEE NO. 45919

UNIT ASSIGNED 0/0/172

EFFECTIVE DATE 18 NOV 2022

JOB TITLE Police Officer

## TYPE OF ACTION REQUESTED (Check only one box.)

[X] LEAVE, DISABILITY PENSION - SWORN ONLY
[ ] LEAVE, OTHER (30 DAYS AND OVER)
[ ] RETIREMENT
[ ] TRANSFER REQUEST
[ ] RECOGNIZED OPENING BID (FOP)
[ ] RECOGNIZED VACANCY BID (FOP)

[ ] UNPAID ABSENCE (29 DAYS AND UNDER) NO INSURANCE BENEFITS
[ ] LEAVE, EXTENSION OF
[ ] RESIGNATION
[ ] SEPARATION TO ACCEPT OTHER CITY POSITION/TITLE
[ ] FAMILY MEDICAL LEAVE ACT (FMLA)
[ ] FAMILY MEDICAL LEAVE ACT (FMLA) INTERMITTENT

## PERSONNEL TRANSFER & ASSIGNMENT SECTION

| UNIT OF ASSIGNMENT REQUESTED | HOME ADDRESS | | TELEPHONE NO. | SENIORITY DATE | TITLE CODE | GRADE |
|---|---|---|---|---|---|---|
| DATE ASSIGNED TO PRESENT UNIT | DATE OF BIRTH | [ ] UNIT NOTICE OF RECOGNIZED OPENING NO.: [ ] RECOGNIZED VACANCY LISTING AMC NO: | | | POSITION REQUESTED | |
| DATE SUBMITTED | TIME SUBMITTED | COMMANDING OFFICER'S SIGNATURE | | | STAR NO. | |

## LEAVE OF ABSENCE AGREEMENT (Member must complete this agreement when requesting any leave of absence.)

TO SUPERINTENDENT OF POLICE:

I HEREBY TENDER MY RESIGNATION AS Police Officer FROM THE DEPARTMENT OF POLICE,
(POSITION OR RANK)

TO TAKE EFFECT IF I FAIL TO REPORT FOR DUTY IMMEDIATELY AT THE EXPIRATION OF MY LEAVE,

_____ (EXPIRATION DATE OF LEAVE)

_____ (SIGNATURE OF MEMBER)

I HEREBY ACCEPT THE RESIGNATION OF _____ BECAUSE OF FAILURE TO COMPLY WITH ABOVE

AGREEMENT, THIS_____ DAY OF _____, 20____.

_____ (SUPERINTENDENT OF POLICE)

## REMARKS SECTION

R/O was forced on a non-paid leave of absence after her medical time exhausted due to a work shoulder injury (during her performance of her duties 12 Oct 2018. Originally, MSS treated injury as re-occurrence FOD, then as NON-FOD R/O aggrieved it resulting in arbitration hearing on JAN 2020. Arbitration award — August 2020 R/O already surrender her CPD equipment MAY-JUN 2020

## SIGNATURES

SIGNATURE OF MEMBER (IF REQUIRED)

| RECOMMEND [ ] APPROVAL [ ] DISAPPROVAL | SIGNATURE & TITLE RECEIVED MAY 2 6 2023 |
|---|---|

RECOMMEND SIGNATURE & TITLE (UNIT C.O.)
[ ] APPROVAL
[ ] DISAPPROVAL

| RECOMMEND [ ] APPROVAL [ ] DISAPPROVAL | SIGNATURE & TITLE |
|---|---|

## HUMAN RESOURCES DIVISION SECTION ONLY

RECOMMEND SIGNATURE
[ ] APPROVAL
[ ] DISAPPROVAL

| RECOMMEND [ ] APPROVAL [ ] DISAPPROVED | SIGNATURE |
|---|---|

COMMENTS Medical LOA Applyed DD 11/18/22 to 11/17/23

BIA CLEARANCE AS OF:
Arroyo_723

CPD-11.612 (REV. 9/20)  DISTRIBUTION: WHITE - HUMAN RESOURCES DIVISION, YELLOW - FINANCE , PINK - MEMBER, GOLD - UNIT.

**SECTION A**

## CITY OF CHICAGO
## DEPARTMENT OF HUMAN RESOURCES



### REQUEST FOR LEAVE OF ABSENCE
(See below for instructions)

___xxx___ CAREER SERVICE

_____ NON-CAREER SERVICE

_____ Original Request

___X___ Extension Request

DATE _25 MAY 2023_____  EMPLOYEE NUMBER_45919_____   EMPLOYEE NAME___ARROYO, REYNA_____

DEPARTMENT___POLICE_____   BUREAU _PATROL_____  TITLE_POLICE OFFICER_____

TYPE OF LEAVE: __xxx__ Duty Disability   _____ FMLA   _XXXX_ Medical Leave (Attach Medical Certificate)   _____ Personal Business

_____ Paid Parental   _____ Military   _____ Non-Career Service Appointment   _____ Other_____

**PAID** - LENGTH OF LEAVE REQUESTED _____ Months   
Effected Date:_____   
Mo.         Day         Year

**NOT PAID** - LENGTH OF LEAVE REQUESTED _____ Months   
Effected Date:____/_____/__8___20_2_J____   
Mo.         Day         Year

Expiration Date:_____   
Mo.         Day         Year

Expiration Date:___//_____/_8_____20_2_3____   
Mo.         Day         Year

REASON FOR REQUEST: _R/O WAS FORCED ON A NON-PAID LEAVE OF ABSENCE AFTER HER HER IOD /LIMITED & MEDICAL DUTY EXPIRED, SAID 12OCT16 SHOULDER INJURY_

_OCCURED DURING THE PERFORMANCE OF HER DUTIES. AT FIRST MSS PROCESSED AS RE-OCCURRENCE IOD ( CERTFIED PREVIOUS SHOLDER INJURIES), LATER MSS TREATED_

_AS NON-IOD, R/O AGGRIEVED IT, RESULTING TO- ARBRITATION HEARING JAN 2020, ALMOST 3 YRS LATER, NEGATIVE ARBRITATION RESULTS ISSUED-AUG2022. R/O WILL APPEAL._

I hereby resign from my Career Service/Non-Career Service position of___CHICAGO POLICE OFFICER_____ if I fail to report for duty within five days of the expiration of this leave of absence/extension of leave of absence. My resignation shall be effective unless there are extenuating circumstances which prohibit me from returning to work on the expiration of my leave. It shall be my responsibility to notify the Employer of such circumstances no later than the 5th day following the expiration of the leave. The Employer shall have the sole right to determine what circumstances shall justify an employee not returning from leave promptly. I understand that I must provide satisfactory documentation for my failure to return from my leave. The effective date of the resignation shall be the 5th day after the expiration of my leave of absence/extension of leave of absence. However, this resignation will not be affected if through my action my name has been restored to a reinstatement list or an extension of the leave of absence has been requested and approved.

_____   Employee Signature

DEPARTMENT HEAD APPROVAL:   Yes_____   No_____

Signature _____

Title _____

EFFECTIVE DATE: _____   
Mo.         Day         Year

EXPIRATION DATE: _____   
Mo.         Day         Year

COMMENTS:

RECEIVED MAY 2 6 2023

Copy - To Employee
Copy - To Department Head
Copy - To Immediate Supervisor
Copy - To Department of Human Resources

Rev. 11/17/11
**PER-73-A**
177116 form 21-6

Thank you for the email. I have attached LOA extension documents, which you may email back to me. I initially mailed to you, but they were returned. Did you have the opportunity to turn in your credentials?


Nicole Brown
Administrative Services Officer I
Chicago Police Human Resources Division
Employee Services Section
312-745.5310 ex 84344


**From:** Reyna Arroyo <reynaarroyod@gmail.com>
**Sent:** Monday, January 18, 2021 9:50 AM
**To:** Landowski, Robert F. <Robert.Landowski@chicagopolice.org>
**Cc:** Jackson, Jermeka J. <Jermeka.Jackson@chicagopolice.org>; Brown, Nicole <Nicole.Brown2@chicagopolice.org>
**Subject:** P.O. Reyna Arroyo -45919

Good morning,

Hope this email finds you well. Please be advised that due to financial constraints and still waiting for an arbitration decision ( a year now), my son and I have moved in with my ex-husband until this matter resolves. My temporary address is at 2630 N. 74th Ct., Elmwood Park, IL.

Thank you,

Reyna Arroyo

** EXTERNAL EMAIL WARNING ** This email originated outside of the Chicago Police Department. **NEVER CLICK, DOWNLOAD, or OPEN** unexpected links or attachments. **NEVER** provide User ID (PC Number) or Password or other sensitive information. If this email seems suspicious, contact the City of Chicago Help Desk at 312-744-DATA (312-744-3282) or follow instructions on THE WIRE to report Junk Email or SPAM.

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

Arroyo_725

**PERSONNEL ACTION REQUEST**
CHICAGO POLICE DEPARTMENT

TODAY'S DATE: 21 JAN 2021

MEMBER TO BE AFFECTED (LAST NAME - FIRST - M.I.): Arroyo, Reyna

STAR / BADGE NO: 18014

EMPLOYEE NO: 45919    UNIT ASSIGNED: 9%

EFFECTIVE DATE: 01 NOV 2020    JOB TITLE: Police Officer

SOCIAL SECURITY NO: 9%/122

## TYPE OF ACTION

| CHECK TYPE OF ACTION HERE (DO NOT CHECK MORE THAN ONE) | INFORMATION REQUIRED (ENTER INFORMATION IN "REMARKS SECTION" BELOW) | SIGNATURES REQUIRED |
|---|---|---|
| EXCUSED WITHOUT PAY - DISCIPLINARY | GIVE EFFECTIVE DATE, CIRCUMSTANCES & C.R. NO | UNIT C.O |
| EXCUSED WITHOUT PAY - NON-DISCIPLINARY | GIVE EFFECTIVE DATE & CIRCUMSTANCES | UNIT C.O. |
| ABSENCE WITHOUT PAY - AWOP | GIVE EFFECTIVE DATE & CIRCUMSTANCES  STATE WHETHER OR NOT MEMBER NOTIFIED SUPERVISOR | UNIT C.O |
| TERMINATION - JOB ABANDONMENT | GIVE EFFECTIVE DATE    F O P - ACTION TAKEN AFTER 4 CONSECUTIVE WORKDAYS AWOP   AFSCME & UNIT II - ACTION TAKEN AFTER 5 CONSECUTIVE WORKDAYS AWOP | UNIT C.O |
| LEAVE, DISABILITY PENSION - SWORN ONLY | ATTACH MEDICAL REPORTS ,COMPLETE REVERSE SIDE | UNIT C.O , AREA CHIEF OR DIVISION C.O |
| LEAVE, MILITARY (PAID ENCAMPMT -14 DAYS MAX ) | GIVE DATES, ATTACH COPY OF OFFICIAL ORDER   COMPLETE REVERSE SIDE | MEMBER, MEDICAL DIRECTOR |
| LEAVE, MILITARY - WITHOUT PAY | GIVE DATES, ATTACH COPY OF OFFICIAL ORDERS, COMPLETE REVERSE SIDE  IF OVER 29 DAYS, ALSO ATTACH PER-73  ( CITY REQUEST FOR LEAVE) AND PER-78 ( EXIT INTERVIEW REPORT) | MEMBER, UNIT C.O ,AREA CHIEF OR DIVISION C.O |
| UNPAID ABSENCE (29 DAYS AND UNDER) - NO INSURANCE BENEFITS | GIVE REASON & RETURN DATE ,COMPLETE AND SIGN REVERSE SIDE. | MEMBER, UNIT C.O ,AREA CHIEF OR DIVISION C.O. |
| LEAVE, OTHER (30 DAYS AND OVER) | GIVE REASON & LENGTH OF LEAVE REQUESTED. COMPLETE REVERSE SIDE  ATTACH PER-73, (CITY REQUEST FOR LEAVE) AND PER-78 ( EXIT INTERVIEW REPORT) | MEMBER, UNIT C.O.,AREA CHIEF OR DIVISION C.O. |
| LEAVE, EXTENSION OF | GIVE DATES & REASON, COMPLETE REVERSE SIDE. ATTACH PER-73 ( CITY REQUEST FOR LEAVE). | MEMBER, UNIT C.O.,AREA CHIEF OR DIVISION C.O., DEP. SUPT.,B A S |
| MARRIAGE LEAVE | GIVE DATES REQUESTED FOR LEAVE  DATE OF CEREMONY & SPOUSE'S NAME | MEMBER |
| NAME CHANGE | GIVE NEW NAME. IF OTHER THAN BY MARRIAGE, ATTACH VERIFICATION / EXPLANATION | MEMBER, UNIT C O |
| RETIREMENT | GIVE EFFECTIVE DATE    ATTACH PER-78 (EXIT INTERVIEW REPORT) | MEMBER, UNIT C O |
| RESIGNATION | GIVE EFFECTIVE DATE & REASON    AS SOON AS RESIGNATION IS ACTED ON BY THE COMMANDING OFFICER  THE COMMANDING OFFICER WILL NOTIFY THE INTERNAL AFFAIRS DIVISION  AND THE PAYROLL / FINANCE DIVISION BY FAX TELEPHONE | MEMBER, UNIT C.O.,AREA CHIEF OR DIVISION C.O. |
| SEPARATION TO ACCEPT OTHER CITY POSITION / TITLE | GIVE EFFECTIVE DATE, NEW JOB TITLE & NAME OF NEW CITY DEPARTMENT | MEMBER, UNIT C.O.,AREA CHIEF OR DIVISION C.O. |
| DEATH IN FAMILY | GIVE DATES & RELATIONSHIP TO DECEASED | MEMBER, UNIT C O ,AREA CHIEF OR DIVISION C O |
| TRANSFER REQUEST | COMPLETE PERSONNEL TRANSFER & ASSIGNMENT SECTION BELOW | UNIT C.O. |
| RECOGNIZED OPENING BID (FOP) | COMPLETE PERSONNEL TRANSFER & ASSIGNMENT SECTION BELOW | MEMBER, UNIT C.O. AREA CHIEF OR DIVISION C.O., DEP. SUPT. |
| RECOGNIZED VACANCY BID (FOP) | COMPLETE PERSONNEL TRANSFER & ASSIGNMENT SECTION BELOW | MEMBER |
| | COMPLETE PERSONNEL TRANSFER & ASSIGNMENT SECTION BELOW | MEMBER |

## PERSONNEL TRANSFER & ASSIGNMENT SECTION

| UNIT OF ASSIGNMENT REQUESTED | HOME ADDRESS | | HOME TELEPHONE NO. | SENIORITY DATE | TITLE CODE | GRADE |
|---|---|---|---|---|---|---|
| DATE ASSIGNED TO PRESENT UNIT | DATE OF BIRTH | ☐ UNIT NOTICE OF RECOGNIZED OPENING NO  ☐ RECOGNIZED VACANCY LISTING ADMINISTRATIVE MESSAGE  FACSIMILE NETWORK NO.: | | POSITION REQUESTED | | |
| DATE SUBMITTED | TIME SUBMITTED | COMMANDING OFFICER / WATCH COMMANDER'S SIGNATURE | | STAR NO. | | |

## REMARKS SECTION

✱ Please Note that P/o was force to involuntary Leave of Absence With No Pay since Nov, 2019.

Also, let this document to served as a Address change notification. Due to financial reasons, P/o and her 14 year old son have to move in with P/o's ex-husband to 2630 N. 74th Ct  Elmwood Park Il 60707

NATURE OF MEMBER (IF REQUIRED)

## SIGNATURES

| | | |
|---|---|---|
| RECOMMEND APPROVAL DISAPPROVAL | SIGNATURE & TITLE (UNIT C.O.) | ☐ RECOMMEND APPROVAL   SIGNATURE & TITLE  ☐ DISAPPROVAL  ☐ RECOMMEND APPROVAL   SIGNATURE & TITLE  ☐ DISAPPROVAL |
| RECOMMEND APPROVAL DISAPPROVAL | SIGNATURE | FOR PERSONNEL DIVISION / BUREAU OF ADMINISTRATIVE SERVICES USE ONLY  ☐ APPROVED   SIG ATURE  ☐ DISAPPROVED |
| #MENTS | | |

I.A.D. CLEARANCE AS OF:

Arroyo_726

 Gmail

Reyna Arroyo <reynaarroyod@gmail.com>

## Fwd: Automatic reply: Application for Disability - Reyna Arroyo Emp# 45919

**Reyna Arroyo** <reynaarroyod@gmail.com>
To: "Jackson, Jermeka J." <Jermeka.Jackson@chicagopolice.org>
Cc: nicole.patino@cityofchicago.org

Thu, May 25, 2023 at 11:05 AM

Good morning Ms. Jackson,

I hope this email finds you well. I am submitting paperwork for disability. However, who is my case manager at this time? Also, per medical reception, Human Resources Supervisors sign-off the PARR ( Personnel Action Request) form. If so, can you sign it for me to get the ball going please? to whom should I turn all signed disability paperwork to?

Please let me know.

Thanks in advance,
Reyna Arroyo
--------- Forwarded message ---------
From: **Reyna Arroyo** <reynaarroyod@gmail.com>
Date: Wed, May 24, 2023 at 9:08 AM
Subject: Fwd: Automatic reply: Application for Disability - Reyna Arroyo Emp# 45919
To: <Klara.sanchez@chicagopolice.org>

Good morning Ms.Sanchez,

Per the attached, can you confirm if you are handling my medical file please. If so, I want to apply for disability and what steps to follow please.

My name is Reyna Arroyo Emp# 45919 -- Date of Hired -16 MAR 1998.

Also, who is Medical Supervisor, Lieutenant and Director.

Respectfully,
Reyna Arroyo

--------- Forwarded message ---------
From: **Smith, Latonya Y.** <Latonya.Smith@chicagopolice.org>
Date: Tue, May 23, 2023 at 12:31 PM
Subject: Automatic reply: Application for Disability - Reyna Arroyo Emp# 45919
To: Reyna Arroyo <reynaarroyod@gmail.com>

Dear Sender,

Thank You for your email. I will no longer be working for the Chicago Police Department. My position has been replaced by Klara Sanchez BSN, RN.

Her email is Klara.sanchez@chicagopolice.organd You many also contact her at 312-745-5041

**Ex. 3**

Kindly send your future inquiries to Nurse Sanchez or you may contact the customer service call center at 312-745-5000.

Nurse Sanchez will attend to your email promptly,


Thanks and Best Regards,

La Tonya Smith BSN, RN

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

Arroyo_673



## Disability Follow Up
1 message

**Reyna Arroyo** <reynaarroyod@gmail.com>
To: wmetcalfe@chipabf.org, monica.mortiz@chicagofop.org

Wed, Feb 7, 2024 at 12:51 PI

Good morning.

I would like to meet with both of and discuss what steps to follow in order to get back to work on limited position or disability. Please I beg you to help me. I spoke to my attorneys and the courts, and was given green light, that it will not be affect my case having to be reinstated or better yet disability.

Since my November 29, 2023 email to you, I finally had a number of medical visits even surgery and more to go.

(1) left leg - Yes, I end up having surgery on my left leg due to trauma (past work related injuries) and stress causing swelling, constant pain, tingling, numbness and bulging veins to my left lower leg and ankle.

(2) as for my lump on my left arm, still in discussion for surgery (invasive)

(3) scar tare tissue surgery- due to left shoulder injury 2016, physical therapydidn'twirk = surgery 2018). Currently surgery/procedure is pending (invasive)

Hopefully, it can give you an idea where I stand.

Having said that, please help me! My exhuband who was carrying the financial burden, was force to retire due to alcoholism and his pension is not enough and will not be received until April.

Looking forward in meeting you,

Reyna

**Ex.** ____

Arroyo_675



## Re: Disability Follow Up - Reyna Arroyo Emp#45919

1 message

**Reyna Arroyo** <reynaarroyod@gmail.com>                                             Thu, Mar 14, 2024 at 8:24 Pl
To: monica.mortiz@chicagofop.org
Cc: John Catanzara <John.catanzarajr@chicagofop.org>, Michael Mette (michael.mette@chicagofop.org)
<michael.mette@chicagofop.org>, bob@chipabs.org

Good evening Officer Ortiz,

I was wondering when would I be be able to meet with you regarding my disability application status?

Is has been almost a year since I last applied for dissability (2019, 2020, 2021, 2022 and early May 2023) and still I have not heard
from the Medical Section, Benefits Section nor the F.O.P.

Please, let me know. As mentioned these are the procedures taken and/or scheduled:
- Surgery on my leg i(JAN 2024)
- Ultrasound guided cortisone injection on left shoulder (05 MAR 2024)
- Oversize lump/l ipoma on my left arm (Surgery scheduled on APR 2024). This grew over time since my work injury.
- Physical therapy- Scheduled for the April as well - left shoulder....

I we can meet or if there's any additional paperwork to be filled please let me know.

Respectfully,

Reyna Arroyo


On Wed, Feb 7, 2024, 12:51 PM Reyna Arroyo <reynaarroyod@gmail.com> wrote:
Good morning.

I would like to meet with both of and discuss what steps to follow in order to get back to work on limited position or disability. Please
I beg you to help me. I spoke to my attorneys and the courts, and was given green light, that it will not be affect my case having to be
reinstated or better yet disability.

Since my November 29, 2023 email to you, I finally had a number of medical visits even surgery and more to go.

(1) left leg - Yes, I end up having surgery on my left leg due to trauma (past work related injuries) and stress causing swelling,
constant pain, tingling, numbness and bulging veins to my left lower leg and ankle.

(2) as for my lump on my left arm, still in discussion for surgery (invasive)

(3) scar tare tissue surgery- due to left shoulder injury 2016, physical therapydidn'twirk = surgery 2018). Currently
surgery/procedure is pending (invasive)

Hopefully, it can give you an idea where I stand.

Having said that, please help me! My exhuband who was carrying the financial burden, was force to retire due to alcoholism and his
pension is not enough and will not be received until April.

Looking forward in meeting you,

Reyna

Arroyo_676



6:51

Active Now

JUL 19, 2023 AT 12:51 PM

Good morning, Officer. Much congratulations on your new job with Laporte County, IN courts. I'm very excited for you!! Is something that I have been wanting to pursue in the future. Im currently on a medical leave of absence w a lawsuit (Federal Lawsuit against the City). Once this is over, I was thinking of pursuing the same as you outside IL. With this & hypothetically, are there any more positions with you? Please let me know. 25 years in the Department, experienced in Domestic Violence Liason, Senior Caps, worked w Secret Service - Feticious ID'S, tactical districts, decoy for Mass Transit Unit Tatical, administrative duties, assisted DEA w narcotics investigation, Finance Accounts Payable, assisted A/4 w Sex investigations, Travel Section Management (CPD), Intervention Behavioral Section (CPD), As for education, only H.S. everything else, I learned through CPD in house trainings,

Message

     

Gp. Ex. A-1



**Active Now**

Please let me know. 25 years in the Department, experienced in Domestic Violence Liason, Senior Caps, worked w Secret Service - Feticious ID'S, tactical districts, decoy for Mass Transit Unit Tatical, administrative duties, assisted DEA w narcotics investigation, Finance Accounts Payable, assisted A/4 w Sex investigations, Travel Section Management (CPD), Intervention Behavioral Section (CPD), As for education, only H.S. everything else, I learned through CPD in house trainings, life experience.... I'm bilingual, Christian. I'm very passionate about helping others... Like you, I'm very passionate about helping others as long as I can. Much blessings.

JUL 19, 2023 AT 1:23 PM



Hey there. Let me friend u

You can now message and call each other and see info like Active Status and when you've read messages.

Absolutely

Message

Arroyo_678


Active Now

court process and how u can
reach your assigned Advocate. If
your seriously interested..u have to
live in this County. I can tell you
that INDIANA is hiring like crazy
for Case Managers in almost every
part of the State. If u sign up on
IN GOV .ORG JOBS. ULL get
updates on what part is hiring n for
what jobs. Believe me they take
retired CPD quickly. U can also
look at IN gaming Commision .
Alot of CPD have transfered over.
It's through IN STATE Troopers. U
work in the casinos for the State n

its sworn

Our Prosecutor is awesome. He
wants the best working for him. If
you're interested in our County...I
can ask him if he'd consider hiring

you in the future

Omg u must be under alot of
stress with BS n the CPD. THE last
3 yrs of my career was a
nightmare. I'm so glad I retired n
got the he'll out. I took a yr off n
found this position. I can't begin
to tell you how wonderful the
people r here n the difference in

quality of life

   Message  

Arroyo_679



**Barbara**

OCT 10, 2023 AT 9:35 PM

Well,  a good amount of hours..and I do have a vehicle.



Perfect

When are you available

What's the pay?  And next week... what are the hours available please



Pay $16.50 ph when with me and once your by yourself $20ph plus $10 for gas per day

Next week I'll do schedule on Sunday can I let you know then cause I need customers to confirm



Most likely start 8-8:30am till 1-2pm

My ex-husband has a bad drinking problem, and he is about to get fired, so I have to supplem his child support.. my son' ion.  Perfect hours.

    Message  

Gp. Ex. A-2

Arroyo_680

 **Barbara** 📞 📹 ⓘ

Pay $16.50 ph when with me and once your by yourself $20ph plus $10 for gas per day

Next week I'll do schedule on Sunday can I let you know then cause I need customers to confirm

Most likely start 8-8:30am till 1-2pm

My ex-husband has a bad drinking problem, and he is about to get fired, so I have to supplement his child support.. my son's tuition. Perfect hours.

Ok we'll work on rate as we get more involve on the job would that be ok

Sure. I'm looking forward.

❤️

Much appreciated. God bless.

Of course 🙏💕

↓

OCT 15, 2020 AT 6:47 PM

Message

Arroyo_681

 Gmail

**Reyna Arroyo <reynaarroyod@gmail.com>**

---

## Resume Reyna Arroyo
1 message

**Reyna Arroyo** <reynaarroyod@gmail.com>
To: mmarias@thetownofcicero.com

Tue, Oct 31, 2023 at 10:11 AM

Good morning Mrs. Punzo-Arias,

I am sorry that I missed you.

I understand your brother Manny gave you an update of my interest in seeking employment.

I left my resume in your office as instructed and I'm also attaching one here.

If you have any questions, please let me know.

Meantime, I'm looking forward hearing from you.

Respectfully,

Reyna Arroyo



---

📄 **Resume 2.PDF**
80K



 Gmail

Reyna Arroyo <reynaarroyod@gmail.com>

## Reyna, we've received your resume

**Hyde Park Hospitality** <noreply@applytojob.com>
Reply-To: Hyde Park Hospitality <noreply@jazz.co>
To: Reyna Arroyo <reynaarroyod@gmail.com>

Tue, Oct 31, 2023 at 1:49 PM

Hello Reyna,

Thank you for your interest in employment at Hyde Park Hospitality. If your qualifications match our needs, we will contact you to learn more about your fit in this position.

Thanks again for your inquiry.

- Hyde Park Hospitality

Gp. Ex. A-4

Arroyo_683

11:31  

← nara 　📹 📞 ⋮

1/1 result found 　 < >

Wednesday, Nov 1 • 2:07 PM

Hi Naraly. I hope you are well. This is Reyna Arroyo. I was wondering if you can give me a call regarding employment. Thank you.

Wednesday, Nov 1 • 5:53 PM

↓

Hi Reynal Yes

☺ Text mess...  ⊕ 

||| ◯ < 

Gp. Ex. A-5

Arroyo_684

← nara

◻ ☎ ⋮

1/1 result found

< >

Wednesday, Nov 1 • 5:53 PM

Hi Reyna! Yes, definitely. What kind of work are you looking for?

Administrative. I'm currently dealing w a lawsuit because I got injured at worked and they failed to accommodate me to

↓

☺ Text mess... 🖼 ⊕ �酬

||| ◯ < 🯅

Arroyo_685


← nara  📹 📞 ⋮

1/1 result found  ‹ ›

Administrative. I'm currently dealing w a lawsuit because I got injured at worked and they failed to accommodate me to a limited (administrative) position. I can sent you my resume w my experier ↓ .

☺ Text mess... 🖼 ⊕ ⑊

||| ◯ ‹ ⊼

Arroyo_686

 Gmail

Reyna Arroyo <reynaarroyod@gmail.com>

## Resume - Reyna Arroyo's

**Reyna Arroyo** <reynaarroyod@gmail.com>
To: rjavierg@sbcglobal.net

Thu, Nov 2, 2023 at 8:23 AM

Good morning I,

Thank you kindly.

📄 **Resume 2.PDF**
80K

EOM- Contact
for Dispacher,
Pysitsn

Gp. Ex. A-6

Arroyo_687

# REYNA ARROYO

Elmwood Park, IL 60707
773-817-6263 - reynaarroyod@gmail.com

## PROFESSIONAL SUMMARY

**Professional Summary**

Police Officer with over 20+ years of service, enforcing rules and authority for good of all citizens, and successful developing positive relationships with colleagues and citizens, and followed procedures to maintain safety, documentation and meet legal requirements. Also, have experience in Accounts Payable, and Customer Service.

## SKILLS

- Police Officer- all police related functions
- Accounts Payable Coordinator - Vendor management, reporting, accounts administration, organized, and proactive
- Customer Service - Customer Relations, Empathy & Satisfaction

## WORK HISTORY

03/1998 to 12/2019   **Chicago Police Officer**
**City Of Chicago - Chicago Police Department** – Chicago, IL
- Emergency Vehicle Operation
- Criminal Investigations
- Traffic Laws
- Community Engagement
- Police Reports
- Domestic Violence Liaison
- Behaviors Intervention Officer
- Human Relations
- Law Enforcement
- Court Preparation & Testimony
- Surveillance & Undercover Operations
- Tactical
- Take protective custody of all Crime Victims
- Crisis Intervention and Deescalation
- Self-Defense Training
- Search and Seizure Procedures
- Community-Oriented Policing
- Defensive Tactics Training
- Case Management & Reporting
- Evidence Collection Protocols
- Account Payable Officer

Arroyo_688

- Fictitious ID in conjunction with Secret Service
- Assisted DEA & FBI with criminal activity
- SomeTimekeeping

04/1997 to 02/1998 **Accounts Payable Assistant**

**U.S. CELLULAR CORPORATION** – Chicago, IL

- Assisted management by bringing all delinquent accounts current
- Managed and responded to correspondence and inquiries from customers and vendors
- Effectively communicated with clients about payment needs and kept updated, detailed and accurate ledgers
- Verified details of transactions, including funds available and total balances

11/1996 to 03/1997 **Cashier**

**Home Depot** – Cicero, IL

- Greeted customers entering store & responded promptly to customer needs.
- Operated cash register for cash, check, and credit card transactions with excellent accuracy levels.
- Helped customers complete purchases, locate items, and join reward programs.

11/1996 to 03/1997 **Account Payable Clerk**

**McNeal Hospital** – Berwyn, IL

- Reviewed open purchase orders for integrity, accuracy and completeness of vendor information.
- Tracked expenditures and prepared reports for records and management review.
- Verified validity of charges listed on payment orders for yearly audits.
- Matched purchase orders with invoices and recorded necessary information.
- Entered figures using 10-key calculator to compute data quickly.

04/1992 to 07/1996 **Accounts Payable Coordinator**

**U.S. CELLULAR CORPORATION** – Chicago, IL

Under the Direction of the Finance Director and Controller: Effective monitored, almost all AP related processes for thirteen branches nationwide, professional accounting duties, record keeping, provide funds, reporting duties, control and audit, petty cash journal to summarize payments rendered, maintaining accurate records and rectified escalated accounts payable issues from employees and vendors.

03/1993 to 07/1995 **Attractions Hostess (Weekends - Part Time)**

**Odyssey Cruises** – Chicago, IL

- Greet and escorted all guests to their designated tables
- Answered general questions about Chicago Skyline and Navy Pier attractions
- Occasionally in charged with table arrangements according to cruise purchased package

Arroyo_689

09/1989 to 03/1992   **Accounts Payable Clerk**
                        **The Florsheim Shoe Company Headquarters** – Chicago, IL

- Filing
- Studied past records to detect duplicate statements and fraud, avoiding penalties for non-compliance.
- Matched purchase orders with invoices and recorded necessary information.
- Assist with bank funds deposits
- Customer Service

## EDUCATION

**High School Diploma**

**Roberto Clemente Academy** - Chicago

- Interdepartmental Administrative Trainings and Certification throughout the years

*Languages:*
Fluent in Spanish

Loading webpage
https://www.jobcase.com/cc

Not ready? <u>Do this later</u>

Sara Jones 🅙 • <u>Follow</u>
Community Specialist

⋮

## $33.05/hr to investigate complaints from home

The Executive Response Specialist is a key position within the Assurant offices. This is a remote position. As an Executive Response Specialist, you'll be the primary contact for all customer escalations including inquiries from social media, regulatory agencies, legal, departments of insurance, the Better Business Bureau, and more.

## About the Job:

- **Job Application Link**
- Minimum high school diploma or GED
- To view all requirements and qualifications, click on the *Job Application Link* above
- Benefits Include: Healthcare, PTO , and more!
- Salary: $20.03-$33.05/hr
- More remote jobs listed...keep scrolling this post!

**Earn your professional skills through alternative routes instead of a bachelor's degree?** You're not alone, and the new <u>STARs Job Hub</u> powered by Stellarworx shares No Degree Required job listings and weekly content to support your job search and career

Gp. Ex. A-7

Arroyo_691



**Confirm**

Your privacy and security are of the highest
importance.
Learn more about our privacy policy. By creating your
account, you consent to our terms of use.

or

**G** Continue with Google

| Add to album | Move to Archive | Create | Order photo | Use |

Thu, Dec 21, 2023 · 6:31 PM

Add a caption...

Search inside this photo



Select text in image
Google Lens

Copy text    Search    Listen

Details

 

← 🔒 Loading webpage
https://www.jobcase.com/cc



 **Your email has been confirmed!**

Set a password to secure your account

Reyna

Arroyo

reynaarroyod@gmail.com

Password (min 8 characters)

**Confirm**

Your privacy and security are of the highest importance.
Learn more about our privacy policy. By creating your account, you consent to our terms of use.

or

**G** Continue with Google

Arroyo_693



## CS/Sales Representative Wanted for Christian Liberty Press
1 message

**Christian Liberty Human Resources** <purchasing@christianliberty.com>
Reply-to: Christian Liberty Human Resources <purchasing@christianliberty.com>
To: Reyna <reynaarroyod@gmail.com>

Wed, Jan 17, 2024 at 6:59 PI



# Position Available as a CS/Sales Representative for Christian Liberty Press

**Job Title:** CS/Sales Representative for Christian Liberty Press

**Location:** Arlington Heights, IL

**Job Type:** Part-time

### About Us:
Under the oversight of the Church of Christian Liberty—independent reformed church, similar to a conservative Presbyterian church but not part of any denomination
Has three educational ministries—CLA, CLH, CLP

- CLP—book publisher and reseller of homeschool products and services

### Job Description:

- Part-time position, 28-29 hours per week
- Front line representative to customers for CLP
- Process retail and wholesale orders (Web, phone, mail, convention, fax)
- Dealing with customer service issues (phone and e-mail)
- Helping with research projects (i.e., helping prepare reports for the elders)
- Handling testing service matters
- General office work



Gp. Ex. A-8

Arroyo_694

Supervisors:

- Lars Johnson—Administrative Director of CLP
- Deirdre Landgraf—customer service coordinator

**Qualifications:**

- High School Diploma or equivalent G.E.D.

**Skills Required:**

- Computer literacy
- Professional phone etiquette
- Office organizational skills

**How to Apply:**

Please email a copy of your resume and cover letter (including your statement of faith) to purchasing@christianliberty.com

**Benefits:**

- Weekends and nights off, including major holidays
- 25% employee discount on purchases of CLP products

# Christian Liberty Press

In 1984, Christian Liberty Press was created as the publishing division of the nationally recognized Christian Liberty Homeschools (formerly CLASS Homeschools aka the Christian Liberty Academy School System) to provide school materials for our own home education and Christian day-school programs.

Since then, we have expanded the reach of our ministry to deliver educational products at an affordable price to both home schools and Christian schools across the United States and throughout the world.

In addition to our own publications, we carry products from over thirty different publishers (including Abeka, Bob Jones, Saxon, Apologia, and more). We also provide the California Achievement Test to those who wish to track their student's educational progress.

We are dedicated to finding, evaluating, and producing curriculum materials that are rooted in the Word of God and express a biblical worldview.

  

© Christian Liberty Academy School System. All rights reserved.

# Resume- Reyna Arroyo Add label



↩ **Reyna Arroyo** Jan 23  😊  ↩  ⋮

to Tia ⌄

From   Reyna Arroyo • reynaarroyod@gmail.com

To   Tia Haywood-Monte •
haywoodmontelaw@gmail.com

Date   Jan 23, 2024, 4:18 PM

View security details

Resume attached



**PDF** Resume 2.pdf   ⬇  ▲

Gp. Ex. A-9

Arroyo_696






*We Are Hiring!* **Are you seeking a career in healthcare?**

# Walk-In Hiring Event

**Thursday, February 1** > **8:30 AM - 5 PM**
8770 West Bryn Mawr Ave Suite 1300, Chicago

## We are hiring Behavioral Technicians in Illinois
Our services are provided in-home and in-school.

We offer paid training and no prior experience is necessary.

ABA THERAPY PROVIDER
THE PERFECT CHILD

**Salary: $25 - $30 Per Hour**

👍
7

TPC **The Perfect Child - Careers** 🌐 🔍

Are you seeking a rewarding c... more


**Add to album**


**Move to Archive**


**Create**


**Order photo**


**Use**

Tue, Jan 23, 2024 • 10:33 PM

Add a caption...


Gp. Ex. A-10

Arroyo_697

Today 6:26 PM

**Ashley:**
**312-** ████

Do you know of anyone looking for babysitting jobs? I have a friend who had to let her nanny go, and is looking for someone to watch her two toddlers 1-2 days a week (T, W or TH) from 9-2. This would be temporary, until they can find another nanny, which would be close to March.

 Add to album

 Move to Archive

 Create

 Order photo

 Use

Sat, Jan 6, 2024 • 7:26 PM

Add a caption


Gp. Ex. A-11

Arroyo_698