| | |
|---|---|
| **From:** | Janaan Hashim jhashim@amallaw.com  |
| **Subject:** | Arroyo - Fifth Doc Production |
| **Date:** | June 11, 2024 at 4:02 PM |
| **To:** | Phillip Santell Phillip.Santell@cityofchicago.org, Derek Kuhn Derek.Kuhn@cityofchicago.org, John Catalano John.Catalano2@cityofchicago.org |
| **Cc:** | Christina Abraham christina.w.abraham@gmail.com, mabushamaa@amallaw.com |
| **Bcc:** | janaan hashim jhashim@amallaw.com |

Hi John, Phil and Derek,

It was a pleasure talking to you today. Attached please find Plaintiff's fifth supplemental document production for Arroyo_669-726.

Here is a breakdown of the documents which are also bookmarked:

- Arroyo_669-76    Duty Disability Pension reapplication material and email communications, May 24, 2023
- Arroyo_677-98    Part-time employment application material (July 2023-Jan 2024)
- Arroyo_699-726  Revised Duty Disability Pension reapplication material, May 26, 2023

Also, I think there was miscommunication during our earlier call. The bulk of the documents being produced, which I said the City has always had in its possession, are those relating to Ofcr. Arroyo's disability pension benefits reapplication in May 2023 which she submitted to CPD. These include CPD forms, emails with CPD employees, and a To/From to CPD employees and PABF associates. No documents involve the Pension Board directly, which you had stated is not within purview of the City. My apologies for not clarifying this and explaining that these are documents maintained by the City.

Best regards,

Janaan

Ps5thSupplDocProd-Bates669-726.pdf
14.4 MB 

**Janaan Hashim, Esq.**
Managing Partner
      - *civil rights law*
      - *criminal records*
GPSolo liaison to the ABA Diversity and Inclusion Advisory Council
Member, Editorial Board, *Illinois Bar Journal*
Member/CLE Coordinator, ISBA Federal Civil Practice Section Counsel
Adjunct Professor, McCormick Theological Seminary



A civil rights and immigration law firm.

161 N. Clark Street ~ Suite 1600 ~ Chicago, IL  60601
Ph: 312-882-4122
www.amallaw.com

LinkedIn: @company/amallaw
Facebook: @amal.law
Twitter:  @amallawgroup

------------------
This electronic communication, and any files included in this communication, may contain confidential information that is legally privileged and confidential. If you are not the intended recipient or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.

Ex. 1