# In The Matter Of:

*Reyna Arroyo v.*
*City of Chicago*

*LaTonya Yvette Smith*
*May 11, 2023*

*Textnet Digital Court Reporting*
*www.textnet.com | office@textnet.com*
*Madison, WI | Chicago, IL*
*608-620-3829 | 312-868-0305*



Min-U-Script® with Word Index

Ex. 4

Page 1

```
 1
 2            IN THE UNITED STATES DISTRICT COURT
 3           FOR THE NORTHERN DISTRICT OF ILLINOIS
 4                        EASTERN DIVISION
 5   ----------------------------------------------------
 6   REYNA ARROYO,                    )
 7              Plaintiff,            )
 8   vs.                              ) Case No. 2021 CV 01148
 9   CITY OF CHICAGO,                 )
10              Defendant.            )
11   ----------------------------------------------------
12           Video Deposition of LATONYA YVETTE SMITH
13   ----------------------------------------------------
14                        May 11, 2023
15
...
25            Reporter:   Eva Walsh, CER, CDLT
```

Page 2

```
 1                    A P P E A R A N C E S
 2       (All appearances via remote Zoom videoconference.)
 3
 4   On behalf of the Plaintiff:
 5   CHRISTINA W. ABRAHAM
 6   ABRAHAM LAW & CONSULTING, LLC
 7   161 N Clark St.
 8   Suite 1600
 9   Chicago, IL 60601
10
11   JANAAN HASHIM
12   AMAL LAW GROUP, LLC
13   161 N Clark St.
14   Suite 1600
15   Chicago, IL 60601
16
17   On behalf of the Defendant:
18   MATTHEW SUHL
19   PHILLIP SANTELL
20   CITY OF CHICAGO LAW DEPARTMENT
21   2 N. LaSalle St.
22   Suite 640
23   Chicago, IL 60602
```

Page 3

```
                     I N D E X
WITNESS                                          PAGE
LATONYA YVETTE SMITH
    Examination by Ms. Abraham                     5

                     E X H I B I T S
NO.                                              MARKED
Exhibit 1                                          31
Exhibit 2                                          37
Exhibit 3                                          40
Exhibit 4                                          47
Exhibit 5                                          50
Exhibit 6                                          62
Exhibit 7                                          65
Exhibit 8                                          68
Exhibit 9                                          71
Exhibit 10                                         75
Exhibit 11                                         84
Exhibit 12                                         88
Exhibit 13                                         96
Exhibit 14                                        103
Exhibit 15                                        107
Exhibit 16                                        116
Exhibit 17                                        118
Exhibit 18                                        122
```

Page 4

```
                I N D E X (Continued)
                     E X H I B I T S
NO.                                              MARKED
Exhibit 19                                        123
Exhibit 20                                        127
Exhibit 21                                        134
Exhibit 22                                        137
Exhibit 23                                        140
Exhibit 24                                        143
Exhibit 25                                        147
Exhibit 26                                        173
Exhibit 27                                        174
                         * * *
```

Page 69

1  (Exhibit No. 9 marked for identification)
2  BY MS. ABRAHAM:
3  Q. Can you see my screen?
4  A. Yes.
5  Q. I'll take you through these four pages here.
6  A. Okay.
7  Q. Okay. Do you recognize these emails?
8  A. Am I included on the emails?
9  Q. I see you there as copied on it.
10  A. Okay. I mean, I can read it. I don't --
11  Q. Sure.
12  A. Okay. The 20th. (As read):
13      Please schedule an appointment with
14      Supervisor Jones no later than -- in regards
15      to your chosen outlined in the limited duty
16      notification letter B mailed to you.
17      Okay.
18  Q. Okay. I'm just going to -- I think that a lot of
19  these are the same email but just sent at different times,
20  but you can take a look at it just --
21  A. So I was -- I was cc'd on them, so I wasn't
22  sending them. Officer Bishop was. I was just cc'd on
23  them.
24  Q. That's what I'm seeing here. I don't know if you
25  remember anything differently, but I see it's from Marilyn

Page 70

1  Bishop to Ms. Arroyo and it's got you copied on here with a
2  few other people. I think Sharita --
3  A. Right.
4  Q. -- Jones was who you had mentioned was your
5  supervisor before?
6  A. Yes.
7  Q. And then Susan Arjmand, who was the --
8  A. Medical --
9  Q. Yes. The medical person --
10  A. Mm-hmm.
11  Q. -- right?
12  A. Yeah. Yes.
13  Q. Okay. And I think this is actually the same
14  email that I just showed you because the timestamp is the
15  same.
16  A. Mm-hmm.
17  Q. And then another one at 12:05 but on --
18  A. Mm-hmm.
19  Q. -- the same date.
20  A. Yes. Yes.
21  Q. Okay. So first question is, who's Marilyn
22  Bishop, if you know?
23  A. She is the officer in the Medical Section. So
24  I'm assuming she put disability liaison. That's who she's
25  acting as, I guess.

Page 71

1  Q. And what is it -- to your understanding, what's
2  the disability liaison in the Medical Services Section
3  supposed to do?
4  A. I don't know. She's a officer and she would
5  inform us when the officer is running out of time, whether
6  it's IOD or non-IOD. Now, whether she was designated
7  disability liaison, that I don't remember.
8      She was the officer that monitored the officers'
9  time for injury on duty, not injury on duty, and they would
10  give us a list of whoever was running out of time to get
11  them back into the office to make sure that they get their
12  paperwork in on whether they're going to stay on limited
13  duty, whether they have to go on mandatory medical.
14  Q. Okay. So I am correct in understanding that this
15  email dated January 29, 2019 is letting Reyna know that her
16  non-limited IOD status would expire on March 30th, 2019?
17  A. Yes. Based off what's typed there, yes.
18  Q. Okay. And then it requests that she schedule an
19  appointment with Supervisor Jones. That's your supervisor;
20  is that correct?
21  A. Yes.
22  Q. And what was she to do in this appointment with
23  Supervisor Jones?
24  A. According to the email, it's choose her options,
25  what is laid out in the limited duty notification letter B.

Page 72

1  See, it -- it's a letter -- it would be nice to see what
2  that letter duty notification is.
3      So based off of that letter, that's what her and
4  Supervisor Jones would meet about.
5  Q. Okay. Do you recall having any conversations
6  with either Supervisor Jones or Dr. Arjmand or Marilyn
7  Bishop about Reyna's expiring status?
8  A. Not without looking at my notes. No.
9      MS. ABRAHAM: Okay. And we're going to mark this
10  next one as Exhibit 10. Excuse me.
11      (Exhibit No. 10 marked for identification)
12  BY MS. ABRAHAM:
13  Q. Can you see my screen?
14  A. Yes.
15  Q. Okay. So for the record, this is Arroyo.Def 3191
16  to 3195. And I'll just take you through these five pages
17  here. Do you recognize these emails?
18  A. I -- yes. Not like -- unless I can read through
19  them. Because my name was added to it. But I don't
20  remember.
21  Q. Do you want to --
22  A. But I can --
23  Q. -- take a moment to just kind of read through
24  them and see if it helps you remember?
25  A. Okay. If you can go back to the top. Is it in

Page 73

 1  order from again -- okay.
 2     Q.  Just starting from where it says on Friday, March
 3  20th, and then below that.
 4     A.  Okay.  And she -- it's from her to me.  (As
 5  read):
 6         Will do.  Thank you.  Be safe.
 7  So I don't know what was before that, but okay.
 8  And then (as read):
 9         Good morning, You can call PO Bishop and ask
10         her.  I can't send the forms by email.
11  So I don't know what was before that.
12     Q.  I think it -- the way I read it, it goes in
13  reverse chronological order, so her more recent email is on
14  top where she's saying (as read):
15         Will do.  Thank you.  Be safe.
16     A.  So she responding to you can call --
17     Q.  I am --
18     A.  -- PO Bishop.  So she responding to my email?
19     Q.  That's how I'm seeing it, because I see your
20  email --
21     A.  Okay.  What -- what -- what -- can you start from
22  the bottom and then we'll work our way up --
23     Q.  Sure --
24     A.  -- if that's the --
25     Q.  -- yeah, yeah.

Page 74

 1     A.  -- way it is?
 2     Q.  Sure.  Let's do --
 3     A.  Okay.  So she emailed me.  Okay.  So she emailed.
 4  (as read):
 5         Good morning.  Hope things are well.  Per
 6         our conversation held on, did you get a
 7         chance to turn in disability on my behalf?
 8         If so, what's the process?  Time?  Has it --
 9         has it been approved?
10  And then please -- thank you.  And then my reply
11  was (as read):
12         Good evening.  I only did the PAR form.  You
13         must come and sign for your chart to be copy
14         and delivered to the pension board.
15     So she -- so I'm assuming, just from these two
16  emails -- my assumption is that she was applying for
17  disability.  And the disability can only be completed once
18  the PAR form is completed, which means the Medical Section
19  is telling HR that this person no longer has any available
20  time on the books to continue to be on payroll.
21     The PAR form was completed, but in order for her
22  disability paperwork to go, she has to come in and sign for
23  the chart to be copied to be sent over to the pension board
24  -- pension board.
25         That's just from -- those -- these are just the

Page 75

 1  procedures.
 2         So if we can go up some more?
 3     Q.  Sure.
 4     A.  She said (as read):
 5         Thank you.  Can I come in tomorrow, or do I
 6         need to make a appointment?  Please let me
 7         know.
 8     And then I -- I said (as read):
 9         Good morning.  Come in MSS any time between
10         8 and 11 and 3 -- and 1 and 3.
11     Okay.  And she asked me -- if you go up some --
12  okay.  (As read):
13         Good morning.  Any possible way you can scan
14         required chart paperwork for the release to
15         the pension board and sent to me for
16         signature.
17         I have a child at home and no sitter.  Plus,
18         I'm congested/asthma sufferer, and blah,
19         blah, blah.
20     Okay.  And then I respond to her (as read):
21         You can call Officer Bishop and ask her.  I
22         can't send the forms via email.
23     And then she said (as read):
24         Will do.  Be safe.
25     And what's after that?  Okay.  (As read):

Page 76

 1         Good morning, Officer Bishop.  Being that I
 2         have not received any news from
 3         FOP/arbitration regarding my -- I am being
 4         forced to apply for disability.
 5         Though, being that I am a cancer survivor
 6         and asthma, I am scared to go outside.  Any
 7         possible way you can email paperwork.  If
 8         not, please let me know what steps to take.
 9         I need money in order to sustain my.
10     And then what did Bishop -- what did Officer
11  Bishop reply?
12     Q.  I see that as here.
13     A.  (As read):
14         The Medical Section documents are required
15         for application for leave of -- disability
16         have -- have been mailed to.
17         Okay.  So she must've sent the documentation.
18     And then (as read):
19         Good morning, Ms. Smith.  Hope all is well.
20         Per our phone conversation --
21     Q.  I think this just kind of goes through what you
22  already through below.
23     A.  Yeah.  Okay, I'm sorry.  Can you stop?  (As
24  read):
25         Good morning.  Hope is well.  Per our

Page 173

1 **MR. SUHL:** And the City doesn't have any -- any
2 questions today.
3 **MS. ABRAHAM:** Okay. Great.
4 Well, thank you so much for your time today, Ms.
5 Smith.
6 **THE WITNESS:** Okay, thank you. Bye-bye.
7 **MR. SUHL:** Ms. Smith, before you go. You can
8 either waive -- waive signature on this or you can review
9 the -- the transcript to look for any inaccuracies.
10 03:50:26
11 You can't change the substance of anything. But
12 if there's a -- like a typo or something like that, if you
13 want to review the transcript and correct that, you can
14 reserve your signature and sign it later.
15 Or you can just waive it now and not worry about
16 it.
17 **THE WITNESS:** I'll just waive it, don't worry
18 about it, because I can't change nothing, so.
19 **MR. SUHL:** Substantively, no.
20 **THE WITNESS:** All right. So --
21 **MR. SUHL:** Okay.
22 **THE WITNESS:** Okay. All right.
23 **MR. SUHL:** We just want to take care of that
24 while we had you here.
25 **THE WITNESS:** Okay, no problem.

Page 174

1 **MR. SUHL:** All right. Thank you.
2 **THE REPORTER:** Okay. Off the record, 1:37.
3 (Adjourning at 1:37 p.m.)

Page 175

1 C E R T I F I C A T I O N
2
3 I, Jodi Needleman, do hereby certify that the
4 foregoing is a correct transcript from the official audio-
5 visual recording of proceedings in the above-entitled
6 matter.
7 I further certify that I am not related to nor an
8 employee of counsel or any of the parties to the action,
9 nor am I in any way financially interested in the outcome
10 of this case.
11 Dated this day, June 2, 2023.
12
13
14 (Electronically signed)
15 Jodi Needleman

eleven year old son and myself.

Thank you,

P.O. Arroyo



On Fri, Mar 20, 2020, 7:59 AM Reyna Arroyo <reynaarroyod@gmail.com> wrote:

> Will do.
>
> Thank you. Be safe.
>
> P.O. Reyna Arroyo
>
> On Fri, Mar 20, 2020, 7:19 AM Smith, Latonya Y. <
> Latonya.Smith@chicagopolice.org> wrote:
>
>> Good Morning,
>>
>> You can call PO Bishop, and ask her, I can't sending the forms via email:
>>
>> PO Bishop: 312-745-5124
>>
>> LaTonya Smith BSN, RN
>> Occupational Health Nurse
>> Chicago Police Department
>> Medical Services Section
>> (P) 312-745-5041
>> (F) 312-745-6955
>> Latonya.smith@chicagopolice.org
>> ------------------------------
>> *From:* Reyna Arroyo <reynaarroyod@gmail.com>
>> *Sent:* Wednesday, March 18, 2020 11:23 AM
>> *To:* Smith, Latonya Y. <Latonya.Smith@chicagopolice.org>
>> *Cc:* Ford, Christi <Christi.Ford@chicagopolice.org>
>> *Subject:* Re: Re:
>>
>> Good morning,
>>
>> Any possible way you can scan required chart paperwork (for the release
>> copy to the Pension Board) and sent to me for signature.
>>
>> I have a child at home and no sitter.  Plus, I'm congested/ashtma
>> sufferer and I am afraid of going out.
>>
>> Thank you,
>>
>> P.O. Reyna Arroyo
>>
>> On Fri, Mar 13, 2020, 9:15 AM Smith, Latonya Y. <
>> Latonya.Smith@chicagopolice.org> wrote:
>>
>>> Good Morning,
>> Come into MSS anytime between 0800-1100 and  1300-1500
>>
>> LaTonya Smith BSN, RN
>> Occupational Health Nurse
>> Chicago Police Department
>> Medical Services Section
>> (P) 312-745-5041
>> (F) 312-745-6955
>> Latonya.smith@chicagopolice.org
>> ------------------------------
>> *From:* Reyna Arroyo <reynaarroyod@gmail.com>

ARROYO.DEF.003191

>> *Sent:* Thursday, March 12, 2020 8:55 PM
>> *To:* Smith, Latonya Y. <Latonya.Smith@chicagopolice.org>
>> *Subject:* Re:
>>
>> Thank you. Can I come in tomorrow, or do I need to make an appointment?
>>
>> Please let me know.
>>
>> Thank you,
>>
>> Reyna
>>
>> On Thu, Mar 12, 2020, 4:15 PM Smith, Latonya Y. <
>> Latonya.Smith@chicagopolice.org> wrote:
>>
>> Good Evening,
>> I only did your PAR form, You must come in and sign for your chart to be
>> copy and delivered to the Pension broad.
>>
>>
>> LaTonya Smith BSN, RN
>> Occupational Health Nurse
>> Chicago Police Department
>> Medical Services Section
>> (P) 312-745-5041
>> (F) 312-745-6955
>> Latonya.smith@chicagopolice.org
>> ----------------------------
>> *From:* Reyna Arroyo <reynaarroyod@gmail.com>
>> *Sent:* Thursday, March 12, 2020 2:31 PM
>> *To:* Smith, Latonya Y. <Latonya.Smith@chicagopolice.org>
>> *Subject:*
>>
>> Good afternoon Mrs. Smith,
>>
>> Hope you are well. Per our phone conversation held on 11 FEB 2020, did
>> you get a chance to turn in disability on my behalf? If so, what's the
>> process? Time? Has it been approved?
>>
>> Please let me know.
>>
>> Thanks and God bless,
>>
>> Reyna
>>
>> ** EXTERNAL EMAIL WARNING ** This email originated outside of the Chicago
>> Police Department. **NEVER CLICK, DOWNLOAD, or OPEN** unexpected links or
>> attachments. **NEVER** provide User ID (PC Number) or Password or other
>> sensitive information. If this email seems suspicious, contact the City of
>> Chicago Help Desk at 312-744-DATA (312-744-3282) or follow instructions on
>> THE WIRE to report Junk Email or SPAM.
>>
>>
>> ----------------------------
>> This e-mail, and any attachments thereto, is intended only for use by the
>> addressee(s) named herein and may contain legally privileged and/or
>> confidential information. If you are not the intended recipien
----- Message truncated -----

** EXTERNAL EMAIL WARNING ** This email originated outside of the Chicago Police Department. **NEVER CLICK, DOWNLOAD, or OPEN** unexpected links or attachments. **NEVER** provide User ID (PC Number) or Password or other sensitive information. If this email seems suspicious, contact the City of Chicago Help Desk at 312-744-DATA (312-744-3282) or follow instructions on THE WIRE to report Junk Email or SPAM.

ARROYO.DEF.003192

**From:** Bishop, Marilyn Y. on behalf of Bishop, Marilyn Y. <Marilyn.Bishop@chicagopolice.org>
**Sent:** Friday, March 20, 2020 12:08 PM CDT
**To:** Reyna Arroyo <reynaarroyod@gmail.com>
**CC:** Ford, Christi <Christi.Ford@chicagopolice.org>; susan.rajmand@chicagopolice.org <susan.rajmand@chicagopolice.org>
**Subject:** Re: P.O. Arroyo- Disability Application

Afternoon,
The Medical Section documents required for application for LOA/Disability have been emailed to: reyna.arroya@chicagopolice.org
 today at 1200hrs

---

**From:** Reyna Arroyo <reynaarroyod@gmail.com>
**Sent:** Friday, March 20, 2020 8:55 AM
**To:** Bishop, Marilyn Y. <Marilyn.Bishop@chicagopolice.org>
**Cc:** Ford, Christi <Christi.Ford@chicagopolice.org>; susan.rajmand@chicagopolice.org <susan.rajmand@chicagopolice.org>
**Subject:** P.O. Arroyo- Disability Application

Good morning Officer Bishop,

Being that I've not received any news from the F.O.P./arbitration regarding my 2016 Injury, I am being force to apply for disability. Though, being that I am a cancer survivor & asthma sufferer, I am scare going outside. Any possible way you can e-mail paperwork please. If not, please let me know what steps to take. I need money in order to sustain my eleven year old son and myself.

Thank you,

P.O. Arroyo


---------- Forwarded message ---------
From: **Mail Delivery Subsystem** <mailer-daemon@googlemail.com>
Date: Fri, Mar 20, 2020, 8:32 AM
Subject: Delivery Status Notification (Failure)
To: <reynaarroyod@gmail.com>

 **Address not found**

Your message wasn't delivered to **marilyn.bishop@chicagipolice.org** because the domain chicagipolice.org couldn't be found. Check for typos or unnecessary spaces and try again.

The response was:
```
DNS Error: 464689 DNS type 'mx' lookup of chicagipolice.org responded with code NXDOMAIN Domain name not found: chicagipolice.org
```

---------- Forwarded message ----------
From: Reyna Arroyo <reynaarroyod@gmail.com>
To: marilyn.bishop@chicagipolice.org
Cc: "Ford, Christi" <Christi.Ford@chicagopolice.org>, susan.rajmand@chicagopolice.org
Bcc:
Date: Fri, 20 Mar 2020 08:32:35 -0500
Subject: Re: Re:

ARROYO.DEF.003193

Good morning Officer Bishop,

Being that I've not received any news from the F.O.P./arbitration regarding my 2016 Injury, I am being force to apply for disability. Though, being that I am a cancer survivor with asthma I am scare going outside to. Any possible way you can e-mail paperwork please. If not, please let me know what steps to take. I need money in order to sustain my eleven year old son and myself.

Thank you,

P.O. Arroyo


On Fri, Mar 20, 2020, 7:59 AM Reyna Arroyo <reynaarroyod@gmail.com> wrote:

> Will do.
>
> Thank you. Be safe.
>
> P.O. Reyna Arroyo
>
> On Fri, Mar 20, 2020, 7:19 AM Smith, Latonya Y. <
> Latonya.Smith@chicagopolice.org> wrote:
>
>> Good Morning,
>>
>> You can call PO Bishop, and ask her, I can't sending the forms via email:
>>
>> PO Bishop: 312-745-5124
>>
>> LaTonya Smith BSN, RN
>> Occupational Health Nurse
>> Chicago Police Department
>> Medical Services Section
>> (P) 312-745-5041
>> (F) 312-745-6955
>> Latonya.smith@chicagopolice.org
>> ------------------------------
>> *From:* Reyna Arroyo <reynaarroyod@gmail.com>
>> *Sent:* Wednesday, March 18, 2020 11:23 AM
>> *To:* Smith, Latonya Y. <Latonya.Smith@chicagopolice.org>
>> *Cc:* Ford, Christi <Christi.Ford@chicagopolice.org>
>> *Subject:* Re: Re:
>>
>> Good morning,
>>
>> Any possible way you can scan required chart paperwork (for the release
>> copy to the Pension Board) and sent to me for signature.
>>
>> I have a child at home and no sitter. Plus, I'm congested/ashtma
>> sufferer and I am afraid of going out.
>>
>> Thank you,
>>
>> P.O. Reyna Arroyo
>>
>> On Fri, Mar 13, 2020, 9:15 AM Smith, Latonya Y. <
>> Latonya.Smith@chicagopolice.org> wrote:
>>
>> Good Morning,
>> Come into MSS anytime between 0800-1100 and 1300-1500
>>
>> LaTonya Smith BSN, RN
>> Occupational Health Nurse

ARROYO.DEF.003194

>> Chicago Police Department
>> Medical Services Section
>> (P) 312-745-5041
>> (F) 312-745-6955
>> Latonya.smith@chicagopolice.org
>> -----------------------------
>> *From:* Reyna Arroyo <reynaarroyod@gmail.com>
>> *Sent:* Thursday, March 12, 2020 8:55 PM
>> *To:* Smith, Latonya Y. <Latonya.Smith@chicagopolice.org>
>> *Subject:* Re:
>>
>> Thank you. Can I come in tomorrow, or do I need to make an appointment?
>>
>> Please let me know.
>>
>> Thank you,
>>
>> Reyna
>>
>> On Thu, Mar 12, 2020, 4:15 PM Smith, Latonya Y. <
>> Latonya.Smith@chicagopolice.org> wrote:
>>
>> Good Evening,
>> I only did your PAR form, You must come in and sign for your chart to be
>> copy and delivered to the Pension broad.
>>
>>
>> LaTonya Smith BSN, RN
>> Occupational Health Nurse
>> Chicago Police Department
>> Medical Services Section
>> (P) 312-745-5041
>> (F) 312-745-6955
>> Latonya.smith@chicagopolice.org
>> -----------------------------
>> *From:* Reyna Arroyo <reynaarroyod@gmail.com>
>> *Sent:* Thursday, March 12, 2020 2:31 PM
>> *To:* Smith, Latonya Y. <Latonya.Smith@chicagopolice.org>
>> *Subject:*
>>
>> Good afternoon Mrs. Smith,
>>
>> Hope you are well. Per our phone conversation held on 11 FEB 2020, did
>> you get a chance to turn in disability on my behalf? If so, what's the
>> process? Time? Has it been approved?
>>
>> Please let me know.
>>
>> Thanks and God bless,
>>
>> Reyna
>>
>> ** EXTERNAL EMAIL WARNING ** This email originated outside of the Chicago
>> Police Department. **NEVER CLICK, DOWNLOAD, or OPEN** unexpected links or
>> attachments. **NEVER** provide User ID (PC Number) or Password or other
>> sensitive information. If this email seems suspicious, contact the City of
>> Chicago Help Desk at 312-744-DATA (312-744-3282) or follow instructions on
>> THE WIRE to report Junk Email or SPAM.
>>
>>
>> -----------------------------
>> This e-mail, and any attachments thereto, is intended only for use by the
>> addressee(s) named herein and may contain legally privileged and/or
>> confidential information. If you are not the intended recipien
----- Message truncated -----

** EXTERNAL EMAIL WARNING ** This email originated outside of the Chicago Police Department. **NEVER CLICK, DOWNLOAD, or OPEN** unexpected links or attachments. **NEVER** provide User ID (PC Number) or Password or other sensitive information. If this email seems suspicious, contact the City of Chicago Help Desk at 312-744-DATA (312-744-3282) or follow

ARROYO.DEF.003195