# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Reyna Arroyo

                           Plaintiff,

v.                                                 Case No.: 1:21−cv−01148
                                                       Honorable Steven C. Seeger

City of Chicago Police Dept.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 12, 2024:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the joint status report. (Dckt. No. [130]) Defendants redeposed Plaintiff. The parties are engaged in active settlement discussions, but do not seek a settlement conference at this time. The Court reaffirms the deadline of December 16, 2024 for dispositive motions. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.