IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| REYNA ARROYO,<br><br>    Plaintiff,<br><br>v.<br><br>THE CITY OF CHICAGO,<br><br>    Defendant. | Case No.: 21 C 1148<br><br>Hon. Judge Steven C. Seeger<br><br>Hon. Magistrate Judge Jeannice Appenteng |

**APPENDIX OF EXHIBITS**

Ex. 1   July 10, 2020 IDHR charge

Ex. 2   November 6, 2020 IDHR Correspondence titled "Order of Closure"

Ex. 3   IDHR "Voluntary Withdrawal Request Form" dated October, 1, 2020

Ex. 4   November 18, 2020 IDHR Correspondence titled "Corrected Order of Closure"

Ex. 5   December 30, 2020 EEOC Correspondence titled "EEOC Charge Against City of Chicago Police Dept., No. 21B202001450"

Ex. 6   Plaintiff's Complaint of Employment Discrimination dated February 25, 2021, ECF # 1

Ex. 7   Plaintiff's Amended Complaint of Discrimination dated May 11, 2021, ECF # 15

Ex. 8   Minute Order dated July 9, 2021, ECF #26

Ex. 9   Plaintiff's May 7, 2024 Correspondence

Ex. 10  Defendant's Answer to Plaintiff's Amended Complaint, ECF #27

Ex. 11   Declaration of Joy Brown

      Ex. A   Officer Arroyo's Work History

      Ex. B   Officer Arroyo's Employee Assignment/Detail History

      Ex. C   Police Officer Job Description

Ex. D   Employee Resource E03-01, "Medical Policy"

Ex. E   Employee Resource E03-01-01 "Sworn Medical Roll – Injury on Duty Status"

Ex. F   Employee Resource E03-01-01, "Sworn Medical Roll – IOD Status" (2020)

Ex. G   Employee Resource E03-01-02, "Sworn Medical Roll – Non IOD Status"

Ex. H   Collective Bargaining Agreement, Section 18.1-18.6 "I.O.D."

Ex. I   Employee Resource E03-01-03, "Sworn Limited Duty Program"

Ex. J   "Essential Functions for Limited Duty Approval" Form dated May 18, 2018

Ex. K   "Certification of Eligibility for a Limited Duty Assignment" Form

Ex. L   Arroyo CLEAR Progress Notes, dated September 25, 2017

Ex. M   "Essential Functions for Limited Duty Approval" Form dated September 8, 2017

Ex. N   "Essential Functions for Limited Duty Approval" Form dated February 26, 2018

Ex. O   "Essential Functions for Limited Duty Approval" Form dated May 18, 2018

Ex. P   "Essential Functions for Limited Duty Approval" Form dated August 31, 2018

Ex. Q   "Essential Functions for Limited Duty Approval" Form dated October 1, 2018

Ex. R   "Essential Functions for Limited Duty Approval" Form dated March 1, 2019

Ex. S   Diamond D. Dettore, M.D. prescription pad note dated June 1, 2020

Ex. T   "Limited Duty Notification Letter – A" dated January 8, 2019

Ex. U   "Limited Duty Notification Letter – B" dated January 24, 2019

Ex. V   "Expiration of Non-IOD Limited Duty" email dated January 29, 2019

Ex. W   Correspondence dated September 3, 2019

Ex. X   "P.O. Arroyo- Disability Application" email dated March 20, 2020

Ex. Y   Email dated March 23, 2020 "Re: Cancellation of LOA documents"

      Ex. Z   Employee Resource E01-04, "City of Chicago Reasonable Accommodations Policy"

      Ex. AA  Employee Resource E01-16, "Leaves of Absence and Resignations"

Ex. 12  Deposition Transcript of Reyna Arroyo

Ex. 13  Deposition Transcript of LaTonya Smith

      Part 1 of 2, pages 1-87

      Part 2 of 2, pages 88-175

Ex. 14  Deposition Transcript of Michele James

      Part 1 of 2, pages 1-73

      Part 2 of 2, pages 74-149

Ex. 15  Settlement Agreement between the City of Chicago and the Fraternal Order of Police

Ex. 16  "Opinion and Award" for Grievance 123-17-001/101, dated June 20, 2022

Ex. 17  Deposition Transcript of Jonathan Johnson

      Part 1 of 2, pages 1-82

      Part 2 of 2, pages 83-166

Ex. 18  Deposition Transcript of Sheree Jones

      Part 1 of 2, pages 1-111

      Part 2 of 2, pages 112-223

Ex. 19  Declaration of Judith Marrs

      Ex. A   City of Chicago Reasonable Accommodation Policy

Ex. 20  Declaration of Kathryn Perry Hopkins