# EXHIBIT 17
## Part 1 of 2
## Pages 1-82

**In The Matter Of:**

*Reyna Arroyo v.*
*City of Chicago*

---

*Jonathan Lewis Johnson*
*November 30, 2023*

---

*Textnet Digital Court Reporting*
*www.textnet.com | office@textnet.com*
*Madison, WI | Chicago, IL*
*608-620-3829 | 312-868-0305*



Min-U-Script® with Word Index

1

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF ILLINOIS

3    EASTERN DIVISION

4    ------------------------------------------------------------

5    REYNA ARROYO,                    )

6                   Plaintiff,    )

7    vs.                              ) Case No. 2021 CV 001148

8    CITY OF CHICAGO,                 )

9                   Defendant.    )

10   ------------------------------------------------------------

11       Video Deposition of JONATHAN LEWIS JOHNSON

12   ------------------------------------------------------------

13                   November 30, 2023

14

15            Abraham Law and Consulting, LLC

16               161 North Clark Street

17                   Suite 1600

18               Chicago, Illinois 60601

19

20

21

22

23

24         Reporter: Eva Walsh, CER/CDLR

25         Textnet Digital Court Reporting

2

1                    A P E A R A N C E S

2         (All appearances remote via Zoom videoconference.)

3

4    On behalf of the Plaintiff:

5    CHRISTINA ABRAHAM

6    ABRAHAM LAW AND CONSULTING, LLC

7    161 North Clark Street - Suite 1600

8    Chicago, Illinois 60601

9         -and-

10   JANAAN HASHIM

11   AMAL LAW GROUP

12   161 North Clark Street - Suite 1600

13   Chicago, Illinois 60601

14

15

16   On behalf of the Defendant:

17   PHILIP SANTELL  -and-

18   MATTHEW SUHL

19   CITY OF CHICAGO, Department of Law

20   2 North LaSalle Street - Suite 640

21   Chicago, Illinois 60602

22

23

24

25

3

1                         I N D E X

2    WITNESS:                                      PAGE:

3      JONATHAN LEWIS JOHNSON

4           DIRECT EXAMINATION BY MS. ABRAHAM         5

5           CROSS-EXAMINATION BY MR. SANTELL        162

6

7                         * * * * *

8                       E X H I B I T S

9    NO.                                           PAGE:

10
     Exhibit No. 1                                   31
11   Exhibit No. 2                                   76
     Exhibit No. 3                                   80
12   Exhibit No. 4                                   81
     Exhibit No. 5                                   87
13   Exhibit No. 6                                  106
     Exhibit No. 7                                  108
14   Exhibit No. 8                                  110
     Exhibit No. 9                                  111
15   Exhibit No. 10                                 119
     Exhibit No. 11                                 123
16   Exhibit No. 12                                 125
     Exhibit No. 13                                 127
17   Exhibit No. 14                                 128
     Exhibit No. 15                                 131
18   Exhibit No. 16                                 133
     Exhibit No. 17                                 134
19   Exhibit No. 18                                 141
     Exhibit No. 19                                 144
20   Exhibit No. 20                                 149
     Exhibit No. 21                                 155
21

22

23

24

25

Jonathan Lewis Johnson - November 30, 2023

4

1                    (Commencing at 9:35 a.m.)

2          THE COURT REPORTER:  Good morning.  We're on the

3    record, 9:35 a.m. on November 30, 2023, in the matter of

4    Reyna Arroyo versus City of Chicago, United States

5    District Court Case Number 2021 CV 1148.  This is the

6    remote video deposition of Mr. Jonathan Johnson.

7          Mr. Johnson, do you have a middle name?

8          MR. JOHNSON:  Middle name is Lewis, L-E-W-I-S.

9          THE COURT REPORTER:  Thank you.  Would you

10   please raise your right hand to be sworn?

11           (Witness sworn.)

12          THE COURT REPORTER:  Thank you.

13          Will Counsel state their appearances for the

14   record?

15          MS. ABRAHAM:  Good morning.  Christina Abraham

16   for the plaintiff, Reyna Arroyo.

17          MS. HASHIM:  Good morning.  Janaan Hashim for

18   the plaintiff as well.

19          MR. SANTELL:  Good morning.  My name is Philip

20   Santell.  That's S-A-N-T-E-L-L.  Assistant Corporation

21   Counsel on behalf of the defendant, City of Chicago.

22          MR. SUHL:  And Matthew Suhl for the City of

23   Chicago.

24          THE COURT REPORTER:  Okay.  Thank you.  We can

25   proceed.

Jonathan Lewis Johnson - November 30, 2023

5

1        MS. ABRAHAM:  Thank you.

2        JONATHAN LEWIS JOHNSON, SWORN, TESTIFIED

3                    DIRECT EXAMINATION

4  BY MS. ABRAHAM:

5     Q.    Mr. Johnson, can you please state your full name

6  for the record?

7     A.    My full name is Jonathan, J-O-N-A-T-H-A-N;

8  middle initial, L, for Lewis; and last name Johnson,

9  J-O-H-N-S-O-N.

10     Q.    And are you aware that you're being deposed in

11  the matter of Arroyo versus the City of Chicago, which

12  is a discrimination and retaliation lawsuit in the

13  Federal Court for the Northern District of Illinois?

14     A.    Yes, I am.  I know I'm being deposed for Reyna,

15  but I don't know all the specifics, but nevertheless.

16     Q.    Okay.  Have you ever been deposed before?

17     A.    Yes, I have.

18     Q.    How many times have you been in a deposition?

19     A.    Probably nine or ten times.

20     Q.    Okay.  Were any of those depositions for the

21  City of Chicago or related to a case where the City of

22  Chicago was a party?

23     A.    A majority have been FOP -- Fraternal Order of

24  Police -- related issues.  I was the manager of police

25  payroll for a number of years, and then as the director

6

1   of finance.

2        Q.   So would --

3        A.   Part as a subject matter expert in terms of the

4   City's payment practices or contractual issues.

5        Q.   Have you ever been deposed in a case that

6   related to an officer's complaint about discrimination

7   or retaliation by the City?

8        A.   Not that I can recall.

9        Q.   Have you ever made any kind of claim against the

10  City?

11       A.   A worker's compensation injury.

12       Q.   Was that against the -- involving the police

13  department?

14       A.   No, I had taken a fall in City Hall.

15       Q.   When was the last time you were in a deposition

16  as a witness?

17       A.   It would probably be from my stent at the police

18  department, so probably somewhere in 2018 or 2019.

19       Q.   And do you remember what that case was about?

20       A.   It was in -- it was I believe a Fair Labor

21  Standards Act case of, again, the FOP and police

22  department regarding overtime compensation.

23       Q.   Did you ever have to testify at trial in that

24  case?

25       A.   No.

Jonathan Lewis Johnson - November 30, 2023

7

1    Q.   Do you know how that case resolved?

2    A.   No, I don't, because I left in 2019.

3    Q.   I'm going to run through the ground rules with

4    you, just because it's been a little bit of time since

5    you have done a deposition.

6         So starting with during this deposition, you're

7    under oath, which means that the testimony you're

8    providing here today applies the same expectation that

9    you're going to tell the truth under penalty of perjury.

10   Do you understand?

11   A.   Yes.

12   Q.   Also, unlike a conventional conversation, we

13   have a court reporter here taking down everything that

14   we say and the added complication that this is a remote

15   proceeding.

16        So, for these reasons, I ask that even if you

17   know what I'm about to ask, you wait until the question

18   is finished being posed until you start to respond,

19   because it makes the court reporter's job easier for her

20   not to take down us talking over each other.

21        Also, try not to use signals or sounds to

22   indicate an answer, like don't nod your head to indicate

23   yes or shake your head to say no, but rather verbalize

24   your responses -- say yes or no because it makes the

25   transcript more clear.  Does that make sense?

8

1    A.    Yes, it does.

2    Q.    Because this is a remote deposition and you're

3 likely on a personal device right now that has messaging

4 capabilities, and you might get notifications coming in

5 as we speak, I ask that you don't open messages or

6 communicate with anyone generally during the time you're

7 being questioned.

8    A.    Let me turn down my phone right now and put that

9 on mute.

10    Q.    If you do need to take a break, though, let me

11 know.  If you ask to take a break while there's a

12 question that's pending, I'll just have you answer the

13 question, and then we can take the break.  Does that

14 make sense?

15    A.    Yes, it does.

16    Q.    If you don't understand a question, please ask

17 me to repeat it or rephrase it or explain it.  If you

18 answer a question that I've asked, I'm going to assume

19 you understood the question.  Does that make sense?

20    A.    Yes, it does.

21    Q.    Sometimes when I ask a question, you might have

22 partial knowledge, but not absolute, certain, or

23 complete knowledge.  So, for example, if I ask you about

24 the weather right now, you might not necessarily be able

25 to tell me the exact temperature in degrees, but you

Jonathan Lewis Johnson - November 30, 2023

9

1   could give me an approximate answer, like it's hot or

2   it's cold or somewhere in between.

3           In that circumstance, "I don't know" is not an

4   appropriate answer, but rather you should tell me what

5   you know and what the basis of your knowledge is.  Does

6   that make sense?

7       A.   Yes, it does.  But point of clarification?

8       Q.   Yes.

9       A.   If I don't know the answer, then I don't know

10  the answer, correct?

11      Q.   Correct.  And you can tell me that you don't

12  know, but if there's something that you may have heard

13  about it or may know about it, I'd like to know what you

14  know, even if you're not certain about what you know, if

15  that makes sense.

16      A.   Yes.

17      Q.   Okay.  Is there any reason like being under

18  duress, any unusual stress, any physical or mental

19  conditions, or being under the influence of any

20  substances or medications that would prevent or limit

21  you today from getting truthful answers to my questions?

22      A.   I am currently recovering from a medical issue,

23  so that sometimes flares up.  I'm not in control of when

24  that happens, but let's hope I make it through the day

25  without there being any issues.

10

1    Q.   Okay.  Do you take any medications that impair

2  your memory, your ability to recall information?

3    A.   I am on stroke and blood pressure medication,

4  so -- and a quite number of them, and I just turned 60

5  on Monday, so my memory may not be as fresh as it was

6  five weeks ago.

7    Q.   Okay.  During the proceeding, you might hear

8  somebody make an objection.  Generally, unless the

9  objection is on the basis of a privilege and you're

10  directed not to answer, you're still going to have to

11  answer the question that I've asked.

12        When you do hear an objection, just give it a

13  moment so the attorney has their chance to make their

14  objection for the record, and then you would be expected

15  to give your answer.  Okay?

16    A.   Okay.

17    Q.   Have you done anything to prepare for today's

18  deposition?

19    A.   A discussion with the City attorneys.

20    Q.   How many times did you discuss this case with

21  the City's attorneys?

22    A.   Perhaps three or four times.

23    Q.   When was the first time that you discussed this

24  case with the City's attorneys?

25    A.   I was notified initially months ago, probably

11

1    even as far as -- I take that back.  I was still working

2    at the time, so that would have -- my last day in the

3    office was October of 2022.  So sometime before then

4    would have probably been when I was first contacted

5    regarding the case.  And then intermediately over the

6    past several months, then there have been some

7    discussions about -- regarding my status of my health

8    and my availability.

9        Q.   Focusing your attention on the first

10   conversation you had.  How long was that conversation

11   with the City's attorneys about this case?

12       A.   When you say how long, like, when?  Or the

13   length of discussion?

14       Q.   The length of the discussion.

15       A.   It was, I believe, just an email actually would

16   have been the first discussion.  None of them have been

17   lengthy at all, just in terms of my position at the

18   time, but I would say no more than 30 minutes.

19       Q.   And then focusing your attention on the last

20   time you spoke with them about this case.  How long was

21   that conversation?

22       A.   Again, I think around the same timeframe, less

23   than 30 minutes.

24       Q.   Is it your understanding that the City's

25   attorneys here today represent you in this deposition?

12

1     A.   Well, I think they represent the City.  I don't

2   know if they were necessarily representing me today,

3   just only my employer.

4     Q.   Did you review any documents in preparation for

5   today?

6     A.   No, I have not, actually.  Other than the court

7   order that I think that was sent to me three or four

8   weeks ago, I think probably by your office, but that's

9   really the only, quote unquote document that I can

10   recall having looked at.

11     Q.   Did you review any communications?

12     A.   Oh, no.

13     Q.   Other than the City's attorneys, did you talk

14   about today's deposition with anyone else?

15     A.   No.

16     Q.   Did anyone from the City or the CPD's internal

17   affairs or another department question you about your

18   knowledge in this matter, other than the City's

19   attorneys?

20     A.   No, they have not.

21     Q.   And, then, other than with the people that I've

22   asked you about so far, have you talked about today's

23   deposition with anyone else?

24     A.   Just outside of a few friends, just letting them

25   know that I might be unavailable between 9:30 and

13

1    5:30 p.m. today.

2        Q.    Okay.

3        A.    Hopefully we don't go that long.

4        Q.    I don't think we will.  Okay.  Are you currently

5    employed?

6        A.    No, I'm currently on a medical leave of absence.

7        Q.    How long have you been on that medical leave of

8    absence?

9        A.    I've been on a medical leave of absence since, I

10   believe, April 24th of this year.

11       Q.    Okay.

12       A.    April 2nd.

13       Q.    Okay.  Before that, what position did you hold?

14       A.    I was the Deputy Treasurer/Chief Operating

15   Officer of the Office of the City Treasurer.

16       Q.    And I'm not sure I heard the entire response.

17   Could you just repeat -- Deputy what?

18       A.    Deputy Treasurer.

19       Q.    Okay.  Are you going to return to that position

20   after you --

21       A.    I don't think so.  I'm -- at least for medical

22   purposes, I don't have to be reevaluated until June of

23   next year.

24       Q.    Is it expected that you'll be on medical leave

25   then, at least until June of next year?

14

1    A.    Yes.  And, again, an evaluation has to be done

2    of my issues at that time, whether I return or stay on

3    leave or retire.

4    Q.    Okay.  The position that you held before, Deputy

5    Treasurer, is that with the Chicago Police Department or

6    with the City of Chicago?

7    A.    That's with the Office of the City Treasurer.

8    Q.    Okay.  So it's a citywide job?  Am I

9    understanding that correctly?

10   A.    Well, it's -- the treasurer's office is a little

11   different in that it is a City agency, but it is

12   somewhat independent of the other 50 plus departments.

13   Q.    Okay.  And just so I'm clear, though, it's not

14   specifically attached to the Chicago Police Department,

15   is that correct?

16   A.    It is not.

17   Q.    Okay.  When did you start working for the City?

18   A.    I initially began working for the City in --

19   November 1st, 1994.

20   Q.    Okay.  What was the position that you started

21   working at?

22   A.    My initial position was Administrative Services

23   Officer for the Chicago Police Department --

24   Administrative Services Officer II.

25   Q.    Did you have to train to become a police officer

15

1    to have that position?

2        A.    No, that's a civilian position and it's part of

3    the payroll department.

4        Q.    Well, can you just kind of generally take me

5    through the positions that you've held within the

6    Chicago Police Department?

7        A.    Sure.  Again, the administrative services

8    officer position, I was there from November of '94 until

9    August of 2000.  I came back to the police department in

10   February of 2013 as a commander in the Office of the

11   Superintendent.  Then I worked Commander of the General

12   Services or Logistics Department, which is part of

13   Administrative Services Division.  I then became the

14   acting Director of Human Resources for a period of about

15   -- from October of 2016 through May of 2017.  Then I

16   became the Director of Finance in May of 2017 until I

17   left to seek another position in other department

18   September 15th of 2018.

19       Q.    When you say that you sought another position in

20   another department, was that within -- that was not with

21   the police department?

22       A.    That's correct.  When I left the police

23   department in 2018, I went to the Department of Aviation

24   as a Chief Financial Officer.

25       Q.    And then you'd mentioned some positions within

Jonathan Lewis Johnson - November 30, 2023

16

1   CPD where you were a commander.  Did you receive police

2   training for that?

3       A.   I did not.

4       Q.   So focusing your attention on when you were

5   interim Human Resources Director at CPD.  Do you know

6   who held that position before you?

7       A.   Prior to me would have been Donald O'Neil (ph.).

8       Q.   Do you know why Mr. O'Neil left?

9       A.   He left, I believe, to take a position for

10  the -- and I get confused sometimes, because the

11  position goes back and forth -- the head of Labor

12  Relations, it's either Department of Law or the

13  Department of Human Resources.

14      Q.   Do you know who assumed the position after you?

15      A.   Yes.  Robert -- come on, I know who he is.  I'm

16  drawing a blank on his last name.  Polish last name.  I

17  can see his face, dark hair.  But I'm sorry.

18      Q.   That's okay.  When you became interim HR

19  director, was that something that you had applied for or

20  did you get appointed?

21      A.   No, I was the last man standing, so I got stuck

22  with it.  I'm sorry.  No, I was directed by my chief or

23  commanding officers to assume the position.  Now, this

24  was consequently while I was holding those other

25  positions at the same time.

Jonathan Lewis Johnson - November 30, 2023

17

1    Q.   When you say the other positions, which
2  positions specifically?
3    A.   That would have been the Commander of General
4  Support, as well as the acting Director of Finance, as
5  well as also in 2016, the Deputy Chief over --
6  essentially the Bureau of Administration suffered a
7  heart attack and was out for eleven months, so I also
8  assumed his responsibilities.
9    Q.   Okay.  And so, just so I understand clearly, at
10 the same time you were interim HR director, you were
11 also serving in these other roles, including acting
12 finance director?
13    A.   That is correct.
14    Q.   What would you say are the duties of the human
15 resources director for CPD?
16    A.   Well, obviously, the hiring of all CPD
17 personnel, sworn and civilian; obviously, in terms of
18 review or maintaining of all employee records, in terms
19 of whether it's continued service dates, whether it is a
20 promotional date, whether it is in terms of compensation
21 changes, in terms of career service, employment dates
22 where you get step raises, things of that nature, but
23 all employee records.
24        Obviously, there's a wing of HR that also for
25 professional development; also, there's a part of HR in

Jonathan Lewis Johnson - November 30, 2023

18

1   terms of employee care and concern, so quite vast.

2      Q.   Did the human resources director oversee leaves

3   of absence?

4      A.   Yes.  I'm sorry.  That would be a piece of it as

5   well.

6      Q.   Okay.

7      A.   At least in terms of the beginning of it and

8   then through the end of it.  The medical section is also

9   part of human resources as well.

10     Q.   Does that then also include injury on duty

11  claims made by officers?

12     A.   Yes, that would be pretty much the purview of

13  the medical section in terms of whether it's injury on

14  duty or some other type of injury or accident.

15     Q.   I'm sorry.  I didn't catch what you last said.

16     A.   I'm sorry.  Whether it's injury on duty or some

17  other type of accident.

18     Q.   What is the role that the HR director has in

19  overseeing the medical services section?

20     A.   Outside of being one of the responsibilities, I

21  don't know if there's anything codified that -- here's

22  what the HR director does in terms of the medical

23  section, because obviously the medical section itself

24  oversees -- well, that's where if an officer is injured

25  on duty, where they have to come in to get validated,

Jonathan Lewis Johnson - November 30, 2023

19

1    that they are -- it is in fact a duty injury or it is a
2    non duty injury; and then in terms of determining how
3    long, if it's able to determine, that person will be off
4    work.  But that's all done by the medical section, not
5    by the director of HR, because there's also a doctor in
6    the medical section.
7        Q.   Does the director of HR, though, oversee the
8    medical section?  Am I correct in --
9        A.   Yes.
10       Q.   Does the human resources director oversee
11   requests for accommodation under the Americans with
12   Disabilities Act?
13       A.   I'm not for sure whether that's a CPD HR or
14   citywide DHR responsibility.  I'm sure the police
15   department is very chain of command oriented that if an
16   employee needed a reasonable accommodation, obviously,
17   the way it should go is that it probably should come
18   through their unit of assignment, and then that probably
19   goes through HR.  But I think a final determination
20   would have to be made by the City's DHR -- Department of
21   Human Resources.  I'm sorry.
22       Q.   What does the Financial Services Section at CPD
23   do?  What's the function of the department?
24       A.   Financial Services Section?
25       Q.   Yes.

20

1    A.    Is it referred to as something else?

2    Q.    Maybe financial section.

3    A.    Oh, the finance division?

4    Q.    Finance Division.  Okay.

5    A.    Okay.  Finance Division, which I mentioned I was

6    the director of, and actually, for even a time before I

7    was officially director, I was in an acting position

8    because the director there had left to assume jobs

9    outside of the City -- is responsible for overseeing the

10   police department's budget, is responsible for the

11   timekeeping section and timekeepers that work throughout

12   the Department.

13        Also the payroll section, which handles

14   compensation or payment of compensation to all CPD

15   employees.  And then there are myriad of miscellaneous

16   funds that the finance division manages.

17   Q.    And what were the duties of the Director of the

18   Finance Division?

19   A.    Well, we're talking about essentially a total of

20   40 plus employees, if my memory serves me correctly.

21   So, essentially, ensuring that the operation is

22   functioning properly, handling any problems.

23        Obviously, within each section within finance,

24   there are supervisors who are responsible for the

25   day-to-day operations, but the director is generally

21

1   supervising those managers or assistant directors or

2   chief timekeepers in their daily responsibilities.

3       Q.   How many employees work in the financial

4   division?

5       A.   As I just stated, I believe somewhere around the

6   range of 40.

7       Q.   How many positions -- of those 40 positions, how

8   many directly report to the director?

9       A.   Essentially one.  The assistant director -- I

10  take that back.

11          The assistant director would appoint to the

12  director of finance.  The manager of payroll would

13  appoint to the director of finance.  The head of CPD

14  purchasing would go directly -- and although when I say

15  directly, I had an assistant director of finance, that

16  obviously they should go or should have gone through her

17  initially.  But some people are special, and so they

18  might come directly to me, but they really should go

19  through their immediate supervisor and then through the

20  assistant director of finance.  And then any issues or

21  concerns or problems would then be brought to me.

22      Q.   You'd mentioned something about timekeeping.

23  What does that involve?

24      A.   So there's -- it's essentially, I think they've

25  changed it now, but for decades, or shall we say

Jonathan Lewis Johnson - November 30, 2023

22

1    centuries, police department payroll issues have been

2    handled manually.  So the police department uses what's

3    essentially, it's a card to reflect a person's

4    activities -- or not activities, but were they present,

5    were they sick, were they on suspension, did they leave

6    work early for medical reasons, are they on an extended

7    absence -- basically they're carrying their status, that

8    information then, and the timekeeper sitting within CPD

9    headquarters over all the units that exist within that

10   building of essentially 1000 plus people.

11         And then those timekeepers work with those units

12   in terms of determining were they there, were they not

13   there, did they work their hours, did they work beyond

14   their hours, were they carrying another status, and

15   also, if someone is retiring, that section handles their

16   what we call employee buyout.

17         Police officers or the civilians might have

18   compensatory time, vacation time, baby furlough days,

19   furlough days.  These are all contractual-type days that

20   they have to be paid out upon their retirement.

21    Q.   Can all of the positions in the finance division

22   be performed by a person who's in limited duty status?

23    A.   Yes, unfortunately -- and I'm not ragging on the

24   City, but because there were a lot of civilian

25   vacancies, we would not have been able to complete our

23

1    tasks without utilizing limited duty officers.

2        Q.    Are they desk jobs?  Can you describe some of

3    the positions?

4        A.    They're -- I don't want to say clerical in

5    nature, but maybe administrative is perhaps a better

6    term.

7              And they're -- whether they're in payroll,

8    whether they're in the finance operations, or whether we

9    had a limited duty officer in our procurement section,

10   and even timekeepers as well also, too, because who

11   would know better about police officer time than police

12   officers?

13       Q.    Do any of the positions in the finance division

14   require an officer to be full duty to work in that

15   position?

16       A.    They would not be required to be full duty.  The

17   issue is, while they're working in finance, they may

18   have transitioned to full duty.

19       Q.    Does the finance division include the travel

20   section?

21       A.    Yes, it does.

22       Q.    Can you explain what the travel section is?

23       A.    Yes.  The travel section is responsible for

24   receiving -- and again, it starts at the unit level.  If

25   someone, let's say they're attending an FBI conference

24

1    in Quantico, Virginia, they make a request through their

2    chain of command that eventually goes to the Department

3    of Finance.  We determine whether there is budgeted

4    money available or if where they're attending is

5    providing funding for the individual.

6           We also make the arrangements with the City's

7    travel vendor.  We also communicate with the Office of

8    Budget and Management in terms of whether they will

9    approve the travel as well.

10   Q.   Do you recall Officer Reyna Arroyo?

11   A.   Yes, I do.

12   Q.   Does she work in the finance division?

13   A.   Yes, she did.

14   Q.   And that was while you were director, is that

15   correct?

16   A.   That is correct.

17   Q.   When she -- let me try to think of how I want to

18   ask this question.  Were you already the director in the

19   finance division when she first started working in the

20   finance division?

21   A.   I believe she was there when my predecessor was

22   there, Frank Vincent (ph.).

23   Q.   Are you aware that she was -- of why she was

24   assigned to the finance division?

25   A.   Why she was assigned, I don't know.  Generally,

25

1   departments or units within the police department will

2   make a request to receive a limited duty officer.  I

3   believe that's done through the medical section.  And

4   then an interview is set up, and then they meet with

5   that person, seeing if their strengths match up with

6   what the needs are of the unit, and then they select an

7   (indiscernible).

8       Q.   So was it your understanding that when Officer

9   Arroyo was working in the finance division, that she was

10  there in limited duty status?

11      A.   Yes.

12      Q.   Is it typically the case that an officer who's

13  in limited duty status is in limited duty because they

14  have some kind of a disability?

15      A.   Yes.  Well, they have some type of injury,

16  whether that's injury on duty or non duty injury.

17      Q.   Okay.  What position did Officer Arroyo hold in

18  the finance division?

19      A.   She worked in the travel section.  I don't know

20  if there was a particular title that she filled, but she

21  worked with her supervisor then, which was Helen Lee in

22  terms of processing the travel as well.

23      Q.   Did you say her supervisor was Helen Lee?

24      A.   Yes.

25      Q.   Okay.  Do you recall what Ms. Lee's -- or

Jonathan Lewis Johnson - November 30, 2023

1   Officer Lee, do you recall what her position was?

2       A.    Helen Lee was a civilian.  I believe she was the

3   Director of Administration.

4       Q.    And do you know who Ms. Lee reported to?

5       A.    Ms. Lee, in turn, would report to Michele James,

6   who was my Assistant Director of Finance.

7       Q.    What impressions did you have of Officer

8   Arroyo's work performance in finance?

9       A.    As I recall, I don't -- her work was fine, I

10  guess, because I don't recall receiving any complaints

11  from Ms. Lee or Ms. James.  She was a very pleasant, so

12  always greeting me each day with a smile and a hello.

13      Q.    Did you ever have any concerns about Officer

14  Arroyo's ability to perform the job duties in the

15  finance division?

16      A.    Again, I never received any complaints from her

17  supervisors, which, for others I would have had before,

18  but they would have brought to my attention so that if

19  there needed to be some discussion or counseling with

20  that person -- whether it's sworn or civilian, that I

21  would talk with them.  But I never had to mediate an

22  issue with Ms. Arroyo.

23      Q.    She ever -- did Ms. Arroyo, did Officer Arroyo

24  ever report directly to you?

25      A.    No.

27

1    Q.   What is your understanding of the Chicago Police

2    Department's ADA policy?  When I say ADA, you understand

3    that to mean Americans with Disability Act, correct?

4    A.   Yeah.  In terms of the nomenclature, yes, I do

5    understand what that means.  I am in no way, form or

6    fashion a subject matter expert in the police

7    department's or the City's ADA rules.

8        I know that the police department, that's where

9    *34:06 rub sometimes occurs, where the police department

10   views itself as an independent entity.  But in some of

11   the HR-related matters, and I may agree with them, DHR

12   feels that they should take the lead in how those issues

13   or matters for reasons of uniformity are adjudicated.

14   Q.   When you served as the interim HR director, or

15   even in your role as the director of finance, did you

16   ever have to deal with the implementation of the City's

17   ADA policy?

18   A.   I did not.

19   Q.   Did you ever receive training --

20   A.   Oh, I'm sorry --

21   Q.   All right.  Go ahead.  You wanted to clarify?

22   A.   No, and that's why I discussed earlier about

23   sometimes they're destroying the process, because the

24   ADA policy for the City is very broad -- excuse me --

25   where it could be an issue of a reasonable

28

1   accommodation.  Someone may want a different chair

2   because they have a lumbar issue, or someone may want

3   those, I don't know the proper term, the articulated

4   desk where people stand up and do everything.

5           Sometimes stuff would disappear because someone

6   would have called DHR directly.  Obviously, again, our

7   preference would be that someone go through their chain

8   of command just so that someone doesn't show up with a

9   like new chair on a -- but that would routinely happen.

10      Q.   When you say DHR, can you --

11      A.   I'm sorry.  Department of Human Resources.

12      Q.   And is that a department that is citywide, like

13  we talked about a little bit earlier, as opposed to

14  specific to the Chicago Police Department?

15      A.   That is correct.  So there are -- each

16  department within the City should run their hiring,

17  terminations, leave of absences, injuries, any type of

18  personnel matters or issues should run from the

19  department through DHR.

20      Q.   Did you receive training on the City's ADA

21  policy?

22      A.   When the ADA came out, I was working in the

23  Village of Hoffman Estates Department.  That would have

24  been in the late 1980s, so I don't recall receiving --

25  I'm sure there may have been some type of updates or

29

 1    notifications about employee requests, but I don't

 2    recall ever receiving any specific ADA training from the

 3    City -- from the police department.

 4        Q.    And I don't want to misconstrue your testimony.

 5    During the time that you were interim HR director and

 6    finance director, you weren't in a situation where you

 7    had to apply the ADA policy?

 8        A.    Say that last piece again.  I'm sorry.

 9        Q.    Were you ever in a situation as interim HR

10    director or as the finance director to implement the ADA

11    policy in some way?

12             MR. SANTELL:  Objection to form and calls for

13    speculation.

14             You can answer.

15             THE WITNESS:  Not that I recall having directly

16    received a request.  Again, as I just mentioned with

17    some of the ADA stuff, if it is -- and I don't want to

18    call the issue minor, but if someone needed a seating

19    accommodation or a desk accommodation, they might deal

20    directly with DHR, and then miraculously, a chair or

21    specialized desk would appear.

22             So things of that nature, I never would have

23    been involved in, but nor did I receive any direct

24    request from someone saying I need one.

25    BY MS. ABRAHAM:

Jonathan Lewis Johnson - November 30, 2023

30

1      Q.   Who determines -- to your understanding, who
2  determines whether to apply the ADA policy when an
3  officer requests a disability accommodation?
4      MR. SANTELL:  Objection to form.
5      You can answer.
6      THE WITNESS:  I hate to start it this way, but
7  especially if it's a medical related issue for a police
8  officer, if that's what you're speaking to directly,
9  they would have to go directly through the medical
10  section to obviously make that known that they're having
11  an issue.
12      Again, that's in form and function, that being
13  who they're working with directly, for their injury that
14  they would probably start with them or their unit of
15  assignment.
16      Q.   What's your understanding of what the process is
17  that an officer has to go through if they want to
18  request an accommodation for a disability?
19      MR. SANTELL:  Objection to form and speculation.
20      You can answer.
21      THE WITNESS:  I'm not totally for sure.  I would
22  be speculating.
23  BY MS. ABRAHAM:
24      Q.   Is there any kind of policy or written memo
25  that you're aware of that would outline or dictate the

Jonathan Lewis Johnson - November 30, 2023

31

1    process for an officer who wants to make a request for

2    an accommodation for a disability?

3        A.   The police department has a document that's

4    called General Orders.  There are probably more pages of

5    General Orders than there are pages in the Bible.  So

6    I'm sure there probably is something outlining ABA

7    requests within the general order.  Unfortunately, that

8    document is so voluminous, I can't quote verse or chapter.

9        Q.   Okay.  I'm going to show you some documents by

10   sharing my screen.

11       A.   Okay.

12       Q.   Okay.  So the first thing, we're going to mark

13   this first one as Exhibit 1.

14            (Exhibit No. 1 was marked for identification.)

15   BY MS. ABRAHAM:

16       Q.   And I'm also going to drop the documents

17   into the chat box.  You don't necessarily have to worry

18   about that.  That's more for the court reporter and for

19   the attorneys.

20       A.   Okay.  I'm going to blow my nose, one second.

21   I'm going to turn off my volume so I don't bust your

22   eardrums.  Sorry.

23       Q.   It's okay.  Can you see my screen?

24       A.   Yes.

25       Q.   Okay.  And for the record, this is Arroyo 45 --

Jonathan Lewis Johnson - November 30, 2023

32

1    Arroyo-4595 to 4753, and this is a voluminous document.

2    I'm just going to make sure I show you all the pages I

3    have here, and then we'll take you straight to the page

4    that I have to ask you about.  Do you recognize this

5    document?

6        A.    That would be the agreement between the FOP,

7    also known as the Fraternal Order of Police and the City

8    of Chicago, which is essentially the police contract.

9        Q.    I'm taking your attention to Section 18 of this

10   document here.  Do you see that?  And we're on --

11       A.    Disability income?

12       Q.    Yes, disability income.  Do you see that there

13   on the screen?

14       A.    Yes, I do.

15       Q.    Does this section discuss leaves of absence for

16   officers who are injured or have an illness?

17            MR. SUHL:  Objection.

18            MR. SANTELL:  Objection to form, calls for

19   speculation, calls for a legal conclusion.

20            Go ahead, you can answer.

21            THE WITNESS:  I don't know.  I'm familiar with

22   the IOD portion because my office would do what's

23   called -- I'm sorry.  When I said IOD, I meant injury on

24   duty.  My office would do the injury on duty letters for

25   police officers.  When an officer is injured on duty,

Jonathan Lewis Johnson - November 30, 2023

33

1   that time is considered tax-free compensation.  So we

2   would draft a letter saying John Johnson was injured in

3   the line of duty.  X number of days, months during the

4   time period of, let's say, the year of 2023, so that

5   compensation would be tax-free.

6          But if it really wasn't directly dealing with

7   monetary compensation, I'm not familiar with -- from

8   what I see here, this just talks about limited duty and

9   non-IOD -- and non-IOD.  So this doesn't discuss nothing

10  or anything that relates to disability in terms of as

11  we're discussing here today.

12  BY MS. ABRAHAM:

13         Q.  You mean in terms of the process of

14  requesting a disability accommodation?

15     A.   Correct.

16     Q.   But this section does deal with disability

17  income, right?

18     A.   Well, it says disability income, but being a

19  citywide discussion, my own opinion, I differentiate

20  disability from injured on duty because, to me, injured

21  on duty is mostly with the assumption that you're going

22  to return to work.

23         Now, the issue is if you're unable to return to

24  work, you're then placed on disability.  So I see it as

25  somewhat different two things.

34

1    Q.   This section, 18.1, deals with IOD, right?
2    That's injury on duty?
3    A.   That is correct.
4    Q.   And then the next section, Section 18.2 -- so
5    under the same article, it talks about non-IOD, right?
6    A.   Yes.
7    Q.   And that deals with injury or illness that is
8    not considered related to work, correct?
9    A.   That's correct.
10   Q.   Then the following -- the next section, Section
11   18.3, talks about limited duty IOD.  Do you see that?
12   A.   Yes.
13   Q.   And that one says that officers who are
14   certified by the medical services section as being able
15   to perform limited duty assignments shall be given
16   limited duty assignments until they can perform regular
17   duty assignments or until they are mandatorily retired,
18   whichever occurs first, correct?
19   A.   Correct.
20   Q.   Does this only apply where the police officer
21   was determined by the medical section to have been
22   injured on duty?
23        MR. SANTELL:  Objection to form, calls for
24   speculation, and also calls for a legal conclusion.
25        Go ahead.  You can answer if you can.

1       THE WITNESS:  Okay.  There were some officers in

2   my office who were non-IOD.  So you did have some

3   limited duty officers that were -- I'm sorry.  You did

4   have some officers assigned to civilian units that were

5   based on an IOD injury.  So the issue is they may be --

6   they're still out, but they can perform some function or

7   a non-IOD -- they're able to do something, but they

8   wanted to bring them back to work and take them off of

9   disability if they were on disability.

10  BY MS. ABRAHAM:

11      Q.   So there were folks in your --

12      A.   It --

13      Q.   Sorry, go ahead.

14      A.   It became a little bit more broad.  I'm sorry.

15      Q.   That's okay.  So just so I clearly understand,

16  there were people in your department, officers who were

17  not IOD, but they were there because they were on

18  limited duty?

19      A.   That is correct.

20      Q.   Okay.  And then just looking here in this

21  Section 18.1, and specifically here, this last sentence

22  of the first paragraph, it says, "Such certification

23  shall not unreasonably be withheld by the medical

24  services section", there, do you see that?

25      A.   This is the last sentence?

36

1      Q.    Right, of the first paragraph.  So I'll

2  highlight that -- where I'm looking.  Right?

3      A.    Okay.

4      Q.    So the medical services section is expected to

5  provide the certification where it's reasonable,

6  correct?

7            MR. SANTELL:  Objection, calls for speculation.

8            You can answer if you can.

9            THE WITNESS:  If I read this and if my

10  recollection is correct, obviously the determination if

11  someone is injured on duty or not is determined by the

12  medical services section.

13     Q.    And that department is head by the HR director,

14  correct?

15     A.    That is correct.

16     Q.    And does that certification from the medical

17  services section determine the rights that the police

18  officer will have according to the collective bargaining

19  agreement we're looking at here?

20           MR. SANTELL:  Objection, calls for speculation,

21  also calls for a conclusion.

22           You can answer if you can.

23           THE WITNESS:  Can you repeat the question again.

24           MS. ABRAHAM:  Eva, can you just repeat my last

25  question, please?

Jonathan Lewis Johnson - November 30, 2023

37

 1          (Playback done.)

 2   BY MS. ABRAHAM:

 3      Q.   Did you understand the question?

 4      A.   Yes, but in terms of determining the rights of

 5   the collective bargain agreement is not necessarily the

 6   function of the medical section.  The rights of the

 7   collective bargain agreement would be done by labor

 8   relations.

 9      Q.   I think my question --

10      A.   (Indiscernible) labor relations in terms of what

11   is the best processing of the contract.  But, clearly,

12   determining whether someone is IOD or not is clearly

13   based on were they at work at the time that the injury

14   happened?  You know, did they fall off a ladder at home

15   and then come to work and say that they did it?

16          But, clearly, the medical section is probably a

17   little more cut and dry than -- I know there's --

18   everything regarding the police department is determined

19   by the contract, and if the contract doesn't cover it,

20   it is then covered by the General Orders that would

21   apply.  So there would be consulting of both in

22   determining how the rules are administered.

23      Q.   If an officer doesn't have the certification

24   from the medical services section, though, they're not

25   entitled to the same status that an officer who did

Jonathan Lewis Johnson - November 30, 2023

38

1    receive certification through the medical services

2    section would have received, is that correct?

3           MR. SANTELL:  Objection, calls for speculation

4    and also calls for a conclusion.

5           You can answer if you can.

6           THE WITNESS:  Again, the assumption would be the

7    medical section makes the determination if the

8    individual is IOD or not.

9           Now, there is a -- it used to be, I don't know

10   if that's still the rule, there would be some issues

11   that would have to go to the City's Committee on

12   Finance, but that, for the most part, would be payment

13   of medical bills or services to officers, whether they

14   are IOD or whether they are injured on duty.  If they're

15   not, obviously, the Committee on Finance would have to

16   (indiscernible).

17   BY MS. ABRAHAM:

18       Q.   Okay.  But if an officer does not have

19   certification from the medical services section that

20   their injury was IOD, then a different provision of this

21   Article 18 would apply to them, correct?

22       A.   I don't know if there's a difference --

23           MR. SANTELL:  Objection.

24           THE WITNESS:  I'm sorry.

25           MR. SANTELL:  Objection.  Again, calls for

Jonathan Lewis Johnson - November 30, 2023

39

1    speculation and interpretation of the contract, calls
2    for a conclusion.
3         You can answer if you can.
4         THE WITNESS:  I don't know if there's a
5    different subsection or side letter or whatever is
6    governing -- there is a section there, a non-IOD, 12
7    months in any 24-month period shall receive full pay and
8    benefits for the period of absence.
9         Essentially, non-IOD is, in layman's terms,
10   basically, they're on the medical status and they have
11   365 days within a two-year period that they can use for
12   non-IOD.
13   BY MS. ABRAHAM:
14      Q.   And that's different than if they were to have
15   gotten certification that they were injured on duty,
16   correct?
17      A.   Yes.
18      Q.   They'd have a different amount of time, they
19   would have different rights, correct?
20      A.   If someone is IOD, they get 365 days for that
21   specific injury.  But someone that's non-IOD gets 365
22   days over a two-year period that they can use for that
23   injury.  And, obviously, IOD compensation is considered
24   tax-free, whereas non-IOD compensation is not tax-free.
25      Q.   Section 18.2 here under non-IOD says, "Any

Jonathan Lewis Johnson - November 30, 2023

40

1    officer absent from work on account of non-IOD injury or

2    illness for any period of time not exceeding 12 months

3    in any 24 consecutive month period shall receive full

4    pay and benefits for the period of absence provided such

5    injury or illness is certified by the medical services

6    section.  Such certification shall not be unreasonably

7    withheld."  Correct?

8        A.   Yes, that's what it says.

9        Q.   Okay.  And then on this subsequent section, it

10   says, "Limited duty IOD", correct?  That's --

11       A.   Yes.

12       Q.   And this does not seem to apply to people who

13   are non-IOD -- at least that's not what -- according to

14   what it says, correct?

15           MR. SANTELL:  Objection, calls for

16   interpretation of the contract, calls for legal

17   conclusion, calls for speculation.

18           You can answer if you can.

19           MS. ABRAHAM:  Okay.  I'm just going to state my

20   concerns with your objections as potentially coaching

21   the witness.  You're really just supposed to object to

22   form and not do these speaking objections.  They take up

23   a lot of time.  By the time you're done with them, the

24   witness has forgotten the question and it's really

25   interfering with our back and forth questioning and

Jonathan Lewis Johnson - November 30, 2023

41

1    answers.

2           So I'm going to make my concerns known for the

3    record here because this is repeated throughout all the

4    depositions we conduct with the City, and it's

5    completely inappropriate.

6    BY MS. ABRAHAM:

7       Q.   Go ahead, Mr. Johnson.  Can you answer the

8    question?  Is it -- is this Section 18.3 applied to

9    non-IOD officers?

10          MR. SANTELL:  Repeat the objection.

11          You can answer if you can.

12          THE WITNESS:  I think that there has been some

13   expansion in the contractual language.  Going by what

14   this says, this says limited duty is for injured on duty

15   or IOD officers, where obviously an officer that's

16   injured in the line of doing their functions is unable

17   to return to work, then they're giving them

18   administrative tasks to do.

19          I think beyond the -- you can never do less than

20   what the contract required.  I think the Department has

21   expanded it where I -- there was a goal to try to bring

22   officers back from different types of disability.  And

23   the issue is so that instead of them being off work,

24   they would be at work providing the City some function.

25          So obviously, for example, as I mentioned

42

 1  earlier, you did have some limited duty and non limited

 2  duty officers doing limited assignments it's stated

 3  here.

 4  BY MS. ABRAHAM:

 5      Q.   Is there a limit in terms of the length of time

 6  that an officer with non-IOD can serve in limited duty

 7  status?

 8      A.   Yes, there is, but I would say, don't completely

 9  quote me on it.  I believe it's either 665 or 760 days.

10  But there is kind of a time limit on when non-IOD folks

11  can be in a limited duty status.

12      Q.   And what document or contract reflects that time

13  limitation?

14      A.   I don't know.  I would assume that that's

15  something that's codified again within the General

16  Orders.  Because, again, as a section would be notified,

17  John Johnson's on day 600, so he's coming to an end in

18  60 days.  So we would know that, hey, you're going to

19  have to do something or you're going to have to go back

20  on disability if you want to stay here.

21      Q.   And if an officer is on limited duty because

22  they were injured on duty in the med services section

23  determined that their injury was caused or related to

24  work, is there a limitation to how long they can be in

25  limited duty status?

Jonathan Lewis Johnson - November 30, 2023

43

1      A.   I believe there is not a time limit for someone
2  that is IOD if they're able to perform a function.
3      Q.   Would you agree that an officer has more options
4  or protections when their injury is certified as IOD?
5           MR. SANTELL:  Objection to form.
6           THE WITNESS:  More options in terms of, as I
7  stated earlier, IOD is considered tax-exempt money.
8  Obviously, all medical bills and services are paid by
9  the City for the individual versus if you're non-IOD,
10 outside of your health insurance, you're responsible for
11 paying for those.  To me, that would be two examples of
12 differentiation of benefits from IOD versus non-IOD.
13 BY MS. ABRAHAM:
14     Q.   Also, would you consider that limited duty IOD
15 officer not having any kind of time limitation on how
16 long they can serve as limited duty, in a limited duty
17 role, that that's also another added benefit that a
18 non-IOD officer would not get?
19          MR. SANTELL:  Objection to the form.
20          You can answer.
21          THE WITNESS:  Okay.  Yes.  And if an officer is,
22 let's say, for example, on IOD -- and I hate to sound
23 like an encyclopedia, so forgive me.  An IOD person, if
24 they go on disability, I believe their compensation is
25 at 65 percent.

Jonathan Lewis Johnson - November 30, 2023

44

1      If a non duty person has to go on disability,

2   their compensation is at 50 percent.  So, clearly,

3   that's another differentiation of what you receive from

4   when you're IOD versus non-IOD.

5   BY MS. ABRAHAM:

6      Q.   Looking at Section 18.4, it says "Recognized

7   Openings".  Do you see that?

8      A.   Yes.

9      Q.   What's a recognized opening?

10      MR. SANTELL:  Objection to form.

11      THE WITNESS:  Recognized opening would be a

12   vacancy for a need for a position within a department.

13   I shouldn't say department -- within a unit.

14      So, for example, finance division needs a clerk

15   to do or to help assist in processing travel, that would

16   be identified to the medical section.  And then if there

17   is an appropriate person that's available to us, they

18   would be interviewed and essentially brought in to

19   finish those responsibilities.

20   BY MS. ABRAHAM:

21      Q.   Here it says, "Any officer who is certified by

22   the medical services section as being able to perform a

23   limited duty assignment may be placed by the employer in

24   a recognized opening as defined in Section 23.9,

25   notwithstanding anything in Section 23.9 to the

Jonathan Lewis Johnson - November 30, 2023

45

 1    contrary."  Do you see that?

 2       A.   Yes.

 3       Q.   What is your understanding of what this section

 4    means?

 5       A.   Well --

 6            MR. SANTELL:  Objection to form.

 7            THE WITNESS:  -- Section 23.9 means.  I'd have

 8    to see that section again.  Is that the beginning of

 9    this group?

10    BY MS. ABRAHAM:

11       Q.   It comes later.  I'll get to that one later.  Do

12    you have an understanding, though, as far as what this

13    Section 18.4 means?

14            MR. SANTELL:  Renew the objection to form.

15            You can answer if you can.

16            THE WITNESS:  In my opinion, it's just simply

17    saying the medical services section can place a limited

18    duty or place an officer in a limited duty assignment

19    that's been recognized by the department.

20    BY MS. ABRAHAM:

21       Q.   Does this section distinguish between officers

22    who are IOD versus non-IOD?

23            MR. SANTELL:  Objection to form.

24            You can answer if you can.

25            THE WITNESS:  This says limited duty assignment.

46

1    Again, without having knowledge whether any side letters

2    or other agreements, obviously the contract speaks

3    specifically, limited duty being IOD, but obviously the

4    time that has grown to also include limited duty

5    officers.  I'm sorry -- not limited duty, but non-IOD

6    officers.

7    BY MS. ABRAHAM:

8        Q.    And then Section 18.5 says, "Certification that

9    an officer has been injured in the line of duty shall

10   not be unreasonably withheld."  Do you see that?

11       A.    I do.

12       Q.    During your time as the HR director, did you

13   ever have to ensure or take any steps -- strike that.

14             During your time as HR director, did you ever

15   have to respond to concerns raised that certification by

16   the medical services section was unreasonably withheld?

17       A.    Not that I recall.  The only discussion that I

18   can remember being an issue of the application of

19   someone's furlough or vacation benefits while they were

20   on IOD.  But I don't recall directly being involved in

21   whether someone should or should not be, because that's

22   something that for the most part would be probably

23   between the medical section and the individual or the

24   medical section and the individual's primary care

25   physician.

47

1    Q.   Are there any -- was there any manuals, memos,

2  or written documentation that allowed or that provided

3  standards for the medical services section to follow in

4  order to make these determinations whether to provide

5  certification or not?

6    A.   I am sure that there probably is verbiage within

7  the General Orders that usually expound beyond what the

8  contract says.  I can't quote verse and chapter for you,

9  though.

10   Q.   Do you recall what those standards would have

11 been?

12   A.   I do not.

13   Q.   To your knowledge, does the HR director have to

14 affirm or review denials of certification?

15   A.   Just as point of clarification, I was the acting

16 Director of Human Resources.  But during my tenure, I

17 don't recall having reviewed any during that timeframe.

18   Q.   Does the HR director have any say in whether

19 certification will be provided to an officer?

20   A.   Again, I think this determination for whether

21 someone is injured on duty or not is determined by the

22 medical section.  So that on a day-to-day or regular

23 basis, that's something that I think any HR director

24 would not be involved with, nor would have the

25 expertise, if you're talking injured (indiscernible).

Jonathan Lewis Johnson - November 30, 2023

48

1    Q.   But the HR director oversees the medical
2  services section, correct?
3    A.   He does oversee that group, but obviously,
4  recalling my knowledge of folks who have been the HR
5  director, none of them had any medical expertise.
6    Q.   Well, leaving aside the practicality of having a
7  non-medical expert oversee the medical services section,
8  my question is more, does the HR director have the
9  authority, as the person overseeing the medical services
10 section, to have a say in whether or not an officer gets
11 certification or not?
12         MR. SANTELL:  Objection to form.
13         You can answer if you can.
14         THE WITNESS:  I can only say that during my time
15 period of being the acting director that I never was
16 involved in that and I do not recall there being
17 discussions about my immediate predecessor being
18 involved in that as well.
19 BY MS. ABRAHAM:
20   Q.   Who does the HR director report to?
21   A.   The HR director -- the title has changed over
22 the years.  I believe now it's back to being the Bureau
23 of Administrative Services.  It would be the chief of
24 that group.
25   Q.   The chief of what?  I'm sorry.  I didn't --

49

1    A.    Bureau of Administrative Services.   That

2    nomenclature has changed as there have been

3    reorganizations over the years in the department.

4    Q.    Is there anyone else that you're aware of that

5    might participate in the decision of whether to certify

6    an officer's injury as IOD?

7    A.    Again, that would be the doctor that's assigned

8    to the medical section.   There's also another title or

9    position, medical services director or something to that

10   extent.   And the admin persons underneath them would be

11   the ones directly involved in yes, this was an IOD; no,

12   this was not an IOD.

13   Q.    Who does the medical services director report

14   to?

15   A.    Well, they're probably still fighting about

16   that.   They should in some ways report to a doctor.

17   Historically, the medical services director has been a

18   civilian.   I don't know if that is the case now, because

19   sometimes they fill that position with a sworn.   But

20   clearly those two, in function, should work together on

21   determination of someone's status.

22   Q.    Who does the medical services director report

23   to?   Like, who's their supervisor?

24   A.    Eventually, I guess, it would be the director of

25   human resources.   But again, it's an interesting

50

1  relationship -- the medical section director plus the

2  doctor.  The doctor position, as I understand, has

3  taken -- and when I was there too -- has taken on a more

4  involved role of day-to-day functions within the medical

5  services section.

6      Q.   Is the determination of whether the medical

7  services section is going to provide certification for

8  an officer's injury, is that up to their discretion?

9      A.   When you say discretion, I'm assuming you mean

10 like what type of injury occurred or where the injury

11 occurred.  I think that pretty much would be their

12 discretion of was this an injury related to your daily

13 functions as a police officer during your assigned time

14 of duty?  So I think that determination is what the

15 medical services section.

16      Obviously some issues are more cut and dry.

17 Someone was trying to subdue or arrest someone.  They

18 battled with them, they fell to the ground, they were

19 hurt.  That's probably cut and dry.

20      Someone comes to work with a mysterious ankle

21 injury and says they stepped off a curb while they were

22 performing their duty.  That's subjective to see did it

23 happen?  When did it happen?  Did it happen the night

24 before when they were playing basketball?  So that's

25 probably some of the subjectivity that comes into that

Jonathan Lewis Johnson - November 30, 2023

51

1   decision.

2       Q.   How do you understand this term "unreasonably

3   withheld"?  What do you understand that to mean?

4            MR. SANTELL:  Objection to form.

5            You can answer if you can.

6            THE WITNESS:  Yeah, I've never really dealt with

7   this section before -- unreasonably withheld.  I would

8   be speculating on something that I probably really don't

9   know or haven't dealt with.

10  BY MS. ABRAHAM:

11      Q.   If an officer is able to show that their injury

12  stemmed from a previous injury on duty, are they

13  entitled to certification that they've been injured in

14  the line of duty in accordance with this section?

15           MR. SANTELL:  Objection to form.

16           You can answer if you can.

17           THE WITNESS:  Again, I think a determination

18  needs to be, is it a reoccurring injury?  Because

19  obviously you can have IODs for different types of

20  injuries.  I hurt my back tussling with an arrestee, or

21  I was shot in the arm during another incident.  So one

22  is a back issue, one is an arm issue.  Both would be

23  different types of IOD.

24           If the IOD reoccurred, then there would probably

25  have to be a determination of is this, in fact, a

52

1    recurrence or is this something else?

2    BY MS. ABRAHAM:

3        Q.   Is there, to your knowledge, a limit to the

4    certification, the number of certifications that the

5    medical service section can provide in a year?

6        A.   I'm not aware of there being any limits.

7        Q.   Okay.  And then taking your attention to -- I

8    think we're on page 38 of this document, Section 23.8.

9    Do you see this section that says "Filling recognized

10   vacancies"?

11       A.   Yes, I do.

12       Q.   Are you familiar with this section?

13       A.   I don't know it by verse and chapter, but I

14   have, I'm sure, reviewed it at one time or another.

15       Q.   And, you know, because this isn't a pop quiz,

16   feel free to review it to yourself and tell me if you

17   want me to scroll down the page before I start asking

18   you questions on this section.  I think it goes into the

19   next page a little bit too.  So go ahead and take a

20   moment to review it and let me know if you need me to

21   scroll down.

22       A.   On that "The Employer shall" at the bottom

23   there.  Can you slide it over to -- there you go.  Thank

24   you.

25   All right.

53

1      Q.    What does this section pertain to?

2      A.    It's pertaining to the filling of vacancies

3  within the various departments within the -- I'm sorry.

4  I've been out of the police department a while --

5  various units within the police department.

6      Q.    Does this section --

7      A.    I'm sorry.  I was coughing when you were

8  talking.

9      Q.    No, it's okay.  I thought you were going to say

10  something else, so I stopped.  But does this section

11  allow an employer to fill 20 percent of the vacancies at

12  its discretion?

13      A.    Yes, in the -- I guess the second paragraph on

14  this one, employer require flexibility in the delivery

15  of public service.  If you meet this need, the employer

16  may fill 20 percent of the recognized vacancies within

17  its discretion, provided that the employer does not

18  utilize any and all of its 20 percent exception in any

19  personnel order.

20          But with the exception of that -- obviously,

21  there are exceptions like the aviation group, it's at 50

22  percent.

23      Q.    So and that means that -- am I correct in

24  understanding, but does this mean that of the vacancies

25  identified under this section, 20 percent can be filled

Jonathan Lewis Johnson - November 30, 2023

54

1   at the discretion of the employer?  In other words, that

2   they don't have to go through the bidding process?

3     A.   Yes.

4     Q.   Okay.  Does this section in any way prevent an

5   officer who may have limited duty status from going

6   through this bidding process?

7        MR. SANTELL:  Objection to form.

8        You can answer if you can.

9        THE WITNESS:  Yeah.  Unfortunately, I think this

10  is primarily written for vacancies throughout the

11  department because it doesn't address limited or non

12  duty officers.

13        Again, a lot of those limited duty assignments

14  are not really -- they're civilian in nature.  Now,

15  maybe there may be some persons working at the desk.

16        There is a section in here that discusses the

17  alternate response unit, where it says it doesn't

18  include that, but I do know there are police officers --

19  and that's non -- alternate response unit is basically

20  the non-emergency calls, that officers are used to man

21  some of the seats there as well.

22        Although I know there's been a push to

23  civilianize some of those seats, I don't know how

24  successful the City has been doing in that though.

25  BY MS. ABRAHAM:

Jonathan Lewis Johnson - November 30, 2023

1    Q.   Of the 20 percent that the employer can fill

2   within its discretion, is there anything in this section

3   that limits the employer from filling that 20 percent of

4   vacancies with an officer that's on limited duty?

5          MR. SANTELL:  Objection to form.

6          You can answer if you can.

7          THE WITNESS:  Yes, because again, I think this

8   addresses vacancies within units that are manned by

9   sworn officers.  So, clearly, if someone is a limited

10  duty officer, depending on the vacancy, they can't fill

11  it because they cannot effectuate an arrest.

12  BY MS. ABRAHAM:

13   Q.   Is it your understanding that an officer who is

14  in limited duty status is no longer a sworn officer?

15   A.   They are still a sworn officer because they

16  still receive their uniform allowance, duty

17  availability -- unless that has changed in the last four

18  years.

19          So, in terms of compensation rights, it's, you

20  know -- and again, there may be some exceptions because

21  let's say someone has been stripped, and when I say the

22  term stripped, it's that they've had their police powers

23  removed from them.  But then for a time period, they

24  used to -- let me codify that because things may have

25  changed.  If an officer was stripped of their duties,

56

1    they were accused of doing something, they might assign

2    them to alternate response or records.

3    BY MS. ABRAHAM:

4        Q.    This section here, though, doesn't specify that

5    the positions -- all of the recognized vacancies that

6    are identified here are necessarily for full duty

7    officers, correct?

8        A.    It doesn't say that.  But, for example, some of

9    these units, as you see, the various names are quote

10   unquote, what I would say sworn units, district law

11   enforcement -- those are all the police districts within

12   the City of Chicago.

13           And the other multitude of specialized units --

14   traffic, there's a traffic division officer; mounted

15   units, the people who are riding horses; marine units,

16   those are the folks who are on the boats and things like

17   that.

18           Now, gun registration, that may be civilianized

19   because all the records to hold guns or the records

20   inquiry section or field inquiry section, that's

21   somewhat of an administrative group.  So -- office of

22   emergency communications and 911 center.

23           And again, as I said, this says excludes

24   alternate response section.  But, in fact, there are

25   folks who had been assigned to alternate response.

Jonathan Lewis Johnson - November 30, 2023

57

1      But again, I see this mostly as sworn vacancies.

2  Especially you talk about the department -- not

3  Department of Aviation, the aviation group.  Those are

4  X-number of positions that they have available for bid.

5      Because, for example, there may be 200 positions

6  at the Department of the -- excuse me -- aviation unit,

7  but the department has determined, because the

8  Department of Aviation has their own security officers,

9  they don't need a full complement of 200 police officers

10  out there, so maybe they only open 20 of the 40

11  vacancies.

12    Q.   Let's use an example of the records inquiry

13  section.  I think you just mentioned that as part of

14  your answer.  Twenty percent of the recognized vacancies

15  for that department could be filled at the discretion of

16  the employer, correct?

17    A.   Correct.

18    Q.   And if a position, if a vacancy can be performed

19  by an officer who is in limited duty status, could then,

20  under this section, that position get assigned to them?

21      MR. SANTELL:  Objection to form.

22      THE WITNESS:  I'm sorry.

23      MR. SANTELL:  You can answer if you can.

24      THE WITNESS:  It would depend on the type of

25  vacancy because the record units are predominantly

58

1    civilianized groups.  And if they were to put a sworn

2    member in, depending on the type of position, the

3    department could face what's called an erosion reason,

4    meaning that you're eroding ASFCME's ability to fill

5    positions by putting sworn officers in there.

6              So there is somewhat of a balance that has to

7    occur that is this a job that could be performed by a

8    civilian?  Are you -- like, for example, if you go to a

9    district -- I'm sorry to change the example on you --

10   there may be some police officers doing data entry as we

11   could go to those districts and say, okay, you've got

12   ten officers at the 16th district doing data entry while

13   the department has over 30 vacant civilian positions.

14             You are rolling our ability of our members to

15   get jobs.  So there is a balance that does have to

16   occur.

17   Q.    Also in this section, it talks about how if

18   within 72 hours of the time that the vacancy has been

19   posted, there isn't anybody that applies or bids for the

20   position that the employer can use their discretion to

21   fill the position, is that correct?  Am I correct in

22   understanding that?

23             MR. SANTELL:  Objection to form.

24             You can answer if you can.

25             THE WITNESS:  A copy of such persons shall be

59

 1   given to the Lodge.  Non-probational officers within the

 2   D-1 salary grade or D-2 classification, within 72 hours

 3   of the time the bid has been posted, may bid on a

 4   recognized vacancy in writing on a form supplied by the

 5   employer.

 6          Again, when you're talking about D-1 and D-2, it

 7   is my opinion that you're talking about sworn positions.

 8   So this is non probationary police officers are police

 9   officers in their first, let's say, 18 months of

10   employment as a police officer, they spent six months in

11   the academy, then another year they're quote, unquote

12   probationary, unless that rule has changed, so they

13   couldn't apply.

14          But any other D-1 or D-2 -- and D-2 job

15   classification would mean that a job of a police

16   officer.  A D-2 would be a detective, or there is a list

17   of positions -- canine officers, bomb tech or whatever

18   it is, that would be classified as D-2, and those would

19   be non-IOD type jobs.

20      Q.   And here it says during the bidding and

21   selection process, the employer may temporarily fill a

22   recognized vacancy by assigning an officer to said

23   vacancy until the recognized vacancy is filled, correct?

24      A.   Yes, it does.

25      Q.   And that's done at the discretion of the

Jonathan Lewis Johnson - November 30, 2023

60

1    employer, correct?  They temporarily fill the vacancy?

2        A.    Yes.

3        Q.    Is it the employer's discretion then to fill a

4    vacancy with anyone they see fit?

5            MR. SANTELL:  Objection to form.

6            You can answer if you can.

7            THE WITNESS:  See fit may be a very broad term

8    because, again, as I explained a couple of times

9    earlier, in this -- and, again, what I'm talking about

10   is kind of outside of this process because it is of my

11   opinion that this process here is specifically for sworn

12   positions or sworn vacancies within the Department.

13           What I am discussing is like in finance

14   division, I need a travel clerk or I need someone to

15   work in the travel section.

16           So, to me, those type of things aren't covered

17   within here.  That's completely separate of this

18   process.  This is, to me, a specific, you know, like the

19   mobile strike force.  They've got 186 available

20   positions, but only have 136 filled.  They have 50

21   vacancies.  You need a police officer, unless there is

22   some defined administrative task in that group, they're

23   wanting full duty police officers in those spots.

24           And that's what, like, the next section talks

25   about filling units, duty assignments.  A duty

61

1   assignment, again, is something that a full duty officer
2   would be doing, not a limited duty officer.

3          Although, as a caveat, there might be a handful
4   of clerical positions within those units that might need
5   a timekeeper, might need a -- a whatever.  Again,
6   someone needs a timekeeper, they might come to me and
7   say, I need a timekeeper.  But unfortunately, my
8   response normally would be, I don't have any.  And so
9   then they would give it to a limited duty, but sometimes
10  they might give it to a full duty officer.

11      Q.   Let's say that the position we're dealing with
12  is a clerical position or an administrative position.

13      A.   Okay.

14      Q.   Under this section, 23.8 specifically, can an
15  employer, if they're using their discretion to fill one
16  of these vacancies, can the employer fill the position
17  with any officer they see fit, regardless of whether the
18  officer is in full duty status or limited duty status?

19          MR. SANTELL:  Objection to form.

20          You can answer if you can.

21          THE WITNESS:  Again, 23.8, to me, is covering
22  sworn positions, not the civilian-based positions.  It
23  might be quoted, but to me, I need X-number of bomb
24  officers.  I need people who can fill the bomb position.
25  So, to me, that's what this is.

Jonathan Lewis Johnson - November 30, 2023

62

1          Again, as it says, recognize the unique
2     operational needs of the employer.  The operational
3     needs.  This document is crafted for the Bureau of
4     Patrol, and so you're wanting to handle the patrol
5     function first.  Everything else is ancillary, and
6     that's why I would think an administrative vacancy in
7     finance would not be something that would be under
8     consideration for this.
9          Q.   Okay.  You did acknowledge earlier, though, that
10    some of the jobs contemplated under this section may be
11    clerical or administrative in nature, correct?
12         A.   I did.
13         Q.   Okay.  Such, for example, like the records
14    inquiry section, right?
15         A.   Correct.
16         Q.   Okay.  So, in cases like that, if there's a
17    vacancy under this section that can be filled at the
18    discretion of the employer, can the employer use their
19    discretion to fill the position with an officer who may
20    be on limited duty status?
21              MR. SANTELL:  Objection to form.
22              You can answer if you can.
23              THE WITNESS:  They could.  But as I mentioned
24    earlier too, there is kind of a balancing act that has
25    to be done, because is the position an Aspen position?

1   And will the Department essentially get in trouble by

2   filling an Aspen position with a limited duty or a full

3   duty officer?

4   BY MS. ABRAHAM:

5       Q.   Who would they get in trouble with?

6       A.   Aspen.  Because Aspen then would -- someone

7   might say, hey, they've got a police officer doing John

8   Johnson's old job, and then Aspen might come by and make

9   an assessment of what position are they filling or what

10  type of position?  And if that is a designated Aspen

11  position, then if it's a civilian job, they would say

12  that they need to post that position through DHR and

13  then be part of the hiring process.

14          The problem is the City's hiring process is very

15  cumbersome and it's extremely time consuming.  So it is

16  easier to place a sworn officer in a civilian position

17  than it is to go through posting and bidding and

18  interviewing and the monitoring process.  It's just a

19  lot simpler to say, grab Joe and have him do it.

20      Q.   Taking your attention to the next section,

21  Section 23.9, the section that says, "Filling unit duty

22  assignments".  Do you see that?

23      A.   Yes, I do.

24      Q.   Similar to the last section, go ahead and take a

25  moment to review it to yourself.  Tell me when you want

64

1   me to scroll before I start to ask you questions on this

2   one too.

3       A.   If I can take 10 seconds.  My TV has popped on.

4   Let me just turn it off.

5       Q.   Sure.

6       A.   I'm sorry.

7       Q.   It's okay.

8       A.   If you could scroll through the next page,

9   please.  You can continue to scroll down.  Okay.  I

10  reviewed it.

11      Q.   Okay.  What does this section pertain to?

12      A.   If you go back to the top for me, please.

13  Again, it goes over filling duty assignments, although,

14  because I believe this contract expired in 2017, like

15  the administrative desk duty assignments, district desk,

16  even lockup, the City went through a big effort to

17  civilianize a lot of these positions.

18          I recognize that they all may not be filled by

19  civilians, but the push was to get as many police

20  officers out on the street as possible.  So desk duty

21  assignments, district desk, lockup, those would be

22  assignments that there were big pushes to move police

23  officers out of these sets.

24          So this part of the contract in some cases may

25  be obsolete.  But, again, for the most part, they should

65

1    be referring to duty -- again, unit duty assignment,

2    being available for duty.

3            I know police officers receive their duty

4    availability pay, but they still -- especially if

5    they're limited duty -- they're not available to do a

6    duty assignment.

7    Q.   Are limited duty officers able to be assigned a

8    position under this section?

9            MR. SANTELL:  Objection to form.

10           You can answer if you can.

11           THE WITNESS:  Yeah.  Again, it's of my feeling

12   that -- because now the issue is for these assignments,

13   a warrant clerk, that is the civilian position.  Even

14   summary investigative detectives, there was a push to

15   hire -- and I can't remember the title, like retired

16   detectives or retired police officers to use some of

17   these, even review investigative detectives, to take a

18   lot of these positions out of the hands of sworn

19   officers and to have civilians who are retired police

20   officers to do a lot of these tasks.  So it doesn't

21   specifically -- it doesn't mention limited duty

22   officers.

23           Again, there may be someone that says, hey, I

24   got -- I don't want to pull someone off the street.  I

25   need someone on the desk.  Do you have any limited duty

66

1    officers?  Does that occur?  I'm sure it does.  I can't

2    point out anything off the top of my head.

3           But depending on the type of position, again,

4    you wouldn't want a limited duty person working in

5    lockup because, let's say they're working, they engage a

6    prisoner.  Now, if they fall down and get hurt, that

7    non-IOD injury becomes an IOD.  So there has to be that

8    kind of discretion if he's willing to go (indiscernible).

9    Q.   I'm looking specifically at this sentence here

10   that I'll highlight says, "The employer shall determine

11   at any time before said opening is filled whether or not

12   a recognized opening shall be filled.  If the employer

13   decides to fill a recognized opening, utilizing Section

14   18.4, the employer must provide the Lodge with the name

15   of the limited duty officer within ten days of filling

16   the recognized opening."  Do you see that?

17   A.   Yes, I do.

18   Q.   So this section contemplates also possibly

19   assigning an officer on limited duty to at least some of

20   the roles under this section, correct?

21           MR. SANTELL:  Objection to form.

22           You can answer if you can.

23           THE WITNESS:  Yes and no.  For example, OEMC

24   Office of Emergency Communication, utilized limited duty

25   officers as basically a security officer.  But the Union

67

1   filed a grievance because they're basically saying

2   you're taking positions away from the Union.

3          That's why there's a caveat in there that

4   mentions that they have to provide the Lodge with the

5   names because essentially they don't want those type of

6   positions taken away from full duty officers.

7          So there is a kind of yang and yang within the

8   Department that the Department may want to try to

9   utilize a limited duty officer and push a full duty

10  officer out on the street, but depending on the type of

11  assignment, there is a balancing act that has to occur

12  between the Union and the City in terms of should this

13  be a civilian function?

14         For example, these detective division jobs I

15  mentioned earlier, they had created a number of

16  positions to fill with retired police officers, again,

17  to push full duty detectives on the street.  There was a

18  fight with FOP and they had to remove the retired

19  officers from those spots.

20         So yes and no.  Could they do it?  Probably.

21  But if you do it, you're probably going to have the ire

22  of FOP on you.

23  BY MS. ABRAHAM:

24     Q.   Okay.  But this section does allow for the

25  assignment of one of these positions to be made to a

Jonathan Lewis Johnson - November 30, 2023

68

1    limited duty officer, correct?

2        A.    Well, it says they have to provide the Union

3    with -- or the Lodge with the name of the officer, but

4    I'm sure with the name of the officer is also what is

5    the position they're filling?

6            Because again, the Union wants to have as many

7    jobs as possible -- the Union being the FOP, Fraternal

8    Order of Police -- filled by its members and not by

9    limited duty officers.

10       Q.    Here I'm looking specific --

11       A.    In my opinion, the Union wants the civilian

12   position pushed to limited duty officers and not into

13   any positions within the Department.

14       Q.    So specifically here I'm looking at, it says "If

15   the employer decides to fill a recognized opening

16   utilizing Section 18.4," that sort of indicates that

17   it's the employer that gets to decide that, correct?

18   Whether to go through Section 18.4 and apply, offer the

19   position to a limited duty officer, correct?

20           MR. SANTELL:  Objection to form.

21           You can answer if you can.

22           THE WITNESS:  It does say that, but it also

23   affords to the employer must provide the Lodge with the

24   name of the limited duty officer within ten days of

25   filling the recognized vacancy.

69

1       So it says that the employer can, but there's a

2  process by where they have to get the blessing, shall we

3  say, of the Union.

4  BY MS. ABRAHAM:

5     Q.    And then it says, "If and when the employer

6  determines to fill a recognized opening other than

7  utilizing Section 18.4, this section shall apply."  So

8  does that indicate that if the employer can determine

9  whether to assign the position to a limited duty

10 officer, and if they don't, then they have to follow the

11 procedure under this section?

12       MR. SANTELL:  Objection to form.

13       You can answer if you can.

14       THE WITNESS:  I'd have to see 18.4 again.  I'm

15 sorry.  I don't recall all of it.

16 BY MS. ABRAHAM:

17    Q.    I'll go back to 18.4.  It's on page 26 of this

18 document and it was recognized openings, any officer who

19 is certified by medical services section as being able

20 to perform a limited duty assignment may be placed by

21 the employer in a recognized opening as defined in

22 Section 23.9, notwithstanding anything in Section 23.9

23 to the contrary.

24    A.    Okay.  This is what I asked before, whether

25 (indiscernible).

1         Yeah, but again, there's a balancing act that

2    kind of has to go on.  But again, also, too, you have to

3    remember this contract that we're looking at expired in

4    2017.  So the question would be, in the subsequent

5    contract, was this language changed?  Is this -- are we

6    looking at what was transpiring between 2017 and when

7    the contract was ratified with the last one?  How has

8    that changed.

9         Q.   I'll represent to you that this section has not

10   changed.  Okay.  And I just want to ask you about your

11   understanding of how this section applies.  So I don't

12   want you to worry too much about the expiration date of

13   the CBA here.

14        This section talks about the employer looking at

15   training, education, experience, skills, ability,

16   demeanor, and performance, correct?

17        A.   I'm sorry.  Where is that section in here?  I'm

18   sorry, which one?  Because, again, maybe on a recognized

19   opening in light -- I'm sorry, wrong line.

20        Officers within the same year or within the same

21   D-1, D-2, D-2(a) job classification, those are all jobs

22   of a sworn, full duty police officer, not necessarily of

23   a job that can be filled by a limited duty or IOD or

24   non-IOD officer.

25        Because a job that's being able to be done by

Jonathan Lewis Johnson - November 30, 2023

71

1    any of these persons has to be able to effectuate an

2    arrest, and you don't want a limited duty officer trying

3    to effectuate and arrest.  I'm sorry to get this deep in

4    the weeds.

5        Q.    So I just want to make sure I'm clear for the

6    record, because earlier I'd asked you this question as

7    well.  An officer who is on IOD or an officer who is

8    limited duty is still a sworn officer, correct?

9        A.    Yes, it is an oxymoron.

10       Q.    And this section does not make a distinction

11   between limited duty and full duty officers, correct?

12       A.    Depending on how you read it.  Because it says

13   non probationary officers jump down to D-1, D-2 or

14   D-2(a).

15       Q.    Is an officer on limited duty on probation?

16       A.    No.  Again, a probationary police officer will

17   be they're hired until month 18.  But if you're looking

18   for someone to do the job of a police officer, someone

19   to do the job of a detective, someone to do the job of a

20   canine officer, you're generally not going to use a

21   limited duty officer to do that unless there may be an

22   administrative job in one of the groups.  But I would

23   say that those jobs are probably, you know, a handful.

24       Q.    When there are no qualified bidders, the

25   employer's decision -- the employer can use their

72

1    decision -- their discretion, excuse me -- to fill the

2    position, correct?

3        A.   (Indiscernible) but that sounds correct.

4        Q.   Is an assignment as a district watch secretary

5    also something that's filled at the discretion of the

6    employer?

7        A.   Yes, it could be.

8        Q.   And the employer being able to use their

9    discretion to fill a vacancy, that's different from the

10   employer having to follow the bidding process to fill an

11   assignment, correct?

12       A.   Yes.  If there's a bidding assignment, you would

13   post the number of vacancies.  There may be a decision

14   within the Department to say, I know you have 50

15   vacancies.  We'll only allow you to fill 10 because we

16   need more people here.

17       Q.   If there's -- if the bidding process is

18   followed, then the most eligible applicant should be

19   selected for the assignment, correct?

20           MR. SANTELL:  Objection to form.

21           You can answer if you can.

22           THE WITNESS:  I would say in theory, yes.

23   BY MS. ABRAHAM:

24       Q.   And if it's a discretionary selection, then it

25   could be anyone that the employer selects for the

73

1   position, correct?

2       A.   Discretionary is usually at the discretion of

3   the commanding officer.  Now, what discretion is used,

4   that may vary from person to person.

5       Q.   Okay.  I'm going to take you to page 79 of this

6   document.  This is Appendix N.  I'll just scroll through

7   these pages here.  Is this the process -- does this

8   section, this appendix here, describe the process of the

9   medical service section certifying an injury on duty?

10      A.   Yes.  An officer claiming of occurrence of an

11  injury on duty will have his or her client evaluated by

12  a physician from the medical services section.  That's

13  the top of paragraph two.

14      Q.   I'm sorry.  Are you looking here?

15      A.   Yes.

16      Q.   Okay.  But this -- generally speaking, this

17  document talks about the procedure for certifying an

18  injury on duty or a recurrence of injury claim, correct?

19      A.   Procedures for injury on duty and return.

20      Q.   And I'm so sorry.  I don't think I understood

21  your answer.  It was a little muffled.

22      A.   No, I was just reading the heading of what the

23  Appendix N stands for.  Procedures for injury on duty

24  and return.  Are you ready for me to respond on

25  something else?

Jonathan Lewis Johnson - November 30, 2023

74

1    Q.   One moment.  Does the medical services section

2   place police officers into recognized openings if

3   they're assigned limited duty status?

4        MR. SANTELL:  Objection to form.

5        You can answer if you can.

6        THE WITNESS:  Again, my experience would be in

7   terms of civilian-type positions, but, for example, I've

8   known of cases, hey, I've got an officer who has cancer.

9   Can I put her on the desk or put him on the desk?

10  Things of that nature.  So that may be an important --

11  do you have someplace where I could put them, and

12  whether that's a limited duty or full duty person.

13       MS. ABRAHAM:  Before I jump into the next

14  document, I just want to take a quick five-minute break.

15  Can we return at 11:35?  We'll do six minutes just to

16  make it even.  Is that okay with everyone?

17       MR. SANTELL:  That works with me.

18       MS. ABRAHAM:  Okay, thank you.

19       THE COURT REPORTER:  Off the record, 11:29.

20       (Recess.)

21       THE COURT REPORTER:  Back on the record, 11:36.

22  BY MS. ABRAHAM:

23   Q.   Mr. Johnson, is an assignment as a review

24  officer, is that a discretionary -- is that a job that

25  can be filled but at the discretion of the employer?

Jonathan Lewis Johnson - November 30, 2023

75

1    A.   I don't know off the top of my head.

2    Q.   How about the position, like an assignment as a

3  district -- at the district desk?  Is that a

4  discretionary?  Is that a position that can be filled at

5  the discretion of the employer?

6    A.   It could be.  Again, and even during the time of

7  this contract, the City, starting in 2013 when I went

8  there, the City aggressively began looking at what

9  positions are being done by officers that should be done

10  by civilians.

11      And so even a number of, say, my office lost a

12  number of officers because they didn't deem some of

13  those positions as this whole non doc discretionary

14  rule, and took maybe limited duty officers from there,

15  because officers that were full duty working in the

16  districts were moved out to the street.

17      And there -- so I came in February.  Within the

18  second week I was there, there was a big push to try to

19  get as many officers as possible out on the street.

20    Q.   Is the medical services section, are they

21  prohibited from placing police officers into a

22  recognized opening --

23      MR. SANTELL:  Objection.

24  BY MS. ABRAHAM:

25    Q.   -- if they're given limited status, are they

76

1    prevented from assigning an officer to the physician?

2              MR. SANTELL:  Objection to form.

3              You can answer if you can.

4              THE WITNESS:  I wouldn't say they were

5    prohibited.  I think the medical services section would

6    be contacted for, I need an officer to do X.  And so now

7    it would be up to them.  And so I, again, don't recall

8    of any occasion that says, no, you can't have them, or

9    now they may say, no, I don't have anyone.

10             But why they would prohibit something -- and

11   again, unless there's a caveat, unless there was a

12   decision from the boss saying, as a priority, I need

13   limited duty officers here and not there.

14             So, again, finance was something that was

15   considered, as -- I don't want to say, non important,

16   but non operational.  So they might say, I can't give up

17   someone to work on traffic.  I need someone at the desk.

18   I'm sorry -- to work on travel.

19   BY MS. ABRAHAM:

20        Q.   Okay, we're going to mark this next one, Exhibit 2.

21             (Exhibit No. 2 was marked for identification.)

22   BY MS. ABRAHAM:

23        Q.   Can you see my screen?

24        A.   Yes.

25        Q.   Okay.  I'm just going to scroll through these

77

1  pages here for you.  This is Arroyo.def 168 to 170.  Do

2  you recognize this document?

3      A.    Yes.  This is, as I discussed with you earlier,

4  which would fall into the realm of the General Orders or

5  Directives.

6      Q.    Is this the CPD's ADA policy, Americans with

7  Disabilities Act Policy?

8      A.    I don't know if it's Department's policy, but

9  it's their obligation, as it says, in terms of

10 conforming the ADA policy.

11     Q.    And this policy was in effect after September

12 2019 sometime?

13     A.    As stated here, yes.

14     Q.    Okay.  And then taking your attention to this

15 process, starting in section four, where it says

16 "Request for reasonable accommodation".  Do you see

17 that?

18     A.    Okay.

19     Q.    And then Section A there, it says, "Members

20 responsibility to request a reasonable accommodation.  A

21 Department member will contact their immediate

22 supervisor, the Department disability liaison, human

23 resources division, or the City of Chicago's Department

24 of Human Resources Disability Officer to request an

25 accommodation, correct?

78

1      A.    That is correct.

2      Q.    That would be the first step that an officer

3   would need to take to get an accommodation under this

4   policy, correct?

5      A.    Yes.  As I stated earlier, they should start

6   with their immediate supervisor, their chain of command,

7   and then follow it up through there.

8      Q.    Okay.  Then under Subsection B here, it says,

9   "Immediate supervisors responsibilities", right?

10     A.    Okay.  Yes.

11     Q.    And it says, "The requesting member's immediate

12  supervisor will submit a to/from subject report before

13  the end of their tour of duty directly to the disability

14  liaison.  When a member requests an accommodation, the

15  request for accommodation may be written or oral.  The

16  to/from subject report will contain the following items:

17  The name of the request, the member requesting

18  accommodation, star number, an employee number, the

19  nature of the requested accommodation, the date and time

20  that the Department member made the request for

21  accommodation", right?

22     A.    Yes.

23     Q.    Okay.  And then it also says that the supervisor

24  notifies the disability liaison telephonically, correct?

25     A.    Yes.  Okay.

Jonathan Lewis Johnson - November 30, 2023

79

 1    Q.   And it also requires them to maintain
 2  confidentiality, provide the member with a copy of the
 3  City's reasonable accommodation request form, and
 4  respond promptly to requests from the disability liaison
 5  and or the City of Chicago's Department of Human
 6  Resources Disability Officer for information concerning
 7  the accommodation request, correct?
 8    A.   It says that, but again, with one caveat.
 9  Number 3 says maintain confidentiality.  Now what is
10  meant by that?  Because obviously, the police
11  department's chain of command process somewhat flies in
12  the face of confidentiality, in that if you have to
13  notify your supervisor, I have to notify my supervisor,
14  they have to notify their supervisor.
15         And I've had this discussion before with DHR
16  where someone, because of ADA reasons, maybe they have
17  ADHD, they're requesting more time to take a test or
18  examination.  They make that request through their chain
19  of command.  DHR has told us, don't follow chain of
20  command.  That I've seen here.  I'm sorry, that's a sign
21  language thing.  So that's the only thing that is kind
22  of wishy washy, that's all.
23    Q.   And then this policy says that the City of
24  Chicago's Department of Human Resources Disability
25  Officer is the one that reviews documentation submitted

80

1  by the member requesting an accommodation to determine

2  if they fit within the definition of a disabled person

3  and engages in the interactive process with that member

4  to seek an accommodation for them.  Do you see that

5  section there?

6      A.  I'm trying to find it.  I'm sorry.

7      Q.  Sure.  It's Section D here.  I'm just going to

8  highlight the whole thing and you can review it and just

9  let me know if you disagree with that summary that I

10  just gave.

11     A.  Yes, it does.  And this has probably been a

12  difficult one for the Department to follow just because

13  the police department is the police department.  I think

14  to the extent that they can, they will include human

15  resources.

16         Now, again, going back in time, because now the

17  ADA has expanded itself for working from home, which

18  didn't exist at that time.  So there may be some things

19  that HR may agree to that uniformly don't work within

20  the confines of the police department.

21     Q.  Okay.  We're going to mark this next one Exhibit

22  3.

23         (Exhibit No. 3 was marked for identification.)

24  BY MS. ABRAHAM:

25     Q.  Can you see my screen?

Jonathan Lewis Johnson - November 30, 2023

81

1    A.    Yes.

2    Q.    Okay.  I'm going to just scroll through these

3  pages here.

4    A.    This was the precursor of what we just looked

5  at, I believe.

6    Q.    So that was going to be my question.  Is this a

7  reasonable accommodation policy for CPD before September

8  23rd, 2019?

9    A.    I believe if you refer to the last one, it

10 refers to a May of 2009 date that that policy recreated

11 or that expanded upon this.

12   Q.    So this policy is what applied prior to

13 September 23, 2019, correct?

14   A.    Yes, so -- I believe so.

15   Q.    We're going to mark this next one Exhibit 4.

16        (Exhibit No. 4 was marked for identification.)

17 BY MS. ABRAHAM:

18   Q.    Can you see my screen?

19   A.    Yes, I can.

20   Q.    These pages here, do you recognize this

21 document?

22   A.    It looks familiar in terms of the General

23 Orders.  Again, because of the volume of General Orders,

24 I don't have all of them within -- and I haven't seen

25 them lately -- within my memory, but this looks like the

82

1    job -- the police department's medical policy.

2        Q.    And then taking your attention to the

3    Responsibilities section here.

4        A.    Okay.

5        Q.    Under B, it says, "Finance division.    The

6    Finance Division notifies the Corporation Counsel's

7    Office in all cases that involve a sworn member who was

8    injured off duty by a third party and reimbursement for

9    wages may be possible."  Is that your department?  Just

10   out of curiosity.

11       A.    Finance division would have been where I worked

12   initially in '94 and then I came back to -- in the

13   (indiscernible).

14       Q.    Okay.  And then under C, it says, "Human

15   resources division"?

16       A.    Yes.

17       Q.    And then it says, these are -- it kind of lists

18   under section -- Subsection 2 here, it says, "Human

19   Resources Division" and then it has 1 and 2.  Do you see

20   that?

21       A.    I do.

22       Q.    Command staff, right?  The command staff member

23   of the human resources division will be responsible

24   ultimately for exercising oversight and supervision of

25   the medical services section, correct?