**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)**
**Eastern Division**

Reyna Arroyo

                        Plaintiff,

v.                                              Case No.: 1:21−cv−01148
                                              Honorable Steven C. Seeger

City of Chicago Police Dept.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 24, 2025:

      MINUTE entry before the Honorable Steven C. Seeger: Plaintiff's unopposed motion to extend her response to defendant's motion for summary judgment (Dckt. No. [135]) is hereby granted. Responses are due by February 17, 2025. Replies are due by March 3, 2025. The Court expresses its condolences to counsel. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.